

# Michael Tait flees Nashville amid investigation, Newsboys left in limbo

By Jessica Morris

February 12, 2026(https://julieroys.com/2026/02/12/)   6:48 pm CST

12 Comments (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comments)


PRIMAL FIRE

REIGNITING THE CHURCH WITH THE FIVE GIFTS OF JESUS

NEIL COLE
with Dezi Baker, Ed Waken, Phil Helfer and Paul Kaak



*Disgraced CCM superstar Michael Tait has sold his mansion in Brentwood, Tennessee. (TRR Graphic)*

Fallen singer Michael Tait is selling his $2.9 million mansion in Brentwood, Tennessee to move in with his sister Lynda Randle in downtown Kansas City, Missouri.

Brentwood police continue to investigate sexual assault allegations against the one-time evangelical Christian star, despite the 564-mile move.

Tait, who relocated last November, has left behind a five-bed, seven-bath property at 6355 Shadow Ridge Court. It is listed for sale (https://www.coldwellbanker.com/tn/brentwood/6355-shadow-ridge-ct/lid-P00800000H5xElV8WYKAfop8rTepOmQNsFnpES3f) by Crye-Leike, Inc, Realtors. Called "Hilltop Manor," Tait's former home is described as a "striking architectural estate offering exceptional privacy." The 7,383-square-foot property includes a recording studio, an elevator and a lower-level private retreat.

## Support Christian Journalism

Your tax-deductible gift supports our mission of reporting the truth and restoring the church. Donate $50 or more to The Roys Report this month, and you can elect to receive "Primal Fire: Reigniting the Church with the Five Gifts of Jesus" by Neil Cole.

**DONATE NOW**

(/donate)

## MOST RECENT ARTICLES

**Carl and Laura Lentz announce book on healing from infidelity, six years after Hillsong scandal** (https://julieroys.com/carl-and-laura-lentz-announce-book-on-healing-from-infidelity-six-years-after-hillsong-scandal/)
(https://julieroys.com/carl-and-laura-lentz-announce-book-on-healing-from-infidelity-six-years-after-hillsong-scandal/)

**Cyber thieves empty Baptist church's bank accounts** (https://julieroys.com/cyber-thieves-empty-baptist-church-bank-accoun...)
(https://julieroys.com/cyber-thieves-empty-baptist-...)



ENGLISH

Privacy -

Tait purchased the mansion from Newsboys owner Wes Campbell in 2013 for $1.1 million. Advertisements include photos of a palatial backyard, a hot tub and hand-picked gothic accents.

A preliminary investigation (https://julieroys.com/police-launch-preliminary-michael-tait-investigation-newsboys-fight-for-survival/) into Tait began in August after *The Roys Report* (*TRR*) published allegations that the former Newsboys frontman sexually assaulted three men (https://julieroys.com/former-newsboys-frontman-michael-tait-accused-sexual-assault-grooming-substance-abuse-dating-back-to-2004/), sometimes at his home. Aside from a statement (https://julieroys.com/michael-tait-admits-to-living-two-distinctly-different-lives-involving-cocaine-and-sexual-assault/) titled "My Confession," which Tait released on June 10 through his social media accounts, he has been silent.

> Your tax-deductible gift supports our mission of reporting the truth and restoring the church. Donate $50 or more to The Roys Report this month, and you can elect to receive "Primal Fire: Reigniting the Church with the Five Gifts of Jesus" by Neil Cole, click here (https://julieroys.com/donate/).



*Police in Brentwood, Tennessee, have confirmed they are conducting a preliminary investigation into the former Newsboys lead singer Michael Tait (TRR Graphic / Concert photo: Mary Nikkel)*

More allegations have come out since then, including five men (https://julieroys.com/michael-tait-accused-sexual-harassment-abuse-drugging-by-6-more-men-2-minors/) and one woman who have recounted assaults over a 14-year period (https://julieroys.com/dc-talk-years-two-men-allege-michael-tait-sexually-assaulted-them/). In October, *TRR* obtained a recording (https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/) of a phone call of Tait apologizing for sexualized behavior towards one of his accusers.

churchs-bank-accounts/)

 

Tennessee megachurch pas: Jay Strother diagnosed wit cancer (https://julieroys.com/tenr megachurch-pastor-jay-strother-diagnosed-with-cancer/) (https://julieroys.com/tenr megachurch-pastor-jay-strother-diagnosed-with-cancer/)



Judge freezes ICE raids at some Baptist and Lutheran churches (https://julieroys.com/judg freezes-ice-raids-at-some-baptist-and-lutheran-churches/) (https://julieroys.com/judg freezes-ice-raids-at-some-baptist-and-lutheran-churches/)



North Carolina Baptist church parts ways with pastor facing 'serious allegations of a sexual nature' (https://julieroys.com/nort carolina-baptist-church-parts-ways-with-pastor-facing-serious-allegations-of-a-sexual-nature/) (https://julieroys.com/nort carolina-baptist-church-parts-ways-with-pastor-facing-serious-allegations-of-a-sexual-nature/)

## MOST POPULAR ARTICLES



(https://julieroys.com/former-newsboys-frontman-michael-tait-accused-sexual-assault-grooming-substance-abuse-dating-back-to-2004/)

EXCLUSIVE: For Newsboys Front Tait Accused of Assault, Groomi Substance Abus Back to 2004 (https://julieroys newsboys-frontr michael-tait-acc sexual-assault-g substance-abus back-to-2004/)



(https://julieroys.com/bethel-church-pattern-mike-winger-expose-shawn-bolz-unsanctified-mercy/)

Mike Winger exp Bethel Church's mercy' failed vic (https://julieroys church-pattern-winger-expose-s unsanctified-me

EXHIBIT 3

🇺🇸 ENGLISH

*TRR* also obtained video footage (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/) showing Tait entering a hotel room where a young woman alleged she was raped by a Newsboys crew member during a 2014 tour stop. The woman and four witnesses told *TRR* that Newsboys management covered up the incident.

The fallout was immediate for the Newsboys, even though Tait had stepped down in January to receive treatment for cocaine addiction (https://julieroys.com/newsboys-heard-rumors-over-years-tait-radio-stations-bow-out/). A spate of radio stations dropped the band and bookings were cancelled.

The Newsboys were then dropped by their record label (https://julieroys.com/breaking-newsboys-dropped-from-label-amid-michael-tait-scandal-and-industry-backlash/). Campbell resigned (https://julieroys.com/newsboys-owner-wes-campbell-resigns-gospel-music-association-board-michael-tait-scandal/) from the Gospel Music Association board amid industry-wide backlash.

The four remaining members of the band have been left to fend for themselves as their salaries, which are based on touring, dried up. Newsboys, Inc and Newsboys Touring, LLC are still in business but there are no tour or recording plans for the band.

Campbell's business ventures began to flail following the Tait allegations. A number of keynote artists (https://julieroys.com/steve-taylor-newsboys-michael-tait-scandal-whole-thing-needs-burn/) left his management company, First Company Management. Campbell has added some talent, however. He has begun representing former Maverick City Music artist Chandler Moore. Campbell's attorney, Sam Lipshie of the law firm Bradley Arant, is also representing Moore in a lawsuit against Maverick City CEO Norman Gyamfi.


(https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/)

Woman Accuse of Drugging He Watching While Raped; Says Ne Manager Covere (https://julieroys accuses-michae drugging-her-w newsboys-tour-covered-up/)


(https://julieroys.com/philip-yancey-confess-affair-announce-retirement/)

Philip Yancey con 8-year affair and announces retiren (https://julieroys.c yancey-confess-a announce-retirem


(https://julieroys.com/elevation-church-fires-youth-pastor-allegations-inappropriate-conduct-at-previous-church-2/)

Elevation Chu Pastor Due to Inappropriate Previous Chur (https://julierc church-fires-y allegations-in conduct-at-pr 2/)


(https://julieroys.com/tmu-president-ignoring-alleged-sexual-abuse-key-administrator/)

Truett McConnell University Presiden Accused of Ignorin Yearslong Sexual A by VP (https://julieroys.co president-ignoring-alleged-sexual-abu key-administrator/)


(https://julieroys.com/megachurch-pastor-john-gray-apologizes-podcast-struggles-marriage-infidelity/)

Megachur Gray Apolo for His Str Marriage I (https://jul pastor-joh podcast-s infidelity/)


(https://julieroys.com/died-john-macarthur-reformed-expositor-with-worldwide-reach-and-tainted-legacy/)

Died: John MacArt Reformed Exposito Worldwide Reach-Tainted Legacy (https://julieroys.c john-macarthur-re expositor-with-wo reach-and-tainted legacy/)


(https://julieroys.com/atlanta-pastor-arrested-for-hitting-stepson-with-a-power-cord/)

Atlanta Megach Arrested for Hitt with a Power Co Bled (https://julieroys pastor-arrested stepson-with-a-

Jeffrey Epstein recommended re James Dobson
(https://julieroys.com/jeffrey-

EXHIBIT 3

epstein-recommended-reading-james-dobson/) (https://julieroys epstein-recomm reading-james-



*Newsboys owner Wes Campbell pictured with Michael Tait in a Nashville recording studio. (Photo: Facebook)*

The Newsboys owner is also fighting some of the loss of business in court. He sued Alberta concert promoters Faith Live for $5.4 million (https://julieroys.com/police-launch-preliminary-michael-tait-investigation-newsboys-fight-for-survival/) last summer, accusing them of defamation after they cancelled the Newsboys Canadian tour dates.

Campbell's for-profit fundraising business, Thriving Children's Advocates (https://thrivingchildrenadvocates.com) (TSA), that platforms artists who advocate for child sponsorship, has also struggled. He's lost celebrity endorsement and accompanying income.

Campbell liquidated some prized assets in 2025. He sold his $5.85 million Brentwood mansion in April, choosing to rent in nearby Franklin. He also put his $1.6 million, three-site property in St Thomas (https://strykerrealestate.com/idx/12-13-14-Murphy-s-Gade-St-Thomas-00802-mls_25-1729/), V.I., on the market in September.

While Tait, Campbell and the Newsboys try to recoup their losses, victims have told *TRR* they are still hopeful that justice will somehow come to pass.

*Jessica Morris (https://julieroys.com/author/jessica-morris/) is a music journalist (http://www.jessicamorris.net/), podcaster and author based in Melbourne, Australia.*

## GET EMAIL UPDATES!

Keep in touch with The Roys Report and get updates in your inbox!

**SHARE THIS:**

Name

Email

🇺🇸 ENGLISH

Share 336

Don't worry we won't spam you.

EXHIBIT 3

(https://twitter.com/intent/tweet?
text=Michael%20Tait%20flees%20Nashville%20amid%20investigation%2C%20News
tait-flees-nashville-amid-investigation-newsboys-left-in-limbo%2F)

(http://www.linkedin.com/shareArticle?mini=true&url=https%3A%2F%2Fjulieroy
amid-investigation-newsboys-left-in-
limbo%2F&title=Michael%20Tait%20flees%20Nashville%20amid%20investigation%2

**MORE TO EXPLORE**

roys.com/michael-tait-flees-nashville-
n-newsboys-left-in-limbo/)

roys.com/michael-tait-flees-nashville-
n-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-
amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-
amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/amy-grant-
reaches-settlement-battle-over-
her-great-grandfathers-nashville-
church/)

**Amy Grant Reaches Settlement in Battle Over Her Great-Grandfather's Nashville Church**
(https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-
church/)

October 15, 2025 | 6 Comments

The estate of A.M. Burton has reached a settlement agreement with the Nashville Church of Christ after years of dispute over the
downtown Nashville,

**SHARE THIS:**

Share 114

(https://twitter.com/intent/tweet?
text=Amy%20Grant%20Reaches%20Settlement%20in
Grandfather%27s%20Nashville%20Church&url=https9
grant-reaches-settlement-battle-over-her-great-grand

(http://www.linkedin.com/shareArticle?mini=true&
reaches-settlement-battle-over-her-great-grandfathe
church%2F&title=Amy%20Grant%20Reaches%20Sett
Grandfather%27s%20Nashville%20Church)

(https://julieroys.com/amy-grant-reaches-
settlement-battle-over-her-great-grandfathers-
nashville-church/)

(https://julieroys.com/amy-grant-reaches-
settlement-battle-over-her-great-grandfathers-
nashville-church/)

(https://julieroys.com/amy-grant-reaches-
settlement-battle-over-her-great-grandfathers-
nashville-church/)

🇺🇸 ENGLISH

EXHIBIT 3

READ MORE » (HTTPS://JULIEROYS.COM/AMY-GRANT-REACHES-SETTLEMENT-BATTLE-OVER-HER-GREAT-GRANDFATHERS-NASHVILLE-CHURCH/)



(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

**Forrest Frank's Boycott of 56th Annual Dove Awards Stirs Controversy (https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)**

October 14, 2025 | 8 Comments

A week after the 56th annual Dove Awards in Nashville, musicians and fans are still buzzing about electronic artist Forrest Frank's decision

**SHARE THIS:**

Share 237

(https://twitter.com/intent/tweet?text=Forrest%20Frank%E2%80%99s%20Boycott%20franks-boycott-of-56th-annual-dove-awards-stirs-co

(http://www.linkedin.com/shareArticle?mini=true& awards-stirs-controversy%2F&title=Forrest%20Frank%E2%80%99:

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

READ MORE » (HTTPS://JULIEROYS.COM/FORREST-FRANKS-BOYCOTT-OF-56TH-ANNUAL-DOVE-AWARDS-STIRS-CONTROVERSY/)



🇺🇸 ENGLISH



EXHIBIT 3

(https://julieroys.com/michael-tait-
spills-all-apology-victim-
destroyed-world-around-me/)

**EXCLUSIVE: Michael Tait Spills All in Apology to Victim: 'I've Destroyed My World Around Me'**
**(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)**

October 7, 2025 | 15 Comments

Disgraced former Newsboys frontman Michael Tait, accused by several men for alleged rapes and sexual abuse over a 16-year period, is trying

**SHARE THIS:**

Share 548

(https://twitter.com/intent/tweet?
text=EXCLUSIVE%3A%20Michael%20Tait%20Spills%2
tait-spills-all-apology-victim-destroyed-world-around

(http://www.linkedin.com/shareArticle?mini=true&
me%2F&title=EXCLUSIVE%3A%20Michael%20Tait%2

(https://julieroys.com/michael-tait-spills-all-
apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-
apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-
apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-
apology-victim-destroyed-world-around-me/)

DISCUSSION

READ MORE » (HTTPS://JULIEROYS.COM/MICHAEL-TAIT-SPILLS-ALL-APOLOGY-VICTIM-DESTROYED-WORLD-AROUND-ME/)

## 12 Responses

**Sara Black** says: February 13, 2026 at 12:31 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182844)

Prince Tait had a beautiful hilltop castle ready but there was no fairy tale ending for anyone.

Reply

**Ken Pick** says: February 13, 2026 at 10:15 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182867)

He's running, and it's really hard to take a hilltop castle with you when you're running.

Reply

**David Craft** says: February 13, 2026 at 10:24 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182869)



🇺🇸 ENGLISH

I have to quibble regarding the headline for this post: "Michael Tait flees Nashville amid investigation, Newsboys left in limbo"

I am not a defender of Tait, however... Putting one's house on the real estate market and relocating to another city does not connote "flee"ing. The headline also suggests that Tait's "flee"ing is the reason why the Newsboys are in limbo. The Newsboys were in limbo prior to Tait's relocation.

Reply

EXHIBIT 3

---

**Brenda Miller** says: February 13, 2026 at 11:43 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182878)

Journalistic quality of this is hampered by the title, "Michael Tait flees Nashville amid investigation, Newsboys left in limbo." Did Tait "flee"? Did he leave quickly in the dead of night, running away from Nashville? No. Facts do not support that. He sold his home and moved elsewhere. Exaggerating in the title for effect, decreases your credibility. The word "leaves" would have been a better choice.

Reply

---

**Jessica Morris** says: February 16, 2026 at 6:46 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182989)

Noted, thanks for your feedback!

Reply

---

**Christopher Keek Vaughan** says: February 14, 2026 at 6:20 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182905)

The beauty of the radical gospel is that ALL can be forgiven. All of us are eligible for freedom. May this man and his many victims find new life in Christ. That is really the goal of our loving and understanding God.

Reply

---

**Jen McDonald** says: February 16, 2026 at 8:58 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182965)

Equating these monsters with their abused isn't "radical gospel." It's normalizing horrific behavior.

Reply

---

**Ryley Heppner (https://m.youtube.com/@ryleyheppner/videos)** says: February 14, 2026 at 5:58 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182926)

He still has to live life somewhere. Makes sense he would do it in a new location. Seems like a reasonable decision, and not "fleeing" as you say.

Reply

---

**Matthew Whyte** says: February 14, 2026 at 6:17 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182927)

Well first, Michael flees as he is afriad of justice knocking on his door. But the sad part is that Faith Live Canada owner is also fleeing. She owns Canadians refunds for cancelling the NEWSBOYS concert over two years ago and then LIES saying ticket holders will be refunded by JUNE of 2025. There was one person on their Facebook page (before being shut down) that the owner will refund this person but DIDN'T.

It's time for these ticketholders to sue Faith Live Canada.

Reply

---

**Naomi Moore** says: February 14, 2026 at 11:52 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182936)

I liked the Newboys. Why can't the original singer return and start a new group. I pray for the singer who committed these crimes. Jesus is dealing with his sin. We should pray for him, not judge. Jesus tells us judge not least we be judged. My heart is so sad. No I am surprised at the sin, but I feel awful for all involved.

Reply

 

🇺🇸 ENGLISH

EXHIBIT 3

**Mark Bouchard** says: February 15, 2026 at 9:41 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182945)

2.9 million dollar mansion..If this is todays christian faith..we are all in big trouble..the church in america has really fallen.I cant help but think .it will never recover from this

Reply

**Donald Classen** says: February 15, 2026 at 9:35 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182953)

Not the main topic, but "for profit fundraising business?" Have been to concerts where the artists push very hard for child sponsorships. Figured there had to be something in it for the artist. Has always smelled a little funny to me.

Reply

## Leave a Reply

The Roys Report seeks to foster thoughtful and respectful dialogue. Toward that end, the site requires that people use their full name when commenting. Also, any comments with profanity, name-calling, and/or a nasty tone will be deleted.

Comments are limited to 300 words.

# STAY IN THE LOOP

Get new articles and breaking news delivered to your inbox.

Your Email

SIGN UP

PODCAST (HTTPS://JULIEROYS.COM/PODCAST/)

ARTICLES (HTTPS://JULIEROYS.COM/ARTICLES/)

ABOUT (HTTPS://JULIEROYS.COM/ABOUT-THE-ROYS-REPORT/)

CONTACT (HTTPS://JULIEROYS.COM/CONTACT-JULIE/)

(https://www.facebook.com/reachjulieroys/)

(https://www.instagram.com/reachjulieroys/)

(https://twitter.com/reachjulieroys)

(https://bsky.app/profile/julieroys.bsky.social)

(https://www.threads.net/@reachjulieroys/)

(https://www.youtube.com/channel/UCPTnscYen-_5AchX2r9...

COPYRIGHT 2026 THE ROYS REPORT



🇺🇸 ENGLISH

zr9
-
CP
g)

EXHIBIT 3



🇺🇸 ENGLISH