UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Thriving Children Advocates, LLC, et al, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>Waterland Private Equity Investments, B.V., et al. )<br><br>*Defendants*. ) | No. 3:26-cv-00484 |

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Ben C Broocks, hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Plaintiffs, Thriving Children Advocates, LLC, Thriving Charity Advocates, LLC, Wesley Campbell, Newsboys, Inc., and Newsboys Touring, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the United States District Courts for the Northern, Southern and Western Districts of Texas. Attached is a Certificate of Good Standing from the United States District Court for the Western Districts of Texas.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

1

7.    I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

G. Kline Preston, IV
4515 Harding Pike # 107
Nashville, TN 37205
kpreston@klineprestonlaw.com
(615) 649-8680

8.    I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.    By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

*/s/ Ben C Broocks*
Ben C Broocks

| Name: | Ben Broocks |
|---|---|
| State where admitted and State Bar Number: | Texas<br>State Bar Number: 0305880 |
| Business Address | 248 Addie Roy Road, Suite B-301<br>Austin, Texas |
| Local Address | c/o G. Kline Preston, IV<br>4515 Harding Pike # 107<br>Nashville, TN 37205 |
| Phone: | 512-201-2002 |
| Email: | bbroocks@broockslawfirm.com |

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 22, 2026, I electronically filed the Motion for Admission Pro Hac Vice in this case for Ben C Broocks with the Clerk of Court for the U.S. District Court Middle District of Tennessee, through the Court's Electronic Case Filing System, which will automatically serve all counsel of record.

*/s/ G. Kline Preston IV, Esq.*
G. Kline Preston IV, Esq.