IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Thriving Children Advocates, LLC, et al.    ,
        Plaintiff(s),

v.                                    Case No. 3-26-CV-00484

Waterland Private Equity Investments, B.V., et al.    ,
        Defendant(s).

## BUSINESS ENTITY DISCLOSURE STATEMENT
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by Newsboys Inc.                           .

The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

2. This party or intervenor is a privately held corporation, incorporated in the state of Tennessee                     with a principal place of business in the state of Tennessee                     . Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

Wesley Eugene Campbell                                           
_____.

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES        X  NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____
_____.

4.  Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

_____ YES     ✕ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5.  Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

_____ YES     ✕ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6.  If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____ .

**Provide any additional pertinent information on attached page(s).**

Date: 05/12/2026     Signature: /s/ Ben C Broocks

Printed Name: Ben C Broocks

Title: Counsel for Plaintiff

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

2