# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Thriving Children Advocates, LLC, et al | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:26-cv-00484 |
| Waterland Private Equity Investments, B.V., et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* World Vision, Inc.
2908 Poston Ave
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ben Broocks
Broocks Law Firm, PLLC
248 Addie Roy Rd, Ste. B-301
Austin, TX 78746

Kline Preston
Kline Preston Law Group
4515 Harding Pike, Ste 107
Nashville, TN 37205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/21/2026 _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* World Vision, Ins

was received by me on *(date)* 05/21/26 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Glenda Sheppard , who is

designated by law to accept service of process on behalf of *(name of organization)* World

Vision, Ins on *(date)* 05/21/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/21/26 _____

_____
Server's signature

Oleksii Tryhanenko
Printed name and title

4515 Harding Pike, Suite 107
Server's address

Additional information regarding attempted service, etc:

Glenda Sheppard 05/21/26