| | | |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al., | : : : | CASE NO. 3:26-cv-00484 |
| Plaintiff, | : : : | Judge Waverly D. Crenshaw, Jr. |
| | : | Magistrate Judge Jeffery S. Frensley |
| v. | : : | |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V., et al., | : : : | DECLARATION OF DANIEL R. WARNCKE IN SUPPORT OF MOTION |
| Defendant. | : | FOR ADMISSION PRO HAC VICE |

I, Daniel R. Warncke, declare under penalty of perjury as follows:

1. I am a partner with Taft Stettinius & Hollister LLP, 301 E. Fourth Street, Suite 2800, Cincinnati, Ohio 45202, and I submit this Declaration in support of my Motion for Admission Pro Hac Vice on behalf of Defendant World Vision, Inc.

2. I am admitted to the bar of the State of Ohio and to the following federal courts: the United States District Court for the Southern District of Ohio, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Ohio, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Fourth Circuit.

3. I am a member in good standing of the bars of all courts to which I have been admitted.

4. No disciplinary proceeding by any disciplinary authority, no finding of contempt, no sanction under 28 U.S.C. § 1927, and no criminal charge has been instituted against me.

5. I understand that, if admitted pro hac vice, I am responsible for complying with the Local Rules of the United States District Court for the Middle District of Tennessee and submit

1

to this Court's disciplinary jurisdiction for any alleged misconduct arising in the course of this proceeding.

I declare under penalty of perjury that the foregoing is true and correct

Executed on June 1, 2026.

Daniel R. Warncke