MOTION GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, THRIVING CHARITY ADVOCATES, LLC, WESLEY CAMPBELL, NEWSBOYS, INC., NEWSBOYS TOURING, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V.; WATERLAND PRIVATE EQUITY APS.; WATERLAND HOLDINGS, LLC.; CHRISTIAN LUND MADSEN; NICKLAS GULDBERG; USLIVE OPCO, INC. DBA LIVECO AND TPR.; USLIVE, LLC.; USLIVE HOLDING, LLC; USLIVE INTERMEDIATE HOLDCO, INC.; BRIAN BECKER; TPR ENTERTAINMENT, LLC.; PREMIER PRODUCTIONS HOLDINGS, LLC; MICHAEL PUGH; SHANE QUICK; USLIVE RUSH, LLC; RUSH CONCERTS, LTD.; JACOB REISER; USLIVE TRANSPARENT, LLC; TRANSPARENT PRODUCTIONS, LLC; TRANSPARENT PROCESSING LLC; TIMOTHY TABER; THE ROYS REPORT NFP; JULIE ROYS, JESSICA MORRIS; MERCYME, INC.; BART MILLARD; ROBIN "ROBBY" SHAFFER; NATHAN COCHRAN; MIKE SCHEUCHZER; SCOTT BICKELL; BRICKHOUSE ENTERTAINMENT, LLC; MICAH BEGNAUD AKA MICAH TYLER; and WORLD VISION, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:26-cv-00484<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley<br><br>Jury Demand |
| Defendants. | ) | |

<u>**UNOPPOSED MOTION OF**</u>
<u>**DEFENDANTS THE ROYS REPORT NFP AND JULIE ROYS**</u>
<u>**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**</u>

Defendants The Roys Report NFP ("The Roys Report") and Julie Roys ("Ms. Roys")(collectively "Defendants"), by and through undersigned counsel, pursuant to Local Rule 6.01, move the Court to extend Defendants' deadline to respond to the Complaint filed by Plaintiffs and state as follows:

1. Plaintiffs filed the Complaint on April 17, 2026, consisting of approximately 194 pages and 632 separately numbered paragraphs.

2. Defendant The Roys Report NFP was served May 13, 2026.

3. Defendant Julie Roys was served May 13, 2026.

4. Defendants' responses to the Complaint are currently due on June 3, 2026.

5. Counsel for Defendants has recently been retained; therefore, additional time is necessary to provide a complete response to the complaint in light of the length and complexity of the pleading.

6. Accordingly, Defendants request the Court grant this motion by The Roys Report NFP and Julie Roys for an additional twenty-one (21) days, up to and including June 24, 2026, within which to file their response to the operative complaint.

7. Following consultation with counsel for Plaintiffs, the relief sought in this motion is not opposed by Plaintiffs.

8. No such extension interferes with any case management schedule.

For the reasons stated above, Defendants The Roys Report NFP and Julie Roys respectfully request that the Court grant this motion and extend the deadline for filing their response to the Complaint up to and including June 24, 2026, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By: */s/ Justin N. Joy*
    Justin N. Joy (BPR #23722)
    40 South Main Street, Suite 2900
    Memphis, TN 38103
    (901) 525-8721
    jjoy@lewisthomason.com

    Kaitlyn M. Phillips, BPR #42449
    1201 Demonbreun Street, Suite 1000
    Nashville, TN 37203
    (615) 259-1366
    kphillips@lewisthomason.com

    *Attorneys for Defendants The Roys Report NFP and Julie Roys*

3