# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| **THRIVING CHILDREN ADVOCATES, LLC, ET AL.,** | **)** | **No. 3:26-cv-00484** |
| | **)** | |
| **Plaintiffs,** | **)** | **Judge Waverly D. Crenshaw, Jr.** |
| **v.** | **)** | |
| | **)** | **Magistrate Judge Jeffery S. Frensley** |
| **WATERLAND PRIVATE EQUITY INVESTMENTS, B.V.; ET AL,** | **)** | |
| | **)** | **Jury Demand** |
| | **)** | |
| **Defendants.** | **)** | |

## NOTICE OF APPEARANCE OF JUSTIN NICHOLAS JOY
## AS COUNSEL FOR DEFENDANTS THE ROYS REPORT NFP AND JULIE ROYS

Please take notice that Justin Nicholas Joy, of Lewis Thomason, PC hereby enters his appearance, along with Kaitlyn M. Phillips, as counsel for Defendants The Roys Report NFP and Julie Roys in the above-captioned matter

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By:/s/ Justin Joy
Justin N. Joy (BPR #23722)
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
jjoy@lewisthomason.com

*Attorneys for Defendants The Roys Report and Julie Roys*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026 I filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Justin Joy