# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, THRIVING CHARITY ADVOCATES, LLC, WESLEY CAMPBELL, NEWSBOYS, INC., NEWSBOYS TOURING, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V.; WATERLAND PRIVATE EQUITY APS.; WATERLAND HOLDINGS, LLC.; CHRISTIAN LUND MADSEN; NICKLAS GULDBERG; USLIVE OPCO, INC. DBA LIVECO AND TPR.; USLIVE, LLC.; USLIVE HOLDING, LLC; USLIVE INTERMEDIATE HOLDCO, INC.; BRIAN BECKER; TPR ENTERTAINMENT, LLC.; PREMIER PRODUCTIONS HOLDINGS, LLC; MICHAEL PUGH; SHANE QUICK; USLIVE RUSH, LLC; RUSH CONCERTS, LTD.; JACOB REISER; USLIVE TRANSPARENT, LLC; TRANSPARENT PRODUCTIONS, LLC; TRANSPARENT PROCESSING LLC; TIMOTHY TABER; THE ROYS REPORT NFP; JULIE ROYS, JESSICA MORRIS; MERCYME, INC.; BART MILLARD; ROBIN "ROBBY" SHAFFER; NATHAN COCHRAN; MIKE SCHEUCHZER; SCOTT BICKELL; BRICKHOUSE ENTERTAINMENT, LLC; MICAH BEGNAUD AKA MICAH TYLER; and WORLD VISION, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. 3:26-cv-00484**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**Magistrate Judge Jeffery S. Frensley**<br><br>**Jury Demand** |
| Defendants. | | |

<u>**DEFENDANTS THE ROYS REPORT NFP AND JULIE ROYS'S**</u>
<u>**ANSWER TO COMPLAINT**</u>

Defendants The Roys Report NFP ("The Roys Report") and Julie Roys ("Ms. Roys") (the Roys Report and Ms. Roys collectively referred to as these "Defendants"), by and through counsel, pursuant to Rules 8 of the Federal Rules of Civil Procedure and any other applicable law or rule, answer and respond to the Complaint filed by Plaintiffs, Thriving Children Advocates, LLC ("Thriving Children"), Thriving Charity Advocates, LLC ("Thriving Charity"), Wesley Campbell ("Mr. Campbell"), Newsboys, Inc. ("Newsboys"), Newsboys Touring, LLC ("Newsboys Touring") (collectively, "Plaintiffs").

These Defendants respond to the allegations in Plaintiffs' Complaint without waiving and expressly reserving any and all rights they may have to amend this pleading to add or amend any defenses or affirmative defenses that may become known or apparent through discovery, investigation, or in preparation for trial.

<u>**LEGAL DEFENSES**</u>

These Defendants assert the following defenses in law to Plaintiffs' claims for relief in their pleading.

<u>**FIRST DEFENSE**</u>

Plaintiffs' Complaint should be dismissed to the extent it fails to state a claim upon which relief can be granted. Specifically, taking Plaintiffs' allegations as true, they do not plausibly state a claim upon which relief can be granted because, among other things, the Complaint does not adequately allege any defamatory statements were of and concerning Plaintiffs Thriving Children and Thriving Charity, nor are certain statements alleged, such as those in the February 12, 2026 article mentioning Plaintiff Wesley Campbell, capable of having a defamatory meaning.

2

## SECOND DEFENSE

Plaintiffs' Complaint should be dismissed to the extent venue is improper in the Middle District of Tennessee. As addressed in these Defendants' response to paragraphs 89 and 90 of the Complaint, no substantial part of the events or omissions giving rise to the claims against these Defendants related to the June 19, 2025, article occurred in this District. Further, Ms. Roys resides in Illinois, and Ms. Roys has not personally and individually engaged in substantial, continuous, and systematic business here.

## THIRD DEFENSE

Plaintiffs' Complaint should be dismissed to the extent the Court lacks personal jurisdiction over Julie Roys. As addressed in these Defendants' response to paragraph 91 of the Complaint, the conduct alleged against these Defendants—including the June 19, 2025, article—was not expressly aimed at Tennessee, any alleged effects were not foreseeably centered in this District, and Ms. Roys has not personally and individually availed herself of conducting business here.

## RESPONSES TO ALLEGATIONS

1. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in Paragraph 1 of Plaintiffs' Complaint.

2. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 2 of Plaintiffs' Complaint, these Defendants admit that, on June 19, 2025, The Roys Report published an article written by Defendant Jessica Morris concerning, among other things, the Newsboys and Michael Tait. The article speaks for itself. These Defendants further admit that a second article was published by The Roys Report. These Defendants also admit that Julie Roys is the Editor-in-

3

Chief of The Roys Report and that Ms. Roys approved the publications referenced herein. To the extent any allegations in the paragraph express or imply wrongdoing or liability as to these Defendants, such allegations are denied.

3.  These Defendants are without sufficient knowledge or information upon which to admit or deny the allegations contained in paragraph 3 of the Complaint regarding the Christian community and its general reactions to the articles published, therefore, the allegations are effectively denied. To the extent any allegations in the paragraph express or imply wrongdoing or liability as to these Defendants, such allegations are denied.

4.  Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 4 of Plaintiffs' Complaint, these Defendants admit the articles at issue identified the woman in the story with the pseudonym "Nicole." These Defendants deny the remaining allegations contained in paragraph 4 of Plaintiffs' Complaint as stated.

5.  These Defendants deny the allegations contained in paragraph 5 of Plaintiffs' Complaint.

6.  To the extent that allegations in paragraph 6 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 6 of the Complaint, therefore, the allegations are effectively denied.

7.  To the extent that allegations in paragraph 7 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 7 of the Complaint, therefore, the allegations are effectively denied.

4

8. To the extent that allegations in paragraph 8 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

9. To the extent that allegations in paragraph 9 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

10. To the extent that allegations in paragraph 10 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

11. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 11. To the extent that allegations in paragraph 11 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

12. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 12. To the extent that allegations in paragraph 12 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

13. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 13. To the extent that allegations in paragraph 13 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or

5

information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

14. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 14. To the extent that allegations in paragraph 14 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

15. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 15. To the extent that allegations in paragraph 15 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

16. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 16. To the extent that allegations in paragraph 16 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

17. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 17. To the extent that allegations in paragraph 17 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

18. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 18. To the extent that allegations in paragraph 18 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

19. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 19. To the extent that allegations in paragraph 19 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

20. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 20. To the extent that allegations in paragraph 20 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

21. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 21. To the extent that allegations in paragraph 21 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

22. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 22. To the extent that allegations in paragraph 22 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or

7

information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

23. It does not appear that a responsive pleading is required by these Defendants to the allegations in paragraph 23. To the extent that allegations in paragraph 23 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

24. In response to the allegations contained in paragraph 24 of Plaintiffs' Complaint, these Defendants admit there were communications with Nicole, among other individuals and organizations, in advance of publishing articles. To the extent that the remaining allegations in paragraph 24 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations, therefore, the allegations are effectively denied.

25. To the extent that allegations in paragraph 25 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied. To the extent any allegations in the paragraph express or imply wrongdoing or liability as to these Defendants, such allegations are denied.

26. These Defendants deny the allegations contained in paragraph 26 of Plaintiffs' Complaint concerning the defamatory nature of the articles referenced herein. It does not appear that a responsive pleading is required by these Defendants to the remaining allegations in the paragraph. To the extent that the remaining allegations in the paragraph are directed at these

8

Defendants, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations, therefore, the allegations are effectively denied.

27. In response to the allegations contained in paragraph 27 of Plaintiffs' Complaint, the referenced video footage speaks for itself. These Defendants deny the remaining allegations in the paragraph.

28. In response to the allegations contained in paragraph 28 of Plaintiffs' Complaint, these Defendants admit Nicole was in Brewer's room, and friends were not able to locate her. The referenced video footage speaks for itself. These Defendants deny the remaining allegations in the paragraph.

29. These Defendants deny the allegations contained in paragraph 29 of Plaintiffs' Complaint.

30. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 30 of Plaintiffs' Complaint, these Defendants admit that Matt Best questioned a number of individuals about the incident. These Defendants deny the remaining allegations in the paragraph.

31. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 31 of Plaintiffs' Complaint.

32. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants admit Nicole provided a statement to the Fargo North Dakota Police Department on December 19, 2014.

33. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 33 of

9

Plaintiffs' Complaint, these Defendants state that the referenced police report speaks for itself, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

34. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 34 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations contained in paragraph 34 of Plaintiffs' Complaint.

35. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 35 of Plaintiffs' Complaint.

36. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 36 of Plaintiffs' Complaint, these Defendants state the referenced police report speaks for itself, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

37. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 37 of Plaintiffs' Complaint.

38. These Defendants deny the allegations contained in paragraph 38 of Plaintiffs' Complaint.

39. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 39 of Plaintiffs' Complaint.

40. To the extent the allegations in paragraph 40 of Plaintiffs' Complaint are directed to these Defendants, these Defendants deny the allegations.

41. To the extent the allegations in paragraph 41 of Plaintiffs' Complaint are directed to these Defendants, these Defendants deny the allegations.

42. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 42 of the Complaint, therefore, the allegations are effectively denied.

43. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 43 of the Complaint, therefore, the allegations are effectively denied.

44. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 44 of the Complaint, therefore, the allegations are effectively denied.

45. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 45 of the Complaint, therefore, the allegations are effectively denied.

46. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 46 of the Complaint, therefore, the allegations are effectively denied.

47. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 47 of the Complaint, therefore, the allegations are considered denied or avoided.

48. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 48 of the Complaint, therefore, the allegations are considered denied or avoided.

49. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 49 of the Complaint, therefore, the allegations are considered denied or avoided.

50. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 50 of the Complaint, therefore, the allegations are considered denied or avoided.

51. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 51 of the Complaint, therefore, the allegations are considered denied or avoided.

52. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 52 of the Complaint, therefore, the allegations are considered denied or avoided.

53. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 53 of the Complaint, therefore, the allegations are considered denied or avoided.

54. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 54 of the Complaint, therefore, the allegations are considered denied or avoided.

55. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 55 of the Complaint, therefore, the allegations are considered denied or avoided.

56. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 56 of the Complaint, therefore, the allegations are considered denied or avoided.

57. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 57 of the Complaint, therefore, the allegations are considered denied or avoided.

58. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 58 of the Complaint, therefore, the allegations are considered denied or avoided.

59. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 59 of the Complaint, therefore, the allegations are considered denied or avoided.

60. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 60 of the Complaint, therefore, the allegations are considered denied or avoided.

61. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 61 of the Complaint, therefore, the allegations are considered denied or avoided.

62.     A responsive pleading is not required by these Defendants to the allegations contained in paragraph 62 of the Complaint, therefore, the allegations are considered denied or avoided.

63.     A responsive pleading is not required by these Defendants to the allegations contained in paragraph 63 of the Complaint, therefore, the allegations are considered denied or avoided.

64.     A responsive pleading is not required by these Defendants to the allegations contained in paragraph 64 of the Complaint, therefore, the allegations are considered denied or avoided.

65.     A responsive pleading is not required by these Defendants to the allegations contained in paragraph 65 of the Complaint, therefore, the allegations are considered denied or avoided.

66.     A responsive pleading is not required by these Defendants to the allegations contained in paragraph 66 of the Complaint, therefore, the allegations are considered denied or avoided.

67.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 67 of the Complaint, therefore, the allegations are effectively denied.

68.     Paragraph 68 of Plaintiffs' Complaint establishes the individuals identified in paragraphs 41-61 will be referenced as "Waterland Defendants" to which no response is required. To the extent a response is required, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 68 of the Complaint, therefore, the allegations are effectively denied.

14

69. These Defendants admit the allegations contained in paragraph 69 of Plaintiffs' Complaint.

70. While denying these Defendants are liable to Plaintiffs for any defamation, these Defendants admit Ms. Roys is the founder and editor-in-chief of The Roys Report.

71. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 71 of the Complaint, therefore, the allegations are considered denied or avoided.

72. While denying these Defendants are liable to Plaintiffs for any defamation, Paragraph 72 of Plaintiffs' Complaint establishes The Roys Report, Julie Roys, and Jessica Morris will be referenced as "Defamation Defendants," to which no response is required.

73. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 73 of the Complaint, therefore, the allegations are considered denied or avoided.

74. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 74 of the Complaint, therefore, the allegations are considered denied or avoided.

75. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 75 of the Complaint, therefore, the allegations are effectively denied.

76. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 76 of the Complaint, therefore, the allegations are considered denied or avoided.

15

77. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 77 of the Complaint, therefore, the allegations are considered denied or avoided.

78. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 78 of the Complaint, therefore, the allegations are considered denied or avoided.

79. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 79 of the Complaint, therefore, the allegations are considered denied or avoided.

80. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 80 of the Complaint, therefore, the allegations are considered denied or avoided.

81. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 81 of the Complaint, therefore, the allegations are considered denied or avoided.

82. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 82 of the Complaint, therefore, the allegations are considered denied or avoided.

83. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 83 of the Complaint, therefore, the allegations are considered denied or avoided.

84. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 84 of the Complaint, therefore, the allegations are considered denied or avoided.

85. In response to the allegations contained in paragraph 85 of Plaintiffs' Complaint, these Defendants admit Plaintiffs' putative claims arise between citizens of different States, and Plaintiffs have demanded relief exceeding $75,000, exclusive of interest and costs. The remaining allegations in the paragraph are legal conclusions to which no responsive pleading is required.

86. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 86 of the Complaint, therefore, the allegations are considered denied or avoided.

87. A responsive pleading is not required by these Defendants to the allegations contained in paragraph 87 of the Complaint, therefore, the allegations are considered denied or avoided.

88. To the extent the allegations in paragraph 88 of the Complaint are directed to these Defendants, these Defendants deny the allegations.

89. In response to the allegations contained in paragraph 89 of Plaintiffs' Complaint, while denying any liability to Plaintiffs, these Defendants admit Plaintiffs allege a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this District. However, these Defendants are without sufficient knowledge or information with which to admit or deny most of those allegations. These Defendants deny, however, that any substantial part of the alleged events or omissions related to the June 19, 2025 article occurred in this District. The remaining allegations in the paragraph are legal conclusions to which no responsive pleading is required.

17

90. In response to the allegations contained in paragraph 90 of Plaintiffs' Complaint, these Defendants deny Julie Roys has engaged in substantial, continuous, and systematic business within this District. The remaining allegations in the paragraph are legal conclusions to which no responsive pleading is required.

91. In response to the allegations contained in paragraph 91 of Plaintiffs' Complaint, these Defendants deny the conduct alleged herein pertaining to the June 19, 2025, article was directed at, or had foreseeable effects within, this District. These Defendants further deny Julie Roys has generally availed herself of the privilege of conducting business in this District. The remaining allegations in the paragraph are legal conclusions to which no responsive pleading is required.

92. Paragraph 92 of Plaintiffs' Complaint establishes Contemporary Christian music will be referred to as "CCM" to which no response is required.

93. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 93 of the Complaint, therefore, the allegations are effectively denied.

94. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 94 of the Complaint, therefore, the allegations are effectively denied.

95. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 95 of the Complaint, therefore, the allegations are effectively denied.

96.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 96 of the Complaint, therefore, the allegations are effectively denied.

97.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 97 of the Complaint, therefore, the allegations are effectively denied.

98.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 98 of the Complaint, therefore, the allegations are effectively denied.

99.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 99 of the Complaint, therefore, the allegations are effectively denied.

100.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 100 of the Complaint, therefore, the allegations are effectively denied.

101.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 101 of the Complaint, therefore, the allegations are effectively denied.

102.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 102 of the Complaint, therefore, the allegations are effectively denied.

103. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 103 of the Complaint, therefore, the allegations are effectively denied.

104. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 104 of the Complaint, therefore, the allegations are effectively denied.

105. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 105 of the Complaint, therefore, the allegations are effectively denied.

106. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 106 of the Complaint, therefore, the allegations are effectively denied.

107. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 107 of the Complaint, therefore, the allegations are effectively denied.

108. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 108 of the Complaint, therefore, the allegations are effectively denied.

109. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 109 of the Complaint, therefore, the allegations are effectively denied.

110. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 110 of the Complaint, therefore, the allegations are effectively denied.

111. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 111 of the Complaint, therefore, the allegations are effectively denied.

112. The allegations set forth in paragraph 112 of the Complaint assert legal conclusions to which no response is required. To the extent a response is deemed necessary, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 112 of the Complaint, therefore, the allegations are effectively denied.

113. The allegations set forth in paragraph 113 of the Complaint assert legal conclusions to which no response is required. To the extent a response is deemed necessary, these Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 113 of the Complaint, therefore, the allegations are effectively denied.

114. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 114 of the Complaint, therefore, the allegations are effectively denied.

115. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 115 of the Complaint, therefore, the allegations are effectively denied.

116. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 116 of the Complaint, therefore, the allegations are effectively denied.

117. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 117 of the Complaint, therefore, the allegations are effectively denied.

118. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 118 of the Complaint, therefore, the allegations are effectively denied.

119. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 119 of the Complaint, therefore, the allegations are effectively denied.

120. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 120 of the Complaint, therefore, the allegations are effectively denied.

121. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 121 of the Complaint, therefore, the allegations are effectively denied.

122. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 122 of the Complaint, therefore, the allegations are effectively denied.

123. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 123 of the Complaint, therefore, the allegations are effectively denied.

124. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 124 of the Complaint, therefore, the allegations are effectively denied.

125. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 125 of the Complaint, therefore, the allegations are effectively denied.

126. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 126 of the Complaint, therefore, the allegations are effectively denied.

127. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 127 of the Complaint, therefore, the allegations are effectively denied.

128. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 128 of the Complaint, therefore, the allegations are effectively denied.

129. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 129 of the Complaint, therefore, the allegations are effectively denied.

130. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 130 of the Complaint, therefore, the allegations are effectively denied.

131.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 131 of the Complaint, therefore, the allegations are effectively denied.

132.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 132 of the Complaint, therefore, the allegations are effectively denied.

133.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 133 of the Complaint, therefore, the allegations are effectively denied.

134.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 134 of the Complaint, therefore, the allegations are effectively denied.

135.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 135 of the Complaint, therefore, the allegations are effectively denied.

136.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 136 of the Complaint, therefore, the allegations are effectively denied.

137.     These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 137 of the Complaint, therefore, the allegations are effectively denied.

138. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 138 of the Complaint, therefore, the allegations are effectively denied.

139. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 139 of the Complaint, therefore, the allegations are effectively denied.

140. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 140 of the Complaint, therefore, the allegations are effectively denied.

141. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 141 of the Complaint, therefore, the allegations are effectively denied.

142. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 142 of the Complaint, therefore, the allegations are effectively denied.

143. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 143 of the Complaint, therefore, the allegations are effectively denied.

144. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 144 of the Complaint, therefore, the allegations are effectively denied.

145. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 145 of the Complaint, therefore, the allegations are effectively denied.

146. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 146 of the Complaint, therefore, the allegations are effectively denied.

147. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 147 of the Complaint, therefore, the allegations are effectively denied.

148. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 148 of the Complaint, therefore, the allegations are effectively denied.

149. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 149 of the Complaint, therefore, the allegations are effectively denied.

150. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 150 of the Complaint, therefore, the allegations are effectively denied.

151. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 151 of the Complaint, therefore, the allegations are effectively denied.

152. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 152 of the Complaint, therefore, the allegations are effectively denied.

153. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 153 of the Complaint, therefore, the allegations are effectively denied.

154. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 154 of the Complaint, therefore, the allegations are effectively denied.

155. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 155 of the Complaint, therefore, the allegations are effectively denied.

156. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 156 of the Complaint, therefore, the allegations are effectively denied.

157. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 157 of the Complaint, therefore, the allegations are effectively denied.

158. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 158 of the Complaint, therefore, the allegations are effectively denied.

159. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 159 of the Complaint, therefore, the allegations are effectively denied.

160. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 160 of the Complaint, therefore, the allegations are effectively denied.

161. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 161 of the Complaint, therefore, the allegations are effectively denied.

162. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 162 of the Complaint, therefore, the allegations are effectively denied.

163. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 163 of the Complaint, therefore, the allegations are effectively denied.

164. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 164 of the Complaint, therefore, the allegations are effectively denied.

165. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 165 of the Complaint, therefore, the allegations are effectively denied.

166. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 166 of the Complaint, therefore, the allegations are effectively denied.

167. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 167 of the Complaint, therefore, the allegations are effectively denied.

168. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 168 of the Complaint, therefore, the allegations are effectively denied.

169. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 169 of the Complaint, therefore, the allegations are effectively denied.

170. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 170 of the Complaint, therefore, the allegations are effectively denied.

171. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 171 of the Complaint, therefore, the allegations are effectively denied.

172. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 172 of the Complaint, therefore, the allegations are effectively denied.

173. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 173 of the Complaint, therefore, the allegations are effectively denied.

174. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 174 of the Complaint, therefore, the allegations are effectively denied.

175. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 175 of the Complaint, therefore, the allegations are effectively denied.

176. To the extent that allegations in paragraph 176 of the Plaintiffs' Complaint are directed at these Defendants, these Defendants admit there were communications with Nicole in advance of publishing the June 19, 2025 article. These Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations contained in the paragraph, therefore, the allegations are effectively denied.

177. To the extent any allegations in paragraph 177 of the Plaintiffs' Complaint express or imply wrongdoing or liability as to these Defendants, such allegations are denied. These Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations contained in the paragraph, therefore, the allegations are effectively denied.

178. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 178 of the Complaint, therefore, the allegations are effectively denied.

179. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 179 of the Complaint, therefore, the allegations are effectively denied.

180. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 180 of the Complaint, therefore, the allegations are effectively denied.

181. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 181 of the Complaint, therefore, the allegations are effectively denied.

182. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 182 of the Complaint, therefore, the allegations are effectively denied.

183. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 183 of the Complaint, therefore, the allegations are effectively denied.

184. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 184 of the Complaint, therefore, the allegations are effectively denied.

185. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 185 of the Complaint, therefore, the allegations are effectively denied.

186. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 186 of the Complaint, therefore, the allegations are effectively denied.

187. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 187 of the Complaint, therefore, the allegations are effectively denied.

188. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 188 of the Complaint, therefore, the allegations are effectively denied.

189. To the extent any allegations in paragraph 189 of the Plaintiffs' Complaint express or imply wrongdoing or liability as to these Defendants, such allegations are denied. These Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations contained in the paragraph, therefore, the allegations are effectively denied.

190. To the extent any allegations in paragraph 190 of the Plaintiffs' Complaint express or imply wrongdoing or liability as to these Defendants, such allegations are denied. These Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations contained in the paragraph, therefore, the allegations are effectively denied.

191. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 191 of the Complaint, therefore, the allegations are effectively denied.

192. Paragraph 192 of the Complaint incorporates the allegations set forth in the preceding paragraphs; therefore, no response is required.

193. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 193 of the Complaint, therefore, the allegations are effectively denied.

194. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 194 of the Complaint, therefore, the allegations are effectively denied.

195. To the extent any allegations in paragraph 195 of the Plaintiffs' Complaint express or imply wrongdoing or liability as to these Defendants, such allegations are denied. These Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations contained in the paragraph, therefore, the allegations are effectively denied.

196. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 196 of the Complaint, therefore, the allegations are effectively denied.

197. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 197 of the Complaint, therefore, the allegations are effectively denied.

198. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 198 of the Complaint, therefore, the allegations are effectively denied.

199. To the extent any allegations in paragraph 199 of the Plaintiffs' Complaint express or imply wrongdoing or liability as to these Defendants, such allegations are denied. These Defendants are without sufficient knowledge or information with which to admit or deny the remaining allegations contained in the paragraph, therefore, the allegations are effectively denied.

200. These Defendants are without sufficient knowledge or information with which to admit or deny the allegations contained in paragraph 200 of the Complaint, therefore, the allegations are effectively denied.

201. Paragraph 201 of the Complaint incorporates the allegations set forth in the preceding paragraphs; therefore, no response is required.

202. The allegations contained in paragraph 202 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

203. The allegations contained in paragraph 203 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

204. The allegations contained in paragraph 204 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

205. The allegations contained in paragraph 205 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

206. The allegations contained in paragraph 206 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

207. The allegations contained in paragraph 207 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

208. The allegations contained in paragraph 208 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

209. The allegations contained in paragraph 209 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

210. The allegations contained in paragraph 210 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

211. The allegations contained in paragraph 211 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

212. The allegations contained in paragraph 212 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

213. The allegations contained in paragraph 213 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

214. The allegations contained in paragraph 214 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

215. The allegations contained in paragraph 215 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

216. The allegations contained in paragraph 216 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

217. The allegations contained in paragraph 217 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

218. The allegations contained in paragraph 218 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

219. The allegations contained in paragraph 219 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

220. The allegations contained in paragraph 220 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

221. The allegations contained in paragraph 221 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

222. The allegations contained in paragraph 222 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

223. The allegations contained in paragraph 223 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

224. The allegations contained in paragraph 224 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

225. The allegations contained in paragraph 225 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

226. The allegations contained in paragraph 226 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

227. The allegations contained in paragraph 227 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

228. The allegations contained in paragraph 228 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

229. The allegations contained in paragraph 229 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

230. The allegations contained in paragraph 230 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

231. The allegations contained in paragraph 231 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

232. The allegations contained in paragraph 232 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

233. The allegations contained in paragraph 233 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

234. The allegations contained in paragraph 234 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

235. The allegations contained in paragraph 235 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

236. The allegations contained in paragraph 236 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

237. The allegations contained in paragraph 237 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

238. The allegations contained in paragraph 238 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

239. The allegations contained in paragraph 239 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

240. The allegations contained in paragraph 240 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

241. The allegations contained in paragraph 241 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

242. The allegations contained in paragraph 242 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

243. The allegations contained in paragraph 243 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

244. The allegations contained in paragraph 244 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

245. The allegations contained in paragraph 245 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

246. The allegations contained in paragraph 246 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

247. The allegations contained in paragraph 247 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

248. The allegations contained in paragraph 248 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

249. The allegations contained in paragraph 249 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

250. The allegations contained in paragraph 250 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

251. The allegations contained in paragraph 251 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

252. The allegations contained in paragraph 252 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

253. The allegations contained in paragraph 253 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

254. The allegations contained in paragraph 254 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

255. The allegations contained in paragraph 255 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

256. The allegations contained in paragraph 256 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

257.     The allegations contained in paragraph 257 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

258.     The allegations contained in paragraph 258 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

259.     The allegations contained in paragraph 259 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

260.     The allegations contained in paragraph 260 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

261.     The allegations contained in paragraph 261 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

262.     The allegations contained in paragraph 262 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

263.     The allegations contained in paragraph 263 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

264.    The allegations contained in paragraph 264 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

265.    The allegations contained in paragraph 265 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

266.    The allegations contained in paragraph 266 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

267.    The allegations contained in paragraph 267 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

268.    The allegations contained in paragraph 268 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

269.    The allegations contained in paragraph 269 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

270.    The allegations contained in paragraph 270 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

271.    The allegations contained in paragraph 271 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

272.    The allegations contained in paragraph 272 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

273.    The allegations contained in paragraph 273 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

274.    The allegations contained in paragraph 274 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

275.    The allegations contained in paragraph 275 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

276.    The allegations contained in paragraph 276 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

277.    The allegations contained in paragraph 277 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

278. The allegations contained in paragraph 278 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

279. The allegations contained in paragraph 279 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

280. The allegations contained in paragraph 280 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

281. The allegations contained in paragraph 281 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

282. The allegations contained in paragraph 282 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

283. The allegations contained in paragraph 283 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

284. The allegations contained in paragraph 284 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

285. The allegations contained in paragraph 285 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

286. The allegations contained in paragraph 286 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

287. The allegations contained in paragraph 287 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

288. The allegations contained in paragraph 288 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

289. The allegations contained in paragraph 289 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

290. The allegations contained in paragraph 290 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

291. The allegations contained in paragraph 291 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

292.     The allegations contained in paragraph 292 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

293.     The allegations contained in paragraph 293 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

294.     The allegations contained in paragraph 294 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

295.     The allegations contained in paragraph 295 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

296.     The allegations contained in paragraph 296 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

297.     The allegations contained in paragraph 297 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

298.     The allegations contained in paragraph 298 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

47

299.     The allegations contained in paragraph 299 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

300.     The allegations contained in paragraph 300 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

301.     The allegations contained in paragraph 301 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

302.     The allegations contained in paragraph 302 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

303.     The allegations contained in paragraph 303 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

304.     The allegations contained in paragraph 304 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

305.     The allegations contained in paragraph 305 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

306. The allegations contained in paragraph 306 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

307. The allegations contained in paragraph 307 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

308. The allegations contained in paragraph 308 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

309. The allegations contained in paragraph 309 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

310. The allegations contained in paragraph 310 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

311. The allegations contained in paragraph 311 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

312. The allegations contained in paragraph 312 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

313.  The allegations contained in paragraph 313 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

314.  The allegations contained in paragraph 314 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

315.  The allegations contained in paragraph 315 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

316.  The allegations contained in paragraph 316 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

317.  The allegations contained in paragraph 317 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

318.  The allegations contained in paragraph 318 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

319.  The allegations contained in paragraph 319 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

320. The allegations contained in paragraph 320 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

321. The allegations contained in paragraph 321 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

322. The allegations contained in paragraph 322 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

323. The allegations contained in paragraph 323 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

324. The allegations contained in paragraph 324 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

325. The allegations contained in paragraph 325 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

326. The allegations contained in paragraph 326 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

327. The allegations contained in paragraph 327 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

328. The allegations contained in paragraph 328 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

329. The allegations contained in paragraph 329 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

330. The allegations contained in paragraph 330 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

331. The allegations contained in paragraph 331 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

332. The allegations contained in paragraph 332 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

333. The allegations contained in paragraph 333 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

334. The allegations contained in paragraph 334 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

335. The allegations contained in paragraph 335 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

336. The allegations contained in paragraph 336 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

337. The allegations contained in paragraph 337 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

338. The allegations contained in paragraph 338 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

339. The allegations contained in paragraph 339 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

340. The allegations contained in paragraph 340 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

341. The allegations contained in paragraph 341 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

342. The allegations contained in paragraph 342 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

343. The allegations contained in paragraph 343 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

344. The allegations contained in paragraph 344 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

345. The allegations contained in paragraph 345 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

346. The allegations contained in paragraph 346 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

347. The allegations contained in paragraph 347 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

348. The allegations contained in paragraph 348 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

349. The allegations contained in paragraph 349 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

350. The allegations contained in paragraph 350 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

351. Paragraph 351 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

352. The allegations contained in paragraph 352 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

353. The allegations contained in paragraph 353 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

354. The allegations contained in paragraph 354 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

355. The allegations contained in paragraph 355 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

356.     The allegations contained in paragraph 356 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

357.     The allegations contained in paragraph 357 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

358.     The allegations contained in paragraph 358 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

359.     The allegations contained in paragraph 359 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

360.     The allegations contained in paragraph 360 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

361.     The allegations contained in paragraph 361 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

362.     The allegations contained in paragraph 362 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

363. The allegations contained in paragraph 363 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

364. The allegations contained in paragraph 364 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

365. The allegations contained in paragraph 365 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

366. The allegations contained in paragraph 366 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

367. The allegations contained in paragraph 367 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

368. The allegations contained in paragraph 368 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

369. The allegations contained in paragraph 369 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

370.    The allegations contained in paragraph 370 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

371.    The allegations contained in paragraph 371 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

372.    The allegations contained in paragraph 372 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

373.    The allegations contained in paragraph 373 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

374.    The allegations contained in paragraph 374 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

375.    The allegations contained in paragraph 375 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

376.    The allegations contained in paragraph 376 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

377. The allegations contained in paragraph 377 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

378. The allegations contained in paragraph 378 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

379. The allegations contained in paragraph 379 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

380. Paragraph 380 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

381. The allegations contained in paragraph 381 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

382. The allegations contained in paragraph 382 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

383. The allegations contained in paragraph 383 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

384. The allegations contained in paragraph 384 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

385. The allegations contained in paragraph 385 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

386. The allegations contained in paragraph 386 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

387. The allegations contained in paragraph 387 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

388. The allegations contained in paragraph 388 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

389. The allegations contained in paragraph 389 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

390. The allegations contained in paragraph 390 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

391. The allegations contained in paragraph 391 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

392.	The allegations contained in paragraph 392 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

393.	The allegations contained in paragraph 393 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

394.	The allegations contained in paragraph 394 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

395.	The allegations contained in paragraph 395 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

396.	The allegations contained in paragraph 396 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

397.	The allegations contained in paragraph 397 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

398.	The allegations contained in paragraph 398 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

399.     The allegations contained in paragraph 399 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

400.     The allegations contained in paragraph 400 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

401.     The allegations contained in paragraph 401 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

402.     The allegations contained in paragraph 402 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

403.     The allegations contained in paragraph 403 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

404.     The allegations contained in paragraph 404 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

405.     The allegations contained in paragraph 405 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

406.    The allegations contained in paragraph 406 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

407.    The allegations contained in paragraph 407 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

408.    The allegations contained in paragraph 408 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

409.    The allegations contained in paragraph 409 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

410.    The allegations contained in paragraph 410 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

411.    The allegations contained in paragraph 411 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

412.    The allegations contained in paragraph 412 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

413. The allegations contained in paragraph 413 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

414. Paragraph 414 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

415. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 415 of Plaintiffs' Complaint.

416. These Defendants deny the allegations contained in paragraph 416 of Plaintiffs' Complaint.

417. These Defendants admit Plaintiffs are public figures or limited purpose public figures. These Defendants deny the remaining allegations in the paragraph.

418. In response to the allegations contained in paragraph 418 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations contained in the paragraph.

419. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 419 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations contained in the paragraph.

420. These Defendants admit that the article has been updated, with a note: "This article has been corrected to note that Nicole first reported the alleged crime against her on Dec. 19, not several weeks later. She remained in contact with police during this entire time, as initially reported."

421. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 421 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations contained in the paragraph.

422. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 422 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

423. In response to the allegations contained in paragraph 423 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

424. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 424 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

425. These Defendants deny the allegations contained in paragraph 425 of Plaintiffs' Complaint.

426. In response to the allegations contained in paragraph 426 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

427. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 427 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

428. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 428 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

429. In response to the allegations contained in paragraph 429 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

430. In response to the allegations contained in paragraph 430 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

431. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 431 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

432. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 432 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. To the extent the remaining allegations in the paragraph are directed at these Defendants, they are denied.

66

433. These Defendants deny the allegations contained in paragraph 433 of <u>Plaintiffs'</u> Complaint.

434. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 434 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

435. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 435 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

436. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 436 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves. These Defendants deny the remaining allegations in the paragraph.

437. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 437 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

438. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 438 of Plaintiffs' Complaint.

439. In response to the allegations contained in paragraph 439 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

440. In response to the allegations contained in paragraph 440 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

441. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 441 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

442. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), these Defendants deny the allegations contained in paragraph 442 of Plaintiffs' Complaint.

443. In response to the allegations contained in paragraph 443 of Plaintiffs' Complaint, the referenced video footage speaks for itself. These Defendants deny the remaining allegations in the paragraph.

444. In response to the allegations contained in paragraph 444 of Plaintiffs' Complaint, the referenced video footage speaks for itself. These Defendants deny the remaining allegations in the paragraph.

445. These Defendants deny the allegations contained in paragraph 445 of Plaintiffs' Complaint.

446. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 446 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

447. These Defendants deny the allegations contained in paragraph 447 of Plaintiffs' Complaint.

448. In response to the allegations contained in paragraph 448 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

449. In response to the allegations contained in paragraph 449 of Plaintiffs' Complaint, these Defendants state that the referenced article and the referenced police report speak for themselves, including other statements in the police report about the sexual assault Nicole reported. These Defendants deny the remaining allegations in the paragraph.

450. In response to the allegations contained in paragraph 450 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

451. In response to the allegations contained in paragraph 451 of Plaintiffs' Complaint, the referenced video footage speaks for itself. These Defendants deny the remaining allegations in the paragraph.

452. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 452 of

Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

453. These Defendants deny the allegations contained in paragraph 453 of Plaintiffs' Complaint.

454. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 454 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

455. Without waiving any objections based on Plaintiffs' failure to comply with Federal Rule of Civil Procedure 8(d)(1), in response to the allegations contained in paragraph 455 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

456. These Defendants deny the allegations contained in paragraph 456 of Plaintiffs' Complaint.

457. In response to the allegations contained in paragraph 457 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

458. In response to the allegations contained in paragraph 458 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

459. In response to the allegations contained in paragraph 459 of Plaintiffs' Complaint, the referenced video footage speaks for itself. These Defendants deny the remaining allegations in the paragraph.

70

460. In response to the allegations contained in paragraph 460 of Plaintiffs' Complaint, to the extent a response is required by these Defendants, the referenced video footage speaks for itself.

461. In response to the allegations contained in paragraph 461 of Plaintiffs' Complaint, to the extent a response is required by these Defendants, the referenced video footage speaks for itself.

462. In response to the allegations contained in paragraph 462 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants admit that Best and Steve Campbell communicated about the incident.

463. In response to the allegations contained in paragraph 463 of Plaintiffs' Complaint, these Defendants, to the extent a response is required, state that, to the extent the purported screenshot of the referenced text messages is complete and accurate, it speaks for itself.

464. In response to the allegations contained in paragraph 464 of Plaintiffs' Complaint, these Defendants, to the extent a response is required, state that, to the extent the purported screenshot of the referenced text messages is complete and accurate, it speaks for itself.

465. In response to the allegations contained in paragraph 465 of Plaintiffs' Complaint, these Defendants, to the extent a response is required, state that, to the extent the purported screenshot of the referenced text messages is complete and accurate, it speaks for itself.

466. In response to the allegations contained in paragraph 466 of Plaintiffs' Complaint, these Defendants, to the extent a response is required, state that, to the extent the purported screenshot of the referenced text messages is complete and accurate, it speaks for itself.

467. In response to the allegations contained in paragraph 467 of Plaintiffs' Complaint, these Defendants, to the extent a response is required, state that, to the extent the purported screenshot of the referenced text messages is complete and accurate, it speaks for itself.

468. To the extent the allegations in paragraph 468 of Plaintiffs' Complaint are directed to these Defendants, these Defendants deny the allegations.

469. In response to the allegations contained in paragraph 469 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

470. In response to the allegations contained in paragraph 470 of Plaintiffs' Complaint, these Defendants state that the referenced article speaks for itself. These Defendants deny the remaining allegations in the paragraph.

471. These Defendants deny the allegations contained in paragraph 471 of Plaintiffs' Complaint.

472. In response to the allegations contained in paragraph 472 of Plaintiffs' Complaint, these Defendants deny that the referenced February 12, 2026 article states or implies that Wes Campbell engaged in, authorized, directed, ratified, or participated in any concealment of alleged criminal conduct. These Defendants further deny that the referenced February 12, 2026 article stated or implied that Wes Campbell obstructed any investigation, interfered with law enforcement, suppressed evidence, or otherwise engaged in criminal wrongdoing.

473. These Defendants deny the allegations contained in paragraph 473 of Plaintiffs' Complaint.

474. These Defendants deny the allegations contained in paragraph 474 of Plaintiffs' Complaint.

72

475. These Defendants deny the allegations contained in paragraph 475 of Plaintiffs' Complaint.

476. The allegations set forth in paragraph 476 of the Complaint assert legal conclusions to which no response is required. To the extent a response is deemed necessary, these Defendants deny the allegations contained in paragraph 476 of Plaintiffs' Complaint.

477. The allegations set forth in paragraph 477 of the Complaint assert legal conclusions to which no response is required. To the extent a response is deemed necessary, these Defendants deny the allegations contained in paragraph 477 of Plaintiffs' Complaint.

478. The allegations set forth in paragraph 478 of the Complaint assert legal conclusions to which no response is required. To the extent a response is deemed necessary, these Defendants deny the allegations contained in paragraph 478 of Plaintiffs' Complaint.

479. These Defendants deny the allegations contained in paragraph 479 of Plaintiffs' Complaint.

480. These Defendants deny the allegations contained in paragraph 480 of Plaintiffs' Complaint.

481. Paragraph 481 of the Complaint incorporates the allegations set forth in the preceding paragraphs; therefore, no response is required.

482. The allegations contained in paragraph 482 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

483. The allegations contained in paragraph 483 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

484. The allegations contained in paragraph 484 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

485. The allegations contained in paragraph 485 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

486. The allegations contained in paragraph 486 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

487. The allegations contained in paragraph 487 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

488. The allegations contained in paragraph 488 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

489. The allegations contained in paragraph 489 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

490. Paragraph 490 of the Complaint incorporates the allegations set forth in the preceding paragraphs; therefore, no response is required.

491. The allegations contained in paragraph 491 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

74

492. The allegations contained in paragraph 492 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

493. The allegations contained in paragraph 493 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

494. The allegations contained in paragraph 494 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

495. The allegations contained in paragraph 495 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

496. The allegations contained in paragraph 496 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

497. The allegations contained in paragraph 497 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

498. The allegations contained in paragraph 498 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

499. The allegations contained in paragraph 499 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

500. The allegations contained in paragraph 500 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

501. The allegations contained in paragraph 501 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

502. The allegations contained in paragraph 502 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

503. The allegations contained in paragraph 503 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

504. Paragraph 504 of the Complaint incorporates the allegations set forth in the preceding paragraphs; therefore, no response is required.

505. The allegations contained in paragraph 505 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

506. The allegations contained in paragraph 506 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

507. The allegations contained in paragraph 507 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

508. The allegations contained in paragraph 508 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

509. The allegations contained in paragraph 509 of the Complaint are not directed at these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

510. The allegations contained in paragraph 510 of the Complaint concerning Plaintiffs' damages are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

511. The allegations contained in paragraph 511 of the Complaint concerning Plaintiffs' damages are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

512. The allegations contained in paragraph 512 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

513. The allegations contained in paragraph 513 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

514. The allegations contained in paragraph 514 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

515. The allegations contained in paragraph 515 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

516. The allegations contained in paragraph 516 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

517. The allegations contained in paragraph 517 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

518. The allegations contained in paragraph 518 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

519. The allegations contained in paragraph 519 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

520. The allegations contained in paragraph 520 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

521. The allegations contained in paragraph 521 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

522. The allegations contained in paragraph 522 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

523. The allegations contained in paragraph 523 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

524. The allegations contained in paragraph 524 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

525. The allegations contained in paragraph 525 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

526. The allegations contained in paragraph 526 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

527. The allegations contained in paragraph 527 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

528.     The allegations contained in paragraph 528 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

529.     The allegations contained in paragraph 529 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

530.     The allegations contained in paragraph 530 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

531.     The allegations contained in paragraph 531 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

532.     The allegations contained in paragraph 532 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

533.     The allegations contained in paragraph 533 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

534.     The allegations contained in paragraph 534 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

535. The allegations contained in paragraph 535 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

536. The allegations contained in paragraph 536 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

537. The allegations contained in paragraph 537 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

538. The allegations contained in paragraph 538 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

539. The allegations contained in paragraph 539 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

540. The allegations contained in paragraph 540 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

541. The allegations contained in paragraph 541 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

542. The allegations contained in paragraph 542 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

543. The allegations contained in paragraph 543 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

544. The allegations contained in paragraph 544 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

545. The allegations contained in paragraph 545 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

546. The allegations contained in paragraph 546 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

547. The allegations contained in paragraph 547 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

548. The allegations contained in paragraph 548 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

549. The allegations contained in paragraph 549 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

550. The allegations contained in paragraph 550 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

551. The allegations contained in paragraph 551 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

552. The allegations contained in paragraph 552 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

553. The allegations contained in paragraph 553 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

554. The allegations contained in paragraph 554 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

555. The allegations contained in paragraph 555 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

556. The allegations contained in paragraph 556 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

557. The allegations contained in paragraph 557 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

558. The allegations contained in paragraph 558 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

559. The allegations contained in paragraph 559 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

560. The allegations contained in paragraph 560 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

561. The allegations contained in paragraph 561 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

562. The allegations contained in paragraph 562 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

563. The allegations contained in paragraph 563 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

564. Paragraph 564 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

565. The allegations contained in paragraph 565 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

566. The allegations contained in paragraph 566 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

567. The allegations contained in paragraph 567 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

568. The allegations contained in paragraph 568 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

569. The allegations contained in paragraph 569 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

570. The allegations contained in paragraph 570 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

571. The allegations contained in paragraph 571 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

572. The allegations contained in paragraph 572 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

573. The allegations contained in paragraph 573 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

574. The allegations contained in paragraph 574 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

575. The allegations contained in paragraph 575 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

576. The allegations contained in paragraph 576 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

577. The allegations contained in paragraph 577 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

578. The allegations contained in paragraph 578 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

579. The allegations contained in paragraph 579 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

580. The allegations contained in paragraph 580 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

581. The allegations contained in paragraph 581 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

582. The allegations contained in paragraph 582 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

583. Paragraph 583 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

584. The allegations contained in paragraph 584 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

585. The allegations contained in paragraph 585 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

586. The allegations contained in paragraph 586 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

587. The allegations contained in paragraph 587 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

588. The allegations contained in paragraph 588 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

589. The allegations contained in paragraph 589 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

590. The allegations contained in paragraph 590 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

591. The allegations contained in paragraph 591 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

592. The allegations contained in paragraph 592 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

593. The allegations contained in paragraph 593 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

594. The allegations contained in paragraph 594 of the Complaint concerning Plaintiffs' damages are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

595. Paragraph 595 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

596. The allegations contained in paragraph 596 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

597. The allegations contained in paragraph 597 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

598. The allegations contained in paragraph 598 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

599. The allegations contained in paragraph 599 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

600. The allegations contained in paragraph 600 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

601. The allegations contained in paragraph 601 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

602. The allegations contained in paragraph 602 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

603. The allegations contained in paragraph 603 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

604. The allegations contained in paragraph 604 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

605. The allegations contained in paragraph 605 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

606. The allegations contained in paragraph 606 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

607. The allegations contained in paragraph 607 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

608. Paragraph 608 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

609. The allegations contained in paragraph 609 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

610. The allegations contained in paragraph 610 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

611. The allegations contained in paragraph 611 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

612. The allegations contained in paragraph 612 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

613. The allegations contained in paragraph 613 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

614. The allegations contained in paragraph 614 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

615. The allegations contained in paragraph 615 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

616. The allegations contained in paragraph 616 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

617. Paragraph 617 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

618. The allegations contained in paragraph 618 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

619. The allegations contained in paragraph 619 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

620. The allegations contained in paragraph 620 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

621. The allegations contained in paragraph 621 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

622. The allegations contained in paragraph 622 of the Complaint are not directed to these Defendants, therefore, a responsive pleading is not required by these Defendants, and the allegations are considered denied or avoided.

623. Paragraph 623 of the Complaint incorporates the allegations set forth in preceding paragraphs; therefore, no response is required.

624. These Defendants deny the allegations contained in paragraph 624 of Plaintiffs' Complaint.

625. These Defendants deny the allegations contained in paragraph 625 of Plaintiffs' Complaint.

626. These Defendants deny the allegations contained in paragraph 626 of Plaintiffs' Complaint.

627. These Defendants are without sufficient knowledge or information upon which to admit or deny the allegations contained in paragraph 627 of the Complaint concerning Plaintiffs' alleged damages and therefore neither admits nor denies the same. These Defendants deny that their actions or inactions were the cause of any damages being claimed.

628. These Defendants deny the allegations contained in paragraph 628 of Plaintiffs' Complaint.

629. These Defendants deny the allegations contained in paragraph 629 of Plaintiffs' Complaint.

630. These Defendants deny the allegations contained in paragraph 630 of Plaintiffs' Complaint.

631. These Defendants deny that Plaintiffs are entitled to any attorney's fees or expenses.

632. These Defendants join Plaintiffs in their request for a jury trial.

All allegations in the Complaint not hereinabove admitted, denied, or explained are here and now denied as fully and completely as if separately and specifically denied.

## RESPONSE TO PLAINTIFFS' REQUEST FOR RELIEF

These Defendants deny that Plaintiffs are entitled to any of the relief demanded in the Complaint. To the contrary, these Defendants respectfully request that this Court dismiss

Plaintiffs' action against them, and grant them any and all relief to which they may be entitled. These Defendants further state that Plaintiffs have asserted no claim against them as to the relief sought in paragraphs c., d., e., f., g., or i. in Plaintiffs' prayer for relief.

## AFFIRMATIVE DEFENSES

These Defendants, in pleading to the preceding Complaint, set forth affirmatively below facts in short and plain terms relied upon to constitute the following affirmative defenses. These Defendants state that their investigation of these allegations is not yet complete and, therefore, any and all affirmative defenses that may be developed through investigation and discovery will be relied upon by these Defendants at the trial of this case. These Defendants specifically reserve the right to amend this answer and plead additional facts and defenses, including affirmative defenses, which may be supported by said investigation and discovery.

## FIRST AFFIRMATIVE DEFENSE

These Defendants deny that their actions or inactions were the cause of the damages being claimed.

## SECOND AFFIRMATIVE DEFENSE

The allegedly defamatory statements at issue are true or substantially true, or otherwise protected speech, and, in any case, are not actionable false statements of fact.

## THIRD AFFIRMATIVE DEFENSE

While denying the statements at issue were false, pleading in the alternative, Plaintiffs are public figures, or limited-purpose public figures. As stated above, these Defendants deny any actual malice in the publication of the statements at issue. Pleading in the alternative, Plaintiffs cannot establish that these Defendants were negligent in the publication of the statements at issue.

## FOURTH AFFIRMATIVE DEFENSE

The statements at issue are protected by applicable privileges, including but not limited to qualified or common-interest privilege and fair report privileges.

## FIFTH AFFIRMATIVE DEFENSE

These Defendants deny any actionable publication or responsibility for publication, and Plaintiffs cannot establish that any alleged statement caused cognizable reputational or economic harm.

## SIXTH AFFIRMATIVE DEFENSE

While repeating their denial of any liability to Plaintiffs, pleading in the alternative, Plaintiffs' claims are barred, or must be reduced, because Plaintiffs failed to take reasonable steps to mitigate their alleged damages. Plaintiffs failed to act prudently to limit or avoid harm, including by failing to preserve business relationships or opportunities that could have reduced their alleged losses. Any recovery must therefore be reduced or precluded to the extent of such failure.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to adequately plead and cannot prove that any act or omission by these Defendants was the proximate cause of Plaintiffs' alleged injuries. Any alleged damages were caused by independent decisions of third parties, market conditions, Plaintiffs' own conduct, and/or other intervening or superseding causes, thereby breaking any causal chain between these Defendants' conduct and the alleged harm.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or limited because Plaintiffs have not suffered recoverable damages, and any alleged damages are speculative, uncertain, and incapable of reasonable

95

calculation. Plaintiffs cannot establish lost profits or other economic damages with reasonable certainty, and any claimed damages are remote, consequential, duplicative, or otherwise not recoverable under applicable law.

These Defendants further assert and preserve all defenses available to them under the First Amendment to the United States Constitution, the Tennessee Constitution, to the extent applicable, the Illinois Constitution, and applicable statutory and common law, including without limitation truth or substantial truth, opinion, fair comment, fair report or other applicable privilege, absence of actual malice, public figure or limited/specific purpose public figure standards, lack of defamatory meaning, lack of "of and concerning" publication, statute of limitations and republication limitations, and any limitations on damages or remedies.

## ADOPTION OF DEFENSES BY CODEFENDANTS

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, these Defendants adopt by reference the defenses in law ("legal defenses") and defenses in fact ("affirmative defenses") of any other Defendants, to the extent that they do not conflict with and are not inconsistent with the theories, defenses, and motions of these Defendants.

## ADDITIONAL DEFENSES

These Defendants reserve the right to assert additional defenses based on information learned or obtained during further investigation, discovery, or preparation for trial.

## JURY DEMAND

These Defendants demand a trial by jury of any issue triable by jury.

## DEMAND FOR BIFURCATED TRIAL

These Defendants move the Court to bifurcate the trial to the extent punitive damages are sought by Plaintiffs in this matter. To the extent necessary to effectuate separate trials

96

on liability, if any, and the award, if any, of punitive damages, these Defendants move for a separate trial of the issues of liability and punitive damages pursuant to Federal Rule of Civil Procedure 42(b).

**AND NOW, HAVING FULLY ANSWERED THE PLAINTIFFS' COMPLAINT**, The Roys Report NFP and Julie Roys deny they are liable to Plaintiffs in any amount and respectfully request that they be dismissed from this action with any costs taxed to Plaintiffs.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/*Kaitlyn M. Phillips*
Justin N. Joy, BPR #23722
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
jjoy@lewisthomason.com

Kaitlyn M. Phillips, BPR #42449
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 259-1366
kphillips@lewisthomason.com

*Attorneys for Defendants The Roys Report and Julie Roys*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026 I filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/*Kaitlyn M. Phillips*

97