# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al., | |
| Plaintiffs, | Case No. 3:26-cv-00484 |
| v. | District Judge Crenshaw |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V., et al., | Magistrate Judge Frensley |
| Defendants. | |

## DEFENDANT WORLD VISION'S MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant World Vision, Inc. ("World Vision"), a California nonprofit charity, respectfully moves this Court for an order dismissing with prejudice all claims asserted against it in Plaintiffs' Complaint, for failure to state a claim upon which relief can be granted. In support of this Motion, World Vision relies on the accompanying Memorandum of Law.

Date: July 1, 2026

Respectfully submitted,

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (TBPR No. 035480)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

Daniel R. Warncke (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP

301 E. Fourth Street, Suite 2800
Cincinnati, Ohio 45202
Tel.: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

David E. Lamb (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: (612) 977-8400
Fax: (612) 977-8650
dlamb@taftlaw.com

*Counsel for Defendant World Vision, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to all counsel of record.


Dated: July 1, 2026

*/s/ Benjamin S. Morrell*