**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT NASHVILLE**

| | | |
|---|---|---|
| **THRIVING CHILDREN ADVOCATES, LLC, et al.,** | § § | |
| *Plaintiffs* | § | **Civil Action No. 3-26-CV-00484** |
| | § | |
| **v.** | § | **District Judge Crenshaw** |
| | § | |
| | § | **Magistrate Judge Frensley** |
| | § | |
| **WATERLAND PRIVATE EQUITY** | § | |
| **INVESTMENTS, B.V.; et al.,** | § | |
| *Defendants* | § | **Jury Demanded** |

### <u>DECLARATION OF BEN C BROOCKS</u>

I, Ben C Broocks, have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to them and declare as follows:

1.      I am an attorney licensed to practice law in the State of Texas.

2.      Attached hereto collectively as Appendix A are true and correct copies of email exchanges I had with Keith Carroll.

3.      I had a telephone call with Jered Manes who confirmed initially that he would be representing Waterland Private Equity Investments, B.V, ("Waterland PEI"), Waterland Private Equity ApS ("Waterland PE"), Nicklas Guldberg ("Guldberg") in this litigation, but (a) he refused to accept service for them, and (b) disclaimed representation of former Waterland Executive Christian Lund Madsen. Attached hereto as Appendix B are true and correct copies of email exchanges I had with Jered Manes, in which he confirmed (i) he would be representing Waterland PEI, Waterland PE, and Guldberg in this litigation, (iii) refused to accept service for them, and (b) disclaimed representation of

1

former Waterland Executive Christian Lund Madsen.

4.      Also attached as Appendix B are true and correct copies of email exchanges I had with Jered Manes where he said the same things. Specifically, in App-5, p. 3, Manes specifically confirmed to me that he would be representing Waterland PEI, Waterland PE, and Guldberg in this litigation; would not accept service for them; would not be representing Christian Madsen and did not have contact information for Madsen.

5.      Manes's refusals then sent me on an extended journey of trying to locate Christian Madsen and in particular his address.  Locating a "Linked In" page and another locating resource, we were able to determine that Madsen worked for what seemed to be a small, family-owned business called "Stenseminde Holding, ApS."   I placed at least two telephone calls to what appeared to me be the corporate office of Stenseminde both of which calls resulted in a recording in presumably Danish.

6.      On another internet source, I was given five (5) possible email addresses for Madsen at Stenseminde, and sent him an email a true and correct copy of which is as Appendix C.

7.      In Appendix C I (i) alerted him that he had been sued, (ii) transmitted a copy of the Complaint and Summons, (iii) notified him that Manes had said he (Manes) was not representing him, (Madsen), (iv) sent him a copy of the filed-complaint and summons, and (v) offered to meet with him.  Delivery Failure Notices were received from four (4) of those email addresses.  However, no default notice was received for the email sent to "clm@ the email: "clm@stenseminde.dk."

8.      In fact, using a special service that determines if an email has been opened, I was able to determine that Madsen received and opened the email with the complaint

attached almost immediately on receipt and within less than 24 hours after he received notice of the lawsuit opened the notifying email eleven times. This is a true and correct copy of the notices to that effect I received showing the times he opened my email are attached hereto as Appendix D. So, there is no question but that the email address: clm@stenseminde.dk is valid and Madsen receives communications by that email address.

9. Within approximately 24 hours of my sending Appendix C, I received an email from Manes with him advising me that (a) he now represented Madsen in this litigation, (b) he would not accept service for Madsen, and (c) forbidding me to have any further contact with Madsen. See Appendix B.6, p.

10. Attached hereto as Appendix E is a true and correct copy of excerpts of Waterland's current web page showing Nicklas Guldberg as a current Principal.

11. Attached hereto as Appendix F is a true and correct copy of excerpts of the current web page of Manes' law firm (Covington) showing Manes picture and his advertising his representation of Waterland.

12. Attached hereto as Appendix G are a collection of true and correct copies of filings in the Delaware Secretary of State showing Jered Manes as incorporator.

13. Attached hereto as Appendix H are a collection of true and correct copies of filings with the Patent Trademark Office.

14. Attached hereto as Appendix I are a collection of true and correct copies of tombstone ads placed showing Waterland's acquisition debt placements.

I declare under penalty of perjury under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July 2026 at Austin, Texas.

3

Ben Broocks
**BROOCKS LAW FIRM P.L.L.C.**
240 Addie Roy Road, Suite B103
Austin, Texas 78746
Telephone:   (512) 201-2002
Facsimile:   (512) 201-2032
Email:bbroocks@broockslawfirm.com

4

## App. A.1

**From:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>
**Subject: Thriving Children's Advocates, LLC et al v. Waterland Private Equity Investments, B.V. et al. (M.D. TN) Dkt. No: 3:26-cv-00484**
**Date:** June 1, 2026 at 5:41:33 PM CDT
**To:** "bbroocks@broockslawfirm.com" <bbroocks@broockslawfirm.com>, "kpreston@klineprestonlaw.com" <kpreston@klineprestonlaw.com>

Counsel:

I am reaching out to introduce myself as I was retained today by the US-based entities/individuals of the Waterland Group in the above referenced litigation. I would like to work with you on a coordinated date for an initial response to the complaint for my clients (and with the other defendants). I propose a date 60 days out from today. I note from the docket that the Initial Case Management Conference is set for July 23, 2026. I'm also happy to discuss coordination of service and waiver of service for any of the defendants not yet served. Please let me know if you are agreeable to a 60-day extension and whether you would like to discuss any open service issues for my clients.

Regards,
Keith

**Keith Carroll** | **Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone +1.617.573.5865 | Mobile +1.617.365.7652
keith.carroll@hklaw.com | www.hklaw.com

************

## App. A.2

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Sent:** Tuesday, June 2, 2026 2:17 PM
**To:** Carroll, Keith P (BOS - X75865) <Keith.Carroll@hklaw.com>
**Cc:** kpreston@klineprestonlaw.com; William Broocks <wbroocks@broockslawfirm.com>; Jenny Lindemann <jenny@broockslawfirm.com>
**Subject:** Re: Thriving Children's Advocates, LLC et al v. Waterland Private Equity Investments, B.V. et al. (M.D. TN) Dkt. No: 3:26-cv-00484

1

Hi Keith: I am happy to discuss this in more detail to see how we can reach an agreement. Are you available for a call tomorrow?

**************

## App. A.3

**From:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>
**Subject: Re: Thriving Children's Advocates, LLC et al v. Waterland Private Equity Investments, B.V. et al. (M.D. TN) Dkt. No: 3:26-cv-00484**
**Date:** June 6, 2026 at 11:17:56 AM CDT
**To:** Ben Broocks <bbroocks@broockslawfirm.com>

Hi Ben:

My apologies for the delay in sending this. Had a few things come up in another matter and then I got on a plane to the Holland & Knight (HK) firm meeting.

Per our discussion earlier this week, I am confirming that HK represents the following entities:

1. US Live OpCo, Inc. d/b/a LiveCo and TPR;
2. US Live, LLC;
3. US Live Holding, LLC;
4. US Live Intermediate Holdco, Inc.;
5. Brian Becker;
6. TPR Entertainment, LLC.
7. Premier Productions Holdings, LLC;
8. Michael Pugh;
9. Shane Quick;
10. USLive Rush, LLC;
11. Rush Concerts, LTD.;
12. Jacob Reiser;
13. US Live Transparent, LLC;
14. Transparent Productions, LLC;
15. Transparent Processing, LLC; and
16. Timothy Taber

To the extent you haven't made service yet on any of these entities, I will agree to accept service.

2

With regard to our initial response to the TCA complaint on behalf of our 16 clients, you agreed to push the initial response date out 60 days (early August) and we jointly agreed to get all of the defendants on the same schedule, if possible. When you get a chance, please share the names of the counsel of the Roys Report and Mercy Me defendant groups. Also, please advise as to the dates you agreed to with these defendants on their response dates.

==Finally, I will connect with the Waterland entities and their counsel next week and circle back with you.==

Please let me know if you have any questions or if I left anything out from our conversation.

Regards and enjoy the weekend.

Keith

Keith P. Carroll
Partner, Chair Sports Industry Team
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
617.573.5865 (Direct)
617.365.7652 (Cell)
Keith.Carroll@hklaw.com

**************

## App. A.4

**From:** Hayley Spurlock <hayley@klineprestonlaw.com>
**Sent:** Tuesday, June 16, 2026 3:17 PM
**To:** Carroll, Keith P (BOS - X75865) <Keith.Carroll@hklaw.com>; Ben Broocks <bbroocks@broockslawfirm.com>; Jenny Lindemann <jenny@broockslawfirm.com>
**Subject:** Fwd: Thriving Children Advocates, LLC, et al. v. Waterline Private Equity Investments, B.V. et al

Good afternoon,

Following up on accepting service for your clients in the above-referenced matter. Please advise.

Best,

Hayley Spurlock
Paralegal to G. Kline Preston, IV, Esq.

3

Appendix A
Carroll Emails

KLINE PRESTON LAW GROUP
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Office: (615) 649-8680
Fax: (866) 610-9565
www.klineprestonlaw.com

************

## App. A.5

**From:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>
**Subject: RE: Thriving Children Advocates, LLC, et al. v. Waterline Private Equity Investments, B.V. et al**
**Date:** June 16, 2026 at 2:33:46 PM CDT
To: Hayley Spurlock <hayley@klineprestonlaw.com>, Ben Broocks <bbroocks@broockslawfirm.com>, Jenny Lindemann <jenny@broockslawfirm.com>

Hi Hailey:

Apologies for the delay. I'll get these back to you this week, though with Transparent Processing, LLC, I don't believe that entity has an affiliation with my clients. If you have any information you can share on that front, please advise.

Thanks,
Keith
**Keith Carroll** | **Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone +1.617.573.5865 | Mobile +1.617.365.7652
keith.carroll@hklaw.com | www.hklaw.com

************

## App. A.6

**From:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>

4

**Subject: RE: Thriving Children Advocates, LLC, et al. v. Waterland Private Equity Investments, Inc. et al.**
**Date:** June 25, 2026 at 11:30:21 AM CDT
**To:** Hayley Spurlock <hayley@klineprestonlaw.com>
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, Ben Broocks <bbroocks@broockslawfirm.com>, Jenny Lindemann <jenny@broockslawfirm.com>, William Broocks <wbroocks@broockslawfirm.com>

Hi Hayley and Ben:

Can we set up a quick call?  Ben what's your availability?  I have the contact info for Waterland's counsel (he is at Covington).  I would also like to get our agreement on the response date to the complaint on file with the Court. I know we agreed to 60 days (sometime in early August) but I'm also still waiting for the contact information from you for the lawyers you have spoken with for the other co-defendants that have been served.  We should try to get everyone on the same schedule.  Finally, I wanted to touch base on Transparent Processing, LLC.  As I noted in my prior email, we have no record of that entity being affiliated with LiveCo.

Please advise.

Thanks,
Keith
**Keith Carroll** | **Holland & Knight**
Partner | Chair Sports Industry Team
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone +1.617.573.5865 | Mobile +1.617.365.7652
keith.carroll@hklaw.com | www.hklaw.com

**********

## App. A.7

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Subject: Re: Thriving Children Advocates, LLC, et al. v. Waterland Private Equity Investments, Inc. et al.**
**Date:** June 25, 2026 at 2:50:52 PM CDT
**To:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>

5

**Cc:** Hayley Spurlock <hayley@klineprestonlaw.com>, Kline Preston <kpreston@klineprestonlaw.com>, Jenny Lindemann <jenny@broockslawfirm.com>, William Broocks <wbroocks@broockslawfirm.com>

Keith, sorry for the delay in getting this to you but attached are what I have for counsel other than you and Waterland.  Take a look and give me a call any time (cell: 512 731 2989).

<mark>Can you please send me the contact info for the Waterland lawyers and who they will be representing?</mark>

*************

## App. A.8

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Sent:** Thursday, June 25, 2026 8:26 PM
**To:** Carroll, Keith P (BOS - X75865) <Keith.Carroll@hklaw.com>
**Subject:** Fwd: Thriving Children Advocates, LLC, et al. v. Waterland Private Equity Investments, Inc. et al.

<mark>Please send contact info for Waterland</mark>

***********

## App A.9

**From:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>
**Subject: Re: Thriving Children Advocates, LLC, et al. v. Waterland Private Equity Investments, Inc. et al.**
**Date:** June 25, 2026 at 8:17:50 PM CDT
**To:** Ben Broocks <bbroocks@broockslawfirm.com>

<mark>It's Jared Manes at Covington.</mark>

<mark>https://www.cov.com/en/professionals/m/jared-manes</mark>

6

Keith P. Carroll
Partner, Chair Sports Industry Team
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
617.573.5865 (Direct)
617.365.7652 (Cell)
Keith.Carroll@hklaw.com

*************

## App. A.10

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Sent:** Friday, 26 June 2026 08:29:35
**To:** Carroll, Keith P (BOS - X75865) <Keith.Carroll@hklaw.com>
**Subject:** Re: Thriving Children Advocates, LLC, et al. v. Waterland Private Equity Investments, Inc. et al.

Thanks.  I assume he confirmed his representation, and this is not your assumption, correct?

****************

## App. A.11

**From:** "Keith.Carroll@hklaw.com" <Keith.Carroll@hklaw.com>
**Subject: Re: Thriving Children Advocates, LLC, et al. v. Waterland Private Equity Investments, Inc. et al.**
**Date:** June 26, 2026 at 8:28:23 AM CDT
**To:** Ben Broocks <bbroocks@broockslawfirm.com>

Not an assumption. Thanks.

Keith P. Carroll
Partner, Chair Sports Industry Team
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
617.573.5865 (Direct)
617.365.7652 (Cell)
Keith.Carroll@hklaw.com

8

## App. B.1

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Subject: Waterland**
**Date:** July 2, 2026 at 11:06:41 AM CDT
**To:** jmanes@cov.com
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, William Broocks <wbroocks@broockslawfirm.com>

Hi Jared, my name is Ben Broocks and I represent the plaintiffs in the Waterland case filed in Tennessee. I got your name and contact information from Keith Carroll (who I mis-identified in my voicemail as Keith Johnson).

First, Keith said you had confirmed to him that you would be representing the Waterland defendant entities but was not sure whether you were going to represent the present and/or former Waterland executives. If you could confirm who your clients are I would appreciate it.

As to service of process, I believe service has been attempted via certified mail, but I would like to discuss with you confirming that you would accept service for the clients you will represent, to avoid any delays.

The best way to reach me is my cell phone (512-731-2989) or of course responsive email. I appreciate your timely response about these matters.

***********

## App. B.2

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Subject: Re: Waterland**
**Date:** July 7, 2026 at 10:18:01 AM CDT
**To:** jmanes@cov.com
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, William Broocks <wbroocks@broockslawfirm.com>

1

Jared, thanks for taking my call today. I would simply like you to confirm that you have received a copy of our complaint or whether I should send it to you.


\*\*\*\*\*\*\*\*\*

## App. B.3

**From:** "Manes, Jared S" <JManes@cov.com>
**Subject: RE: Waterland**
**Date:** July 7, 2026 at 11:11:46 AM CDT
**To:** Ben Broocks <bbroocks@broockslawfirm.com>
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, William Broocks <wbroocks@broockslawfirm.com>

Ben,

To confirm our conversation, I am not authorized to accept service on behalf of any defendant. But, I can download the complaint from PACER.

Best,
Jared

**Jared Manes**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1054 | jmanes@cov.com
www.cov.com

\*\*\*\*\*\*\*\*\*

## App. B.4

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Subject: Re: Waterland**
**Date:** July 7, 2026 at 11:26:26 AM CDT
**To:** "Manes, Jared S" <JManes@cov.com>
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, William Broocks <wbroocks@broockslawfirm.com>

Thanks Jared, to be clear, as Keith [Carroll] also told me, you confirmed that you will represent Waterland Private Equity Investments, B.V.; Waterland Private Equity Aps.; Waterland Holdings, Llc.; and Nicklas Guldberg in this case.

2

You said you would not be representing Christian Lund Madsen. As to Madsen, (1) do you know who will represent him and (2) do you have current contact information (email and address) for Madsen and/or his counsel?

*************

## App. B.5

**From:** "Manes, Jared S" <JManes@cov.com>
**Subject: RE: Waterland**
**Date:** July 8, 2026 at 11:53:32 AM CDT
**To:** Ben Broocks <bbroocks@broockslawfirm.com>
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, William Broocks <wbroocks@broockslawfirm.com>

Hi Ben,

As mentioned when we spoke, I expect that we will represent the Waterland entities and individuals named as defendants in the litigation if and when they are properly served. This includes the entities and individuals that you listed, other than Waterland Holdings, LLC, which we understand is not related to Waterland Private Equity. As for Christian Lund Madsen, I do not have his current email or mailing address nor do I know if he has engaged counsel on this matter.

Best,
Jared

*******

## App. B.6

**From:** "Manes, Jared S" <JManes@cov.com>
**Subject: RE: Waterland**
**Date:** July 15, 2026 at 10:11:11 AM CDT
**To:** Ben Broocks <bbroocks@broockslawfirm.com>
**Cc:** Kline Preston <kpreston@klineprestonlaw.com>, William Broocks <wbroocks@broockslawfirm.com>

Hello Ben,

Covington has now been engaged to represent Christian Lund Madsen in the litigation, if and when he is properly served.  Like with the Waterland entities that are named as defendants in the complaint and Nicklas Guldberg, we are not authorized to accept service on Mr. Lund Madsen's behalf.  I kindly ask that you direct your communications to Mr. Lund Madsen to me and that you do not communicate directly with him in relation to this matter.

Best,
Jared


**Jared Manes**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1054 | jmanes@cov.com
www.cov.com

**COVINGTON**

4

**From:** Ben Broocks <bbroocks@broockslawfirm.com>
**Subject: Tennessee Lawsuit Filed Against You**
**Date:** July 15, 2026 at 2:43:11 AM CDT
**To:** clm@stenseminde.dk, christian.madsen@stenseminde.dk,
christian@stenseminde.dk, cmadsen@stenseminde.dk,
christianmadsen@stenseminde.dk


Christian-

My name is Ben Broocks, and this communication involves a lawsuit that has been filed in federal court in Tennessee, in which you have been named as a defendant. The "style" of the case is:

*Thriving Children Advocates, LLC, Thriving Charity Advocates, LLC, Wesley Campbell, Newsboys, Inc., Newsboys Touring, LLC, Plaintiffs vs. Waterland Private Equity Investments, B.V.; Waterland Private Equity Aps.; Waterland Holdings, LLC.; Christian Lund Madsen; Nicklas Guldberg; UsLive Opco, Inc. Dba LiveCo and TPR.; UsLive, LLC.; Uslive Holding, LLC; UsLive Intermediate Holdco, Inc.; Brian Becker; TPR Entertainment, LLC.; Premier Productions Holdings, LLC; Michael Pugh; Shane Quick; USLive Rush, LLC; Rush Concerts, Ltd.; Jacob Reiser; USLive Transparent, LLC; Transparent Productions, LLC; Transparent Processing LLC; Timothy Taber; The Roys Report NFP; Julie Roys, Jessica Morris; MercyMe, Inc.; Bart Millard; Robin "Robby" Shaffer; Nathan Cochran; Mike Scheuchzer; Scott Bickell; Brickhouse Entertainment, LLC; Micah Begnaud Aka Micah Tyler; And World Vision, Inc., Defendants,* Case No. 26-Cv-00484, In The United States District Court For The Middle District Of Tennessee At Nashville.

I am the US lawyer representing Plaintiffs.

An attorney named Jared Manes confirmed to me he **will** be representing Waterland Private Equity Investments, B.V, Waterland Private Equity ApS and Nicklaus Guldberg in the lawsuit, but **will not** be representing you. He also said that he did not have any contact information for you. Therefore, we have been attempting to make contact with you to discuss the lawsuit but have had some difficulty locating you.

1

I was able to determine that you work at Stenseminde Holding. I have been trying to reach you via telephone, calling what I had thought was the Stenseminde office. However, no one has answered the phone (I only get a recording in Danish). From Stenseminde's web site and other sources, I found several email addresses for you all via your current employer, Stenseminde, which are the following:

- clm@stenseminde.dk
- christian.madsen@stenseminde.dk
- christian@stenseminde.dk
- cmadsen@stenseminde.dk
- christianmadsen@stenseminde.dk

This communication has been sent to you at all of them. Having hopefully found you, we would like to address several points with you.

1. Enclosed you'll find a copy of the filed complaint which has initiated the lawsuit and a summons signed by the federal court directed to you. Please let me know if you have any difficulty opening/accessing these documents. From various emails I have seen that you authored and/or were copied on, and people who I have spoken with, I know you read and speak English fluently and so I have not translated these into Danish. If translation would assist you, however, let me know.

2. Please confirm you received this email.

3. Please advise which of the above email addresses is your preferred one for receiving communications concerning the lawsuit.

4. If you have a different email you would prefer to use for this type of communication, please provide that.

5. We know from documents we have seen that Waterland Private Equity Investments, B.V and Waterland Private Equity ApS were involved with LiveCo and its various downstream acquisitions. We had thought a company named Waterland Holdings, was the parent company of Waterland Private Equity Investments, B.V and/or Waterland Private Equity ApS but now are not so sure. Please confirm who the

2

parent company or companies are for Waterland Private Equity Investments, B.V and Waterland Private Equity ApS.

6. Wes Cambell and I would like to come to Denmark and meet with you in the next few days. We have some ideas we would like to discuss with you that may result in dropping you out of this case before you have to spend time and money hiring lawyers. We think a face-to-face meeting would be the most productive way to have that discussion, and we are sufficiently in earnest such that we are willing to travel to Denmark and meet you at any time and place convenient to you. However, time is of the essence on this.

Hearing from you promptly on these matters is very important. If I do not hear back from you promptly -- at the very least to confirm you received this email -- I will endeavor to contact you at some of the other companies I understand you are affiliated with, such as Borum A/S, Nortec A/S, and/or Mariendal El Teknik A/S.

Please respond at your earliest opportunity.

*Ben Broocks*
*Broocks Law Firm, PLLC*
*248 Addie Roy Rd.*
*Suite B-301*
*Austin, Texas*
*+1 512 201 2002 (office direct)*
*+1 512 731 2989 (personal cell)*
*bbroocks@broockslawfirm.com*

3

| | clm@stenseminde.dk | Thu 2:50 AM |
| | clm@stenseminde.dk | Thu 2:39 AM |
| | clm@stenseminde.dk | Thu 1:50 AM |
| | clm@stenseminde.dk | Thu 12:56 AM |
| | clm@stenseminde.dk | Thu 12:28 AM |
| | clm@stenseminde.dk | Wed 8:40 PM |
| | clm@stenseminde.dk | Wed 6:23 PM |
| | clm@stenseminde.dk | Wed 5:05 PM |
| | clm@stenseminde.dk | Wed 4:58 PM |
| | clm@stenseminde.dk | Wed 4:57 PM |
| | clm@stenseminde.dk | Wed 2:41 AM |

 **WATERLAND**

CONTACT US    EN ⌄

Strategy    Portfolio    Responsible Investment    About Us    Careers    Newsroom

# The Waterland team

We are only as successful as our people. We go for a strong and agile team of exceptional experts that fit our portfolio company and can spot opportunities specific to a certain market to drive growth. Every team member adds new insights and knowledge, allowing us to tailor innovative growth plans to any ambitious business.

Waterland collaborations are characterized by transparent lines of communication and mutual respect. That enables us to proactively source the best deals for the company, handing the leadership teams the tools to make every ambition they have come true.

********

    

| MUNICH | COPENHAGEN | BUSSUM | ANTWERP | COPENHAGEN |
|---|---|---|---|---|
| Mirco Gude | Nicklas Guldberg | Johan Haneveer | Felix Heijnen | Joakim Helm |
| Investment Manager | Principal | Head of Treasury | Senior Associate | Investment Manager |
| READ MORE | READ MORE | READ MORE | READ MORE | READ MORE |



STATE OF DELAWARE

LIMITED LIABILITY COMPANY

CERTIFICATE OF FORMATION

OF

USLIVE HOLDING, LLC

THE UNDERSIGNED, acting as an authorized person pursuant to Section 18-204 of the Delaware Limited Liability Company Act, as amended from time to time certifies that:

1. The name of the limited liability company is "USLive Holding, LLC" (the "**Company**").

2. The address of the Company's registered office in the State of Delaware is 251 Little Falls Drive, Wilmington, Delaware 19808-1674 in New Castle County. The name of the registered agent of the Company at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of the Company this 31st day of August, 2021.

By:     /s/ Jared Manes
         Jared Manes, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:51 PM 08/31/2021
FILED 05:51 PM 08/31/2021
SR 20213132091 - File Number 6207295

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:51 PM 08/31/2021
FILED 05:53 PM 08/31/2021
SR 20213132180 - File Number 6207310

## CERTIFICATE OF INCORPORATION

## OF

## USLIVE INTERMEDIATE HOLDCO, INC.

Dated: August 31, 2021

### ARTICLE ONE

The name of the corporation is USLive Intermediate HoldCo, Inc. (the "**Corporation**").

### ARTICLE TWO

The address of the registered office of the Corporation in the State of Delaware is 251 Little Falls Drive, Wilmington, Delaware 19808-1674 in New Castle County. The name of the registered agent of the Corporation at such address is Corporation Service Company.

### ARTICLE THREE

The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

### ARTICLE FOUR

The total number of shares of common stock that the Corporation is authorized to issue is 1,000, at a par value of $0.001 per share.

### ARTICLE FIVE

The name and mailing address of the sole incorporator are as follows:

| NAME | MAILING ADDRESS |
|------|-----------------|
| Jared Manes | Winston & Strawn LLP<br>200 Park Avenue, 43rd Floor<br>New York, NY 10166 |

### ARTICLE SIX

The Corporation is to have perpetual existence.

### ARTICLE SEVEN

In furtherance and not in limitation of the powers conferred by statute, the board of directors of the Corporation is expressly authorized to make, alter or repeal the bylaws of the Corporation.

## ARTICLE EIGHT

Meetings of stockholders may be held within or outside of the State of Delaware as the bylaws of the Corporation may provide. The books of the Corporation may be kept outside the State of Delaware at such place or places as may be designated from time to time by the Board or in the bylaws of the Corporation. Election of directors need not be by written ballot unless the bylaws of the Corporation so provide.

## ARTICLE NINE

To the fullest extent permitted by the General Corporation Law of the State of Delaware as the same exists or may hereafter be amended, a director of this Corporation shall not be liable to the Corporation or its stockholders for monetary damages for a breach of fiduciary duty as a director. Any repeal or modification of this ARTICLE NINE shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification.

## ARTICLE TEN

The Corporation expressly elects not to be governed by §203 of the General Corporation Law of the State of Delaware.

## ARTICLE ELEVEN

To the maximum extent permitted from time to time under the law of the State of Delaware, the Corporation renounces any interest or expectancy of the Corporation in, or in being offered an opportunity to participate in, business opportunities that are from time to time presented to its officers, directors or stockholders, other than those officers, directors or stockholders who are employees of the Corporation. No amendment or repeal of this ARTICLE ELEVEN shall apply to or have any effect on the liability or alleged liability of any officer, director or stockholder of the Corporation for or with respect to any opportunities of which such officer, director or stockholder becomes aware prior to such amendment or repeal.

## ARTICLE TWELVE

Notwithstanding any other provision of this Certificate of Incorporation or the bylaws of the corporation and in addition to any affirmative vote of the holders of any particular class of stock of the corporation required by applicable law, this certificate of incorporation or the bylaws of the corporation, the affirmative vote of the holders of at least a majority of the voting power of the shares of the then outstanding voting stock of the Corporation, voting together as a single class, shall be required to approve any merger or consolidation of the Corporation, sale of all of the equity interests of the Corporation or a sale of all or substantially all of the assets of the Corporation (in one transaction or a series of transactions).

## ARTICLE THIRTEEN

The Corporation shall, to the maximum extent permitted from time to time under the law of the State of Delaware, indemnify and upon request shall advance expenses to any person who is or was a party or is threatened to be made a party to any threatened, pending or completed action,

suit, proceeding or claim, whether civil, criminal, administrative or investigative, by reason of the fact that such person is or was or has agreed to be a director of the Corporation or, while a director, is or was serving at the request of the Corporation as a director, officer, partner, trustee, employee or agent of any corporation, partnership, joint venture, trust or other enterprise, including service with respect to employee benefit plans, against expenses (including attorneys' fees and expenses), judgments, fines, penalties and amounts paid in settlement incurred in connection with the investigation, preparation to defend or defense of such action, suit, proceeding or claim; provided, however, that the foregoing shall not require the Corporation to indemnify or advance expenses to any person in connection with any action, suit, proceeding or claim initiated by or on behalf of such person or any counterclaim against the Corporation initiated by or on behalf of such person. Such indemnification shall not be exclusive of other indemnification rights arising under any bylaw, agreement, vote of directors or stockholders or otherwise and shall inure to the benefit of the heirs and legal representatives of such person. Any person seeking indemnification under this ARTICLE THIRTEEN shall be deemed to have met the standard of conduct required for such indemnification unless the contrary shall be established. Any repeal or modification of the foregoing provisions of this ARTICLE THIRTEEN shall not adversely affect any right or protection of a director of the Corporation with respect to any acts or omissions of such director occurring prior to such repeal or modification.

ARTICLE FOURTEEN

Except as otherwise provided herein, the Corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation in the manner now or hereafter prescribed herein and by the laws of the State of Delaware and all rights conferred upon stockholders herein are granted subject to this reservation.

[Signature page follows.]

I, the undersigned, being the sole incorporator named herein, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Delaware, do make this certificate, hereby declaring and certifying that this is my act and deed and the facts stated herein are true, and accordingly have hereunto set my hand on the date first above written.

/s/ Jared Manes

Name: Jared Manes

Title:   Sole Incorporator

[Signature page to Certificate of Incorporation of USLive Intermediate HoldCo, Inc.]

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | | TAX YR. |
|---|---|---|---|
| USLIVE INTERMEDIATE HOLDCO, INC. | | | 2021 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207310 | 2021/08/31 | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY, SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
(713)877-9449

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | | | |
|---|---|---|---|---|
| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
| 2021/08/31 | | COMMON | 1,000 | .0010000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| NICKLAS | GULDBERG | 4400 POST OAK PARKWAY, SUITE 2140 HOUSTON, TX 77027 | PRESIDENT; SECRETARY |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| NICKLAS | GULDBERG | 4400 POST OAK PARKWAY, SUITE 2140 HOUSTON, TX 77027 |

*NOTICE:  Pursuant to 8 Del. C. 502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| NICKLAS    GULDBERG 4400 POST OAK PARKWAY, SUITE 2140 HOUSTON, TX 77027 US | 2022/08/12 | PRESIDENT; SECRETARY |

# *State of Delaware*

APPENDIX

<span style="color:red">EXHIBIT A</span>

# *Annual Franchise Tax Report*

| CORPORATION NAME | | | TAX YR. |
|---|---|---|---|
| USLIVE INTERMEDIATE HOLDCO, INC. | | | 2022 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207310 | 2021/08/31 | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
7138779449

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| TIM  WARD | | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| NICKLAS  GULDBERG | | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 |

*NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
TIM  WARD
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027
US

DATE
2023/03/15

TITLE
PRESIDENT

# *State of Delaware*

# *Annual Franchise Tax Report*

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| USLIVE INTERMEDIATE HOLDCO, INC. | | | | 2023 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 6207310 | 2021/08/31 | | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
7138779449

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| BRIAN BECKER | | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | CHIEF EXECUTIVE OFFICER |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| BRIAN BECKER | | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
BRIAN BECKER
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027
US

DATE
2024/03/12

TITLE
CHIEF EXECUTIVE OFFICER

# State of Delaware

APPENDIX C

EXHIBIT A

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| USLIVE INTERMEDIATE HOLDCO, INC. | 2024 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207310 | 2021/08/31 | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | 7138779449 |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 | 9000014 |

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| BRIAN | BECKER | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| BRUCE | HANSON | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| BRUCE HANSON<br>4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027<br>US | 2025/03/24 | PRESIDENT |

STATE OF DELAWARE

LIMITED LIABILITY COMPANY

CERTIFICATE OF FORMATION

OF

USLIVE, LLC

THE UNDERSIGNED, acting as an authorized person pursuant to Section 18-204 of the Delaware Limited Liability Company Act, as amended from time to time certifies that:

1. The name of the limited liability company is "USLive, LLC" (the "**Company**").

2. The address of the Company's registered office in the State of Delaware is 251 Little Falls Drive, Wilmington, Delaware 19808-1674 in New Castle County. The name of the registered agent of the Company at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of the Company this 31st day of August, 2021.

By: /s/ Jared Manes
Jared Manes, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:51 PM 08/31/2021
FILED 05:51 PM 08/31/2021
SR 20213132179 - File Number 6207509

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:51 PM 08/31/2021
FILED 05:54 PM 08/31/2021
SR 20213132181 - File Number 6207323

## CERTIFICATE OF INCORPORATION

## OF

## USLIVE OPCO, INC.

Dated: August 31, 2021

### ARTICLE ONE

The name of the corporation is USLive OpCo, Inc. (the "**Corporation**").

### ARTICLE TWO

The address of the registered office of the Corporation in the State of Delaware is 251 Little Falls Drive, Wilmington, Delaware 19808-1674 in New Castle County. The name of the registered agent of the Corporation at such address is Corporation Service Company.

### ARTICLE THREE

The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

### ARTICLE FOUR

The total number of shares of common stock that the Corporation is authorized to issue is 1,000, at a par value of $0.001 per share.

### ARTICLE FIVE

The name and mailing address of the sole incorporator are as follows:

| NAME | MAILING ADDRESS |
| --- | --- |
| Jared Manes | Winston & Strawn LLP<br>200 Park Avenue, 43rd Floor<br>New York, NY 10166 |

### ARTICLE SIX

The Corporation is to have perpetual existence.

### ARTICLE SEVEN

In furtherance and not in limitation of the powers conferred by statute, the board of directors of the Corporation is expressly authorized to make, alter or repeal the bylaws of the Corporation.

AmericasActive:15910558.4

## ARTICLE EIGHT

Meetings of stockholders may be held within or outside of the State of Delaware as the bylaws of the Corporation may provide.  The books of the Corporation may be kept outside the State of Delaware at such place or places as may be designated from time to time by the Board or in the bylaws of the Corporation.  Election of directors need not be by written ballot unless the bylaws of the Corporation so provide.

## ARTICLE NINE

To the fullest extent permitted by the General Corporation Law of the State of Delaware as the same exists or may hereafter be amended, a director of this Corporation shall not be liable to the Corporation or its stockholders for monetary damages for a breach of fiduciary duty as a director.  Any repeal or modification of this ARTICLE NINE shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification.

## ARTICLE TEN

The Corporation expressly elects not to be governed by §203 of the General Corporation Law of the State of Delaware.

## ARTICLE ELEVEN

To the maximum extent permitted from time to time under the law of the State of Delaware, the Corporation renounces any interest or expectancy of the Corporation in, or in being offered an opportunity to participate in, business opportunities that are from time to time presented to its officers, directors or stockholders, other than those officers, directors or stockholders who are employees of the Corporation.  No amendment or repeal of this ARTICLE ELEVEN shall apply to or have any effect on the liability or alleged liability of any officer, director or stockholder of the Corporation for or with respect to any opportunities of which such officer, director or stockholder becomes aware prior to such amendment or repeal.

## ARTICLE TWELVE

Notwithstanding any other provision of this Certificate of Incorporation or the bylaws of the corporation and in addition to any affirmative vote of the holders of any particular class of stock of the corporation required by applicable law, this certificate of incorporation or the bylaws of the corporation, the affirmative vote of the holders of at least a majority of the voting power of the shares of the then outstanding voting stock of the Corporation, voting together as a single class, shall be required to approve any merger or consolidation of the Corporation, sale of all of the equity interests of the Corporation or a sale of all or substantially all of the assets of the Corporation (in one transaction or a series of transactions).

## ARTICLE THIRTEEN

The Corporation shall, to the maximum extent permitted from time to time under the law of the State of Delaware, indemnify and upon request shall advance expenses to any person who is or was a party or is threatened to be made a party to any threatened, pending or completed action,

suit, proceeding or claim, whether civil, criminal, administrative or investigative, by reason of the fact that such person is or was or has agreed to be a director of the Corporation or, while a director, is or was serving at the request of the Corporation as a director, officer, partner, trustee, employee or agent of any corporation, partnership, joint venture, trust or other enterprise, including service with respect to employee benefit plans, against expenses (including attorneys' fees and expenses), judgments, fines, penalties and amounts paid in settlement incurred in connection with the investigation, preparation to defend or defense of such action, suit, proceeding or claim; provided, however, that the foregoing shall not require the Corporation to indemnify or advance expenses to any person in connection with any action, suit, proceeding or claim initiated by or on behalf of such person or any counterclaim against the Corporation initiated by or on behalf of such person. Such indemnification shall not be exclusive of other indemnification rights arising under any bylaw, agreement, vote of directors or stockholders or otherwise and shall inure to the benefit of the heirs and legal representatives of such person. Any person seeking indemnification under this ARTICLE THIRTEEN shall be deemed to have met the standard of conduct required for such indemnification unless the contrary shall be established. Any repeal or modification of the foregoing provisions of this ARTICLE THIRTEEN shall not adversely affect any right or protection of a director of the Corporation with respect to any acts or omissions of such director occurring prior to such repeal or modification.

## ARTICLE FOURTEEN

Except as otherwise provided herein, the Corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation in the manner now or hereafter prescribed herein and by the laws of the State of Delaware and all rights conferred upon stockholders herein are granted subject to this reservation.

[Signature page follows.]

I, the undersigned, being the sole incorporator named herein, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Delaware, do make this certificate, hereby declaring and certifying that this is my act and deed and the facts stated herein are true, and accordingly have hereunto set my hand on the date first above written.

/s/ Jared Manes
Name: Jared Manes
Title:   Sole Incorporator

[Signature page to Certificate of Incorporation of USLive OpCo, Inc.]

# State of Delaware

APPENDIX

<span style="color:red">EXHIBIT A</span>

# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| USLIVE OPCO, INC. | | | | 2021 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 6207323 | 2021/08/31 | | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 4400 POST OAK PARKWAY, SUITE 2140<br>HOUSTON, TX 77027 | (713)877-9449 |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE   19808 | 9000014 |

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2021/08/31 | | COMMON | 1,000 | .0010000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| NICKLAS | GULDBERG | 4400 POST OAK PARKWAY, SUITE 2140<br>HOUSTON, TX 77027 | PRESIDENT;<br>SECRETARY |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| NICKLAS | GULDBERG | 4400 POST OAK PARKWAY, SUITE 2140<br>HOUSTON, TX 77027 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| NICKLAS     GULDBERG<br>4400 POST OAK PARKWAY, SUITE 2140<br>HOUSTON, TX 77027 US | 2022/08/12 | PRESIDENT;<br>SECRETARY |

# *State of Delaware* <span style="color:red">APPENDIX</span> <span style="color:red">EXHIBIT A</span>

# *Annual Franchise Tax Report*

| CORPORATION NAME | TAX YR. |
|---|---|
| USLIVE OPCO, INC. | 2022 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207323 | 2021/08/31 | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
7138779449

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| TIMOTHY  P WARD | | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| NICKLAS  GULDBERG | | 4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027 |

*NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| TIMOTHY  P WARD<br>4400 POST OAK PARKWAY<br>SUITE 2140<br>HOUSTON, TX 77027<br>US | 2023/02/20 | PRESIDENT |

<span style="color:blue">Case 3:26-cv-00484    Document 57-1    Filed 07/20/26    Page 38 of 45 PageID #: 723</span>

# State of Delaware

<span style="color:red">EXHIBIT A</span>

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| USLIVE OPCO, INC. | | 2023 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207323 | 2021/08/31 | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
7138779449

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | | | |
|---|---|---|---|---|
| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DALE A. HEAD | 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 | VICE PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| NICKLAS  GULDBERG | 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 |

*NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| DALE A. HEAD 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 US | 2024/02/06 | VICE PRESIDENT |

# State of Delaware

APPENDIX C

EXHIBIT A

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| USLIVE OPCO, INC. | 2024 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207323 | 2021/08/31 | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
7138779449

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| BRIAN BECKER | | 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 | CHIEF EXECUTIVE OFFICER |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| NICKLAS GULDBERG | | 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 |

*NOTICE:* Pursuant to 8 Del. C. 502(6), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| SCOTT SCHWAUSCH. 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 US | 2025/01/24 | CHIEF FINANCIAL OFFICER |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| USLIVE OPCO, INC. | 2025 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6207323 | 2021/08/31 | |

**PRINCIPAL PLACE OF BUSINESS**
4400 POST OAK PARKWAY
SUITE 2140
HOUSTON, TX 77027

**PHONE NUMBER**
7133042237

**NATURE OF BUSINESS**
ENTERTAINMENT INDUSTRY

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | | | |
| 2021/08/31 | | COMMON | 1,000 | $0.001 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| CHARLES H. STEEDMAN | 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 | CHIEF EXECUTIVE OFFICER |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|
| NICKLAS  GULDBERG | 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 | |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| CHARLES H. STEEDMAN 4400 POST OAK PARKWAY SUITE 2140 HOUSTON, TX 77027 US | 2026/02/14 | CHIEF EXECUTIVE OFFICER |

EXHIBIT A

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:55 AM 09/16/2022
FILED 10:55 AM 09/16/2022
SR 20223542606 - File Number 7033527

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
# OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1.      The name of the limited liability company is USLive Rush, LLC
.

2.      The Registered Office of the limited liability company in the State of Delaware is located at 251 Little Falls Drive (street), in the City of Wilmington, New Castle County , Zip Code 19808-1674 . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Corporation Service Company
.

By: /s/ Jared Manes

Authorized Person

Name: Jared Manes

Print or Type

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
# OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1.      The name of the limited liability company is USLive Transparent, LLC .

2.      The Registered Office of the limited liability company in the State of Delaware is located at 251 Little Falls Drive (street), in the City of Wilmington, New Castle County , Zip Code 19808-1674 . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Corporation Service Company .

By: /s/ Jared Manes

                  Authorized Person

Name: Jared Manes

                  Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:55 AM 09/16/2022
FILED 10:55 AM 09/16/2022
SR 20223542605 - File Number 7033530

## Trademark/Service Mark Application, Principal Register

Serial Number: 97776018
Filing Date: 02/01/2023

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 97776018 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\977\760\97776018\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | LIVE CO |

*******

| APPLICANT INFORMATION | |
| --- | --- |
| *OWNER OF MARK | USLive OpCo, Inc. |
| *MAILING ADDRESS | 4400 Post Oak Parkway, Suite 2140 |
| *CITY | Houston |
| *STATE (Required for U.S. applicants) | Texas |

********

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| --- | --- |
| INTERNATIONAL CLASS | 035 |
| | |

********

| | |
| --- | --- |
| *IDENTIFICATION | Promoting the live performances, road shows, live stage events, theatrical performances, live music concerts, ethnic festivals, comedy shows and other entertainment events of others, and promoting merchandise relating thereto; promoting the concert of others; business management and promoting the special events of others; retail store services featuring musical and theatrical artist and tour-related merchandise and collectibles; promoting ticket sales and VIP privileges for live entertainment events for others, all in the fields of musical, theatrical, educational, cultural, comedy, variety and family tours and presentations |





## LiveCo

**Date: October 2022**

TYPE: DEBT FINANCING

SECTOR: MEDIA & ENTERTAINMENT

East Wind acted as the exclusive financial advisor to Waterland Private Equity ("Waterland") in the refinancing and upsizing of the credit facility for LiveCo by Summit Partners Credit ("Summit").

LiveCo is a live entertainment company focused on delivering rich consumer experiences, including promoting music, comedy, and a variety of family entertainment tours, as well as producing festivals and other events.

Waterland is an independent private equity investment group that supports entrepreneurs in realizing their growth ambitions. Waterland has made over 950 acquisitions, including over 150 platform investments and over 800 add-ons.

Summit is a global alternative investment firm dedicated to growth equity, fixed income and public equity opportunities.



  

## LiveCo

**Date: November 2021**

TYPE: BUY-SIDE M&A / DEBT FINANCING

SECTOR: MEDIA & ENTERTAINMENT

East Wind acted as the exclusive financial advisor to Waterland Private Equity ("Waterland") in its acquisitions of BASE Entertainment ("BASE"), ICON Entertainment ("Icon") and Premier Productions ("Premier") to form the initial platform for LiveCo and the exclusive arranger of a term loan and a revolving credit facility provided by FLC Credit Partners to support the acquisitions of BASE, Icon, and Premier.

LiveCo is a live entertainment company focused on delivering rich consumer experiences, including promoting music, comedy, and a variety of family entertainment tours, as well as producing festivals and other events.

Waterland is an independent private equity investment group that supports entrepreneurs in realizing their growth ambitions. Waterland has made over 950 acquisitions, including over 150 platform investments and over 800 add-ons.