EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al., | § | |
| *Plaintiffs* | § | Civil Action No. 3-26-CV-00484 |
| | § | |
| v. | § | **District Judge Crenshaw** |
| | § | |
| | § | **Magistrate Judge Frensley** |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V.; et al., | § | |
| *Defendants* | § | **Jury Demanded** |

## DECLARATION OF WES CAMPBELL

I, Wes Campbell, have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to them and declare as follows:

1. The notices found at pages 10 and 12 are true and correct copies of notices US Live/TPR have published.

2. The charts of CCM concert data are true and correct summaries of concert performance that were self-reported to Pollstar and reproduced publiclly by Pollstar. They are considered reliable in the industry.

3. I caused my company to sign comprehensive confidentiality agreements, following which we disclosed our confidential information to Waterland/LiveCo/TPR as to (i) artists we had contracted with, (ii) what those artists were being paid for use of their Platform to generate donors, (iii) the term of expiration of Plaintiffs' agreements, (iv) the revenues Plaintiffs made for services to nonprofits in connection with sponsorship generation, and (v) the candid competitive challenges Plaintiffs saw in the market place, all of which was disclosed by Plaintiffs in the strictest confidence.

4. Attached hereto collectively are numerous written exchanges I had with Waterland, and in particular Madsen and Guldberg. Additionally, I met with them in meetings and spoke over the phone. They were fluent in English both in speaking and writing.

I declare under penalty of perjury under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July 2026 at Austin, Texas.

Wes Campbell



**From:** **Christian Lund Madsen** madsen@waterland.dk
**Subject:** TCA x USLive
**Date:** November 14, 2022 at 9:01 PM
**To:** David Wagner davewagner@me.com, Wesley Campbell wes.campbell@me.com, kimcarson@comcast.net
**Cc:** Young, Eric Eric.Young@us.gt.com, Atchison, Catherine Catherine.Atchison@us.gt.com, Michael Pugh michael.pugh@premierproductions.com



Dave, Wes, Kim and Kevin,

Was great catching up today and appreciate you taking the time to further enlighten us on the financial side of things as well

As promised, below outlines the information I believe we'd need to formulate an understanding of the company financials and outlook, which should enable us to provide an outline for how we can formulate a partnership. I'll let Eric and Catherine opine if I missed anything below

- 2017-2021 full year financial statements (accrual basis?)
- 2017-2022 monthly statements, if readily available (cash basis?)
- Expectation for where 2022 will land on revenue, gross profit and EBITDA
- Expectation for 2023-2024 on # of confirmations, revenue, gross profit, EBITDA

If any of the above is not readily available, is time consuming to develop or there is a more practical/pragmatic solution, then please don't hesitate to let us know.

We look forward to continuing the dialogue, as we remain very impressed by what TCA has accomplished and excited by the prospects of partnering & the growth opportunities we together could explore!

Kind regards,
Christian

**Waterland Private Equity ApS**
Neroport, Kay Fiskers Plads 9
West Tower, 7th floor
2300 Copenhagen S
Denmark

Tel. +45 88 44 16 81
Mobile: +45 31 14 70 06
madsen@waterland.dk
www.waterland.dk

The information contained in this message, including any attachments, may be privileged and confidential and is intended only for use of the individual and/or entity identified in the address of this message. If you are not an intended recipient, please notify the sender and delete and destroy this message, including any back-up copies.





**From:** **Christian Lund Madsen** madsen@waterland.dk
**Subject:** TCA x USLive: Partnership proposal
**Date:** December 19, 2022 at 8:41 PM
**To:** David Wagner davewagner@me.com, Wesley Campbell wes.campbell@me.com
**Cc:** Kevin Kookogey kevin@kookogey.com, Brian Becker Brian@baseentertainment.com, Michael Pugh
michael.pugh@premierproductions.com, Nicklas Guldberg Guldberg@waterland.dk

Dave and Wes –

We remain highly excited by the prospect of partnering with both of you and the TCA team, and are highly appreciate of your engagement and interest in working with USLive. We view TCA as a highly respected & pioneering sponsorship organiser, providing unique and turnkey solutions for its sponsorship partners. Together with USLive's strategic growth efforts within sponsorships across faith, country and other genres, we believe a partnership to be highly valuable to all parties.

Please find below an outline of proposed overall deal terms, as well as an attached spreadsheet to illustrate underlying financial assumptions. If useful to walk through on a call, we'd happily do so.

**Proposal**
- At Closing (Upfront): USD 15m
- 2nd Tranche payment: 5x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
  - If projections hold and we assume closing midway through next year, that is 5x * (USD ~9m – USD ~5m) = USD ~20m
- Cap: USD 45m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results, which would boost EBITDA and 2nd tranche payment
- Re-invest into USLive:
  - Upfront: Min. 10% and up to 40%
  - 2nd Tranche payment: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD 35m-45m consideration, and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

**Other key considerations:**

- Attached financials, though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by TCA on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides

- Customary DD access and that key agreements to continue post-close, e.g. multi-year sponsorship deals, etc.

On a related note, we believe it would be interesting to also discuss a potential partnership between USLive and First Company Management, as artist management is another strategic growth area of USLive

Looking forward to continuing the dialogue, Dave and Wes – please let us know you have received the offer. Thank you!

Kind regards and Merry Christmas,
Christian, Brian, Michael and Nicklas

**Waterland Private Equity ApS**
Neroport, Kay Fiskers Plads 9
West Tower, 7th floor
2300 Copenhagen S
Denmark

Mobile: +45 31 14 70 06 / +1 832 367 7997
madsen@waterland.dk
www.waterland.dk

_____

The information contained in this message, including any attachments, may be privileged and confidential and is intended only for use of the individual and/or entity identified in the address of this message. If you are not an intended recipient, please notify the sender and delete and destroy this message, including any back-up copies.

**TCA_Financials.xlsx**



**From:** **Christian Lund Madsen** madsen@waterland.dk
**Subject:** TCA and FCM x USLive
**Date:** January 26, 2023 at 10:47 AM
**To:** David Wagner davewagner@me.com, Wesley Campbell wes.campbell@me.com, Kevin Kookogey kevin@kookogey.com
**Cc:** Brian Becker Brian@baseentertainment.com, Nicklas Guldberg Guldberg@waterland.dk, Michael Pugh michael.pugh@premierproductions.com

Dave and Wes –

In light of our conversations over the past weeks and TCA's expectation to perform an accrual EBITDA at USD 3.6m for 2022 and on track for USD 7m for 2023, please find below and updated proposal on overall deal terms. Together with our proposal for FCM (further below), we'll initiate drafting of MOUs as soon as we have your confirmation on these terms, and look forward to advance our dialogues to getting the deal finalised (next steps being due diligence and definitive agreements) and initiating our partnership!

### Updated Proposal - TCA
**Proposal**
- At Closing (Upfront): USD 17m
- 2nd Tranche payment: 5x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
- Cap: USD 45m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results, which would boost EBITDA and 2nd tranche payment
- Re-invest into USLive:
  - Upfront: Min. 10% and up to 40%
  - 2nd Tranche payment: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD 37m-45m consideration, and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

**Other key considerations:**

- Financials, though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by TCA on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides
- Customary DD access and that key agreements to continue post-close, e.g. multi-year sponsorship deals, etc.

### Proposal – FCM
**Proposal**
- At Closing (Upfront): USD 2.5m, based on Last Twelve Months EBITDA at time of

At Closing (Upfront): USD 2.6m, based on Last Twelve Months EBITDA at time of closing between USD 600k and USD 775k (per projections)

- 2nd Tranche payment: 6x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
- Cap: USD 5m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results, which would boost EBITDA and 2nd tranche payment
- Re-invest into USLive:
  - Upfront: Min. 10% and up to 40%
  - 2nd Tranche payment: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD ~4m consideration (equal to 7x the historical results), and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

**Other key considerations:**

- Attached financials (see e-mail from Kevin on FCM), though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by FCM on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides
- Customary DD access and that key agreements to continue post-close, e.g. multi-year artist deals, etc.

Looking forward to continuing the dialogue, Dave and Wes!


Kind regards,
Christian

**Waterland Private Equity ApS**

Neroport, Kay Fiskers Plads 9
West Tower, 7th floor
2300 Copenhagen S
Denmark

Tel. +45 88 44 16 81
Mobile: +45 31 14 70 06
madsen@waterland.dk
www.waterland.dk

The information contained in this message, including any attachments, may be privileged and confidential and is intended only for use of the individual and/or entity identified in the address of this message. If you are not an intended recipient, please notify the sender and delete and destroy this message, including any back-up copies.

EXHIBIT B

**Mail Attachment.eml**
21 KB
