EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **THRIVING CHILDREN ADVOCATES,** **LLC, et al.,** | § § § | |
| *Plaintiffs* | § | **Civil Action No. 3-26-CV-00484** |
| | § | |
| **v.** | § | **District Judge Crenshaw** |
| | § | |
| | § | **Magistrate Judge Frensley** |
| **WATERLAND PRIVATE EQUITY** | § | |
| **INVESTMENTS, B.V.; et al.,** | § | |
| *Defendants* | § | **Jury Demanded** |

**DECLARATION OF CELESTE INGALLS**

I, Celeste Ingalls, have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to them and declare as follows:

1.      I am the Director of Operations of Alan H. Crowe & Associates, Inc., d/b/a Crowe Foreign Services ("Crowe"), located at 733 SW Vista Avenue, Portland, Oregon 97205.

2.      I have specialized in the service of United States judicial documents abroad, including service under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention") for more than 30 years which has included all aspects of the service process from translation to proof.

3.      I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries.

4.      Since 2003, I have attended, as a private expert, all Special Administrative Sessions of the Hague Conference at The Hague, Netherlands for the Hague Service Convention. At these sessions, signatory countries are represented by their respective Judicial Authorities to discuss their

EXHIBIT C

country's interpretations and the practical mechanics of, as well as problems encountered in dealing with, the Hague Service Convention and its obligations.

5.      I have participated with the Hague Administration in a "training" session presided over by the Hague Administration to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention.

6.      At the request of Plaintiffs' counsel, I reviewed the documents to be served in this matter and prepared estimates of the anticipated time and costs associated with effecting service through the Hague Service Convention on certain Defendants located in Denmark and the Netherlands.

7.      The documents to be served consist of approximately 266 physical pages.  This includes the Complaint and its exhibits, and a Civil Cover Sheet.  A summons is required and would need to be added at a later date.

8.      Our translation rates are page rates, with a single page being the equivalent of 250 words.  The cost quote process involves reducing the documents to a cumulative total word count and then dividing by 250 and rounding down the resulting total number of pages.

9.      The total word count of the 266 pages in this case, as referenced above, is approximately 81,216 words.  When divided by 250, the "text equivalent" of 324.864 pages remains, which would then be rounded down and quoted at the cost of 324 pages.

10.      I estimate that the cost to translate the above 324 pages of documents into Danish will be $26,892.00, calculated at approximately $83.00 per page.

11.      I estimate that the cost to translate the above 324 pages of documents into Dutch will be $26,892.00, calculated at approximately $83.00 per page.

EXHIBIT C

12.	The fees for Crowe to serve through the Hague Service Convention are $675.00 per defendant. Based on the defendants identified in this matter, the estimated total service fees are:

> a. Denmark (three defendants): $2,025.00
> b. Netherlands (one defendant): $675.00.

13.	It is estimated that translation of the text equivalent pages will require approximately 7 to 8 weeks, based upon a human translation rate of approximately six (6) text equivalent pages per day (6 x 250, which us 1,500 words).  This can vary and is often dependent upon the content being translated.  It is possible that the content of this case may take a little less time.

14.	It is important to note that, although human translations take longer, human translations are often required because the foreign courts regularly reject machine translations (AI) and machine translations often lack full understanding of the context or nuance of a complaint.

15.	I estimate that, after the required translations are completed, service through the Hague Service Convention will require approximately three (3) additional months to complete, though this time frame can vary because it is dependent upon the judicial officials in each country.

16.	Based on these estimates, the anticipated costs associated with translation and Hague Service Convention are:

- Danish Translation: $26,892.00
- Dutch Translation: $26,892.00
- Service in Denmark (three defendants): $2,025.00
- Service in the Netherlands (one defendant): $675.00
  **Total Estimated Cost: $56,484.00**

17.	Based on the foregoing estimates, I anticipate that the total time required to complete the translation and Hague Service Convention process will be approximately five (5) months, once started, with the understanding that the foreign authorities will control the actual service timeframes.

Declaration of Celeste Ingalls	Page 3 of 3

EXHIBIT C

I declare under penalty of perjury under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July 2026 at Portland, Oregon.

Celeste Ingalls
Director of Operations
Crowe Foreign Services
733 SW Vista Avenue
Portland, OR 97205
503-222-3085