# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> MERCYME, INC.; BART MILLARD; ROBIN "ROBBY" SHAFFER; NATHAN COCHRAN; MIKE SCHEUCHZER; SCOTT BICKELL; BRICKHOUSE ENTERTAINMENT, LLC; MICAH BEGNAUD AKA MICAH TYLER, et al., <br><br>     Defendants. | Case No. 3:26-cv-00484 <br><br> Judge Waverly D. Crenshaw, Jr. <br><br> Magistrate Judge Jeffery S. Frensley |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.01(a)(2), MercyMe, Inc., Bart Millard, Robin Shaffer, Nathan Cochran, and Mike Scheuzer (the "MercyMe Defendants"); Scott Brickell and BrickHouse Entertainment (the "Brickell Parties"); and Micah Tyler (collectively, the "Motion Defendants"), request leave to file a memorandum in support of their motion to dismiss that exceeds the 25-page limitation set forth in the Local Rules. Motion Defendants anticipate their memorandum to be approximately 44 pages.

Good cause exists to exceed the 25-page limitation for this memorandum because of the scale and scope of the Complaint, which spans 204 pages and includes 632 paragraphs. A page limitation extension is required to sufficiently brief the many reasons each of the 15 causes of action asserted against the Motion Defendants should be dismissed with prejudice.

Wherefore, the Motion Defendants request leave to file a memorandum in support of their motion to dismiss that exceeds the 25-page limitation set forth in the Local Rules

Counsel for Plaintiffs consents to the relief requested in this Motion.

Dated: July 21, 2026

Respectfully submitted,

GRIFFIN BOWEN PLLC

/s/ Jay S. Bowen
Jay S. Bowen (TN Bar No. 2649)
Connor Blair (TN Bar No. 031992)
48 Music Square East
Nashville, TN 37203
615.742.4800
jbowen@griffinbowen.com
cblair@griffinbowen.com

*Counsel for Defendants MercyMe, Inc., Bart Millard, Robert Shaffer, Nathan Cochran, Mike Scheuchzer, Scott Brickell, BrickHouse Entertainment, LLC, and Micah Begnaud*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of July 2026, a true and accurate copy of the foregoing was filed with the Court's CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jay S. Bowen*
Jay S. Bowen