**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCYME, INC.; BART MILLARD; ROBIN "ROBBY" SHAFFER; NATHAN COCHRAN; MIKE SCHEUCHZER; SCOTT BICKELL; BRICKHOUSE ENTERTAINMENT, LLC; MICAH BEGNAUD AKA MICAH TYLER, et al., <br><br> Defendants. | Case No. 3:26-cv-00484 <br><br> Judge Waverly D. Crenshaw, Jr. <br><br> Magistrate Judge Jeffery S. Frensley |

## MERCYME DEFENDANTS', BRICKELL PARTIES', AND MICAH TYLER'S MOTION TO DISMISS

Come now MercyMe, Inc., Bart Millard, Robin Shaffer, Nathan Cochran, and Mike Scheuzer (the "MercyMe Defendants"); Scott Brickell and BrickHouse Entertainment (the "Brickell Parties"); and Micah Tyler (collectively, the "Motion Defendants") and move to dismiss each of the claims asserted against them in this action.

The Motion Defendants file contemporaneously with this Motion a memorandum of law that details the many reasons why each of the 15 causes of action asserted against the Motion Defendants fails under Rule 12.01 and 12.06 of the Federal Rules of Civil Procedure.

Wherefore, the Motion Defendants request that this Court dismiss with prejudice each of the claims asserted against them.

Dated: July 21, 2026                    Respectfully submitted,


GRIFFIN BOWEN PLLC

/s/ Jay S. Bowen
Jay S. Bowen (TN Bar No. 2649)
Connor Blair (TN Bar No. 031992)
48 Music Square East
Nashville, TN 37203
615.742.4800
jbowen@griffinbowen.com
cblair@griffinbowen.com

*Counsel for Defendants MercyMe, Inc., Bart
Millard, Robert Shaffer, Nathan Cochran, Mike
Scheuchzer, Scott Brickell, BrickHouse
Entertainment, LLC, and Micah Begnaud*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of July 2026, a true and accurate copy of the foregoing was filed with the Court's CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jay S. Bowen*
Jay S. Bowen