IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, Et al.<br>　　　　　Plaintiffs<br>v.<br>WATERLAND PRIVATE EQUITY INVESTMENTS, B.V.; Et al.<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-cv 00484<br>District Judge: Hon. Eli Richardson<br>Magistrate Judge: Hon. Jeffrey S. Frensley<br><br>Jury Trial Demanded |

**PLAINTIFFS' REPLY TO DEFENDANT WORLD VISION INC RESPONSE [Dkt. No. 78]**

On July 20, 2026, in this multiparty antitrust case, Plaintiffs filed their Motion for Alternative Service under FRCP 4(f)(3) ("**Motion**") on a Danish entity, a Netherlands entity and two of their Danish controlling executives namely: Waterland Private Equity Investments, B.V, ("Waterland PEI"), Waterland Private Equity ApS ("Waterland PE"), Nicklas Guldberg ("Guldberg") and Christian Madsen ("Madsen") (collectively, the "*Waterland Service Parties*."). **[Dkt. No. 57].** The Motion also requested the July 23, 2026 Case Management Conference ("CMC") be rescheduled. In one order, the Court granted the Motion for Alternative Service and continued the CMC. **[Dkt. No. 63].** Thereafter, Defendant World Vision, Inc ("**WV**") a party not involved in the alternative service, filed a belated "Response" to the Motion **[Dkt. No. 78]** to which this briefly replies to correct errors in WV's Response.

A. **CMC: IN PERSON OR ZOOM?** *First* as to the July 23, 2026 CMC, Plaintiffs' Motion requested the CMC be postponed and that when it did occur, "**all counsel have the option of appearing live or by telephone.**" Motion pp. 3 & 25 (emphasis added). WV's Response claims "Plaintiffs' request[ed] that they alone be permitted to appear in person at the CMC." WV Resp.

1

p. 1. **Not so**; Plaintiffs request clearly was for all who so desired. However, Plaintiffs re-urge that live appearances at the CMC be permitted by all, because this case is complicated and the CMC will be significant; thus in person presence by anyone so wanting to attend will assist the Court.

B. **PLAINTIFFS DID NOT MISUSE THE MOTION TO IMPROPERLY REASSERT FACTUAL NARRATIVES.** World Vision's Response claims Plaintiffs used the Motion as a "vehicle for Plaintiffs to reassert factual narratives, characterize the alleged anticompetitive conduct, or advance substantive legal theories already contained in the operative Complaint." WV Resp. p. 2. **Again, not so.** Given this Court's analysis of service on foreign defendants in *Cabinets to Go, LLC. v. Qingdao Haiyan Real Est. Grp. Co., Ltd.*, 2022 U.S. Dist. LEXIS 257672 (M.D. Tenn. 2022) (J. Frensley) and the Ninth Circuit's in *Rio Properties, Inc. v. Rio International Interlink*, 284 F.3d 1007 (9th Cir. 2002), it seemed imperative to demonstrate to the Court first that the lawyer who Plaintiffs wanted to serve the Waterland Service Parties through, (i) had regularly represented the Waterland Service Parties, (ii) had formed several layers of US holding companies for the purpose of them acquiring the three primary US concert promoters at issue in this case, and (iii) had stated he would represent them in this litigation once served. These facts indicated he was in communication with them and assured the Court they would fairly receive actual notice if served through US counsel. Plaintiffs also wanted to demonstrate that the Waterland Service Parties spoke fluent English as indicated by their offer to purchase Plaintiff TCA, such making expensive translation of the Complaint into Dutch and Danish unnecessary. Only averments necessary to satisfy Constitutional requirements were included. As an aside, WV was mentioned in only two sentences.

Plaintiffs therefore request the Court leave intact its Order allowing Alternative Service under FRCP 4(f)(3) and permit that any counsel so desiring may attend the CMC live.

2

Date: August 6, 2026

Respectfully submitted,

_Ben Broocks_

Ben Broocks
Ben Broocks (pro hac)
248 Addie Roy Road, Suite B-301
Austin, Texas
Tel: 512-201-2002
Fax: 512 201-2386

G. Kline Preston IV, Esq.
G. Kline Preston, IV, Esq. (#017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37027
Tel: 615-649-8680
Fax: 866-610-9565
kpreston@klineprestonlaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, the undersigned filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

Dated: August 6, 2026.

_Ben Broocks_

Ben Broocks

3