**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THRIVING CHILDREN ADVOCATES, LLC, *et al,*** | ) | |
| | ) | **CASE NO: 3:26-cv-00484** |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **WATERLAND PRIVATE EQUITY, B.V., *et al,*** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

**NOTICE OF FILING EXHIBITS**

---

**COME** the Plaintiffs, Thriving Children Advocates, LLC, Thriving Charity Advocates, LLC, Wesley Campbell, Newsboys, Inc., and Newsboys Touring, LLC, by and through counsel, G. Kline Preston, IV and Ben Broocks, and hereby give notice of filing of the following documents in support of their Response to MercyMe's Motion to Dismiss:

1. Exhibit 1 – MercyMe Instagram Post dated April 21, 2025
2. Exhibit 2 – MercyMe Exclusive Platform Agreement Dated June 13, 2019

**Respectfully Submitted,**

***/s/G. Kline Preston, IV***
**G. Kline Preston, IV, Esq**
**Belle Meade Office Park**
**4515 Harding Pike, Suite 107**
**Nashville, TN 37205**
**Tel: (615) 279-1619**
**Fax: (866) 610-9565**
**kpreston@klineprestonlaw.com**

***/s/ Ben Broocks***
**Ben Broocks (pro hac pending)**
**248 Addie Roy Road, Suite B-301**
**Austin, Texas**
**Tel: 512-201-2002**
**Fax: 512 201-2386**
**bbroocks@broockslawfirm.com**

CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, the undersigned filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

Dated: August 24, 2026

/s/Ben Broocks

________________

Ben Broocks