**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, THRIVING CHARITY ADVOCATES, LLC, WESLEY CAMPBELL, NEWSBOYS, INC., NEWSBOYS TOURING, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:26-cv-00484 |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V.; WATERLAND PRIVATE EQUITY APS.; WATERLAND HOLDINGS, LLC.; CHRISTIAN LUND MADSEN; NICKLAS GULDBERG; USLIVE OPCO, INC. DBA LIVECO AND TPR; USLIVE, LLC.; USLIVE HOLDING, LLC; USLIVE INTERMEDIATE HOLDCO, INC.; BRIAN BECKER; TPR ENTERTAINMENT, LLC; PREMIER PRODUCTIONS HOLDINGS, LLC; MICHAEL PUGH; SHANE QUICK; USLIVE RUSH, LLC; RUSH CONCERTS, LTD.; JACOB REISER; USLIVE TRANSPARENT, LLC; TRANSPARENT PRODUCTIONS, LLC; TRANSPARENT PROCESSING LLC; TIMOTHY TABER; THE ROYS REPORT NFP; JULIE ROYS, JESSICA MORRIS; MERCYME, INC.; BART MILLARD; ROBIN "ROBBY" SHAFFER; NATHAN COCHRAN; MIKE SCHEUCHZER; SCOTT BICKELL; BRICKHOUSE ENTERTAINMENT, LLC; MICAH BEGNAUD AKA MICAH TYLER; and WORLD VISION, INC. | ) | Judge Eli J. Richardson, Jr.<br>Magistrate Judge Frensley |
| Defendants. | ) | |

**LIVECO DEFENDANTS' MOTION TO DISMISS**

Defendants LiveCo OpCo, Inc., USLive, LLC, USLive Holding, LLC, USLive

Intermediate HoldCo., Inc., TPR Entertainment, LLC, Premier Productions Holdings, LLC, USLive Rush, LLC, Rush Concerts, Ltd., USLive Transparent, LLC, and Transparent Productions, LLC (collectively, "LiveCo"), as well as Defendants Brian Becker, Michael Pugh, Shane Quick, Jacob Resier, and Timothy Taber (collectively with LiveCo, the "LiveCo Defendants"), by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims asserted against them in the Complaint for failure to state a claim upon which relief can be granted.

Dated: August 27, 2026

Respectfully submitted,


*/s/ David W. Campbell*
Taylor J. Askew (Tenn. BPR No. 033193)
Todd R. Hambidge (Tenn BPR No. 028671)
David Zeitlin (Tenn. BPR No. 037664)
David W. Campbell (Tenn. BPR No. 042351)
**HOLLAND & KNIGHT LLP**
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel: (615) 244-6380
taylor.askew@hklaw.com
todd.hambidge@hklaw.com
david.zeitlin@hklaw.com
will.campbell@hklaw.com

Keith P. Carroll (*pro hac vice pending*)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
Tel: (617) 523-2700
keith.carroll@hklaw.com

David Kully (*pro hac vice pending*)
**HOLLAND & KNIGHT LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Tel: (202) 955-3000
david.kully@hklaw.com

Justin M. Kadoura (*pro hac vice pending*)
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Tel: (215) 252-9600
justin.kadoura@hklaw.com

*Counsel for the LiveCo Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ David Campbell*
David Campbell