**From:** Christian Lund Madsen
**Sent:** Monday, December 19, 2022 8:41 PM
**To:** David Wagner <davewagner@me.com>; Wesley Campbell <wes.campbell@me.com>
**Cc:** 'Kevin Kookogey' <kevin@kookogey.com>; Brian Becker <Brian@baseentertainment.com>; Michael Pugh <michael.pugh@premierproductions.com>; Nicklas Guldberg <Guldberg@waterland.dk>
**Subject:** TCA x USLive: Partnership proposal

Dave and Wes –

We remain highly excited by the prospect of partnering with both of you and the TCA team, and are highly appreciate of your engagement and interest in working with USLive. We view TCA as a highly respected & pioneering sponsorship organiser, providing unique and turnkey solutions for its sponsorship partners. Together with USLive's strategic growth efforts within sponsorships across faith, country and other genres, we believe a partnership to be highly valuable to all parties.

Please find below an outline of proposed overall deal terms, as well as an attached spreadsheet to illustrate underlying financial assumptions. If useful to walk through on a call, we'd happily do so.

**Proposal**

- At Closing (Upfront): USD 15m
- 2nd Tranche payment: 5x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
  - If projections hold and we assume closing midway through next year, that is 5x * (USD ~9m – USD ~5m) = USD ~20m
- Cap: USD 45m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results,

nd

which would boost EBITDA and 2 tranche payment

- Re-invest into USLive:
    - Upfront: Min. 10% and up to 40%
    - 2nd Tranche payment: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD 35m-45m consideration, and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

**Other key considerations:**

- Attached financials, though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by TCA on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides
- Customary DD access and that key agreements to continue post-close, e.g. multi-year sponsorship deals, etc.

On a related note, we believe it would be interesting to also discuss a potential partnership between USLive and First Company Management, as artist management is another strategic growth area of USLive

Looking forward to continuing the dialogue, Dave and Wes – please let us know you have received the offer. Thank you!

Kind regards and Merry Christmas,
Christian, Brian, Michael and Nicklas

**Waterland Private Equity ApS**
Neroport, Kay Fiskers Plads 9
West Tower, 7th floor
2300 Copenhagen S
Denmark

Mobile: +45 31 14 70 06 / +1 832 367 7997
madsen@waterland.dk
www.waterland.dk

The information contained in this message, including any attachments, may be privileged and confidential and is intended only for use of the individual and/or entity identified in the address of this message. If you are not an intended recipient, please notify the sender and delete and destroy this message, including any back-up copies.