**From:** Christian Lund Madsen <Madsen@waterland.dk>
**Sent:** Wednesday, January 11, 2023 12:49 PM
**To:** Nicklas Guldberg <Guldberg@waterland.dk>; Dale A. Head <Dale@baseentertainment.com>; Timothy P. Ward <tward@baseentertainment.com>; Brian Becker <Brian@baseentertainment.com>
**Cc:** Michael Pugh <michael.pugh@premierproductions.com>
**Subject:** FW: TCA x USLive: Partnership proposal

Y'all,

Let's wait until our conversation next week to offer an updated proposal to Dave and Wes, as we there also can shed more light on USLive.

However, if Dave/Wes re-confirms that 2022 EBITDA is tracking on 3.7m on accrual basis AND they are still on track to the USD 6m+ EBITDA for 2023, then we can offer an upfront of USD 17m (w before offered 15m and they asked for 20m). If they push back and remain firm on USD 20m, then we might do an advance of USD 3m against the earn-out (i.e., they get USD 3m more at close, but counts against earn-out amount AND we can claw back if earn-out of at least USD 3m is then not achieved).

Together w/ increasing our upfront, we remain at min 10% re-invest upfront. If we need to do the advance to get them USD 20m, i.e. the USD 3m advance, then the min re-invest upfront is 15%. SO we are offering USD 17m, hereof 1.7m in stock and 15.3m in cash; we can, if they counter, go to USD 20m (of which 3m is advance) and then 16m cash, 4m stock. In other words, we are not going beyond 16m cash upfront, of which 6m would be used to pay down Worldvision, then USD 10m left to the guys.

Rest remains in place. And we might have to add that when stating accrual EBITDA, we also assume no aggressive recognitions (i.e., EBITDA for liabilities/shows needed to be performed later, but hasn't today, or an advance payment that sets off against future per-confirmation earnings, etc.).