| | |
|---|---|
| **From:** | Brian Becker |
| **To:** | Christian Lund Madsen; Nicklas Guldberg; Dale A. Head; Timothy P. Ward |
| **Cc:** | Michael Pugh |
| **Subject:** | RE: TCA x USLive: Partnership proposal |
| **Date:** | Wednesday, January 11, 2023 12:59:19 PM |

Agreed and good direction. I believe they are very motivated to sell, and there are not many buyers. In fact, this is the one area that I have greatest u=inquiry – that is, are they just ready, or are there other issues we need to understand.

I have been out of town but know that Wes wanted to speak or meet with me about growth. Do you know if this is the call now set for next week?

BEB