On Jan 26, 2023, at 10:47 AM, Christian Lund Madsen <Madsen@waterland.dk> wrote:

Dave and Wes –

In light of our conversations over the past weeks and TCA's expectation to perform an accrual EBITDA at USD 3.6m for 2022 and on track for USD 7m for 2023, please find below and updated proposal on overall deal terms. Together with our proposal for FCM (further below), we'll initiate drafting of MOUs as soon as we have your confirmation on these terms, and look forward to advance our dialogues to getting the deal finalised (next steps being due diligence and definitive agreements) and initiating our partnership!

**Updated Proposal - TCA**

**Proposal**

- At Closing (Upfront): USD 17m
- 2nd Tranche payment: 5x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
- Cap: USD 45m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results, which would boost EBITDA and 2nd tranche payment
- Re-invest into USLive:
  - Upfront: Min. 10% and up to 40%
  - 2nd Tranche payment: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD 37m-45m consideration, and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

## Other key considerations:

- Financials, though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by TCA on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides
- Customary DD access and that key agreements to continue post-close, e.g. multi-year sponsorship deals, etc.

**Proposal – FCM**

**Proposal**

- <u>At Closing (Upfront)</u>: USD 2.5m, based on Last Twelve Months EBITDA at time of closing between USD 600k and USD 775k (per projections)
- <u>2nd Tranche payment</u>: 6x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
- <u>Cap</u>: USD 5m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results, which would boost EBITDA and 2nd tranche payment
- <u>Re-invest into USLive</u>:
  - <u>Upfront</u>: Min. 10% and up to 40%
  - <u>2nd Tranche payment</u>: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD ~4m consideration (equal to 7x the historical results), and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

## Other key considerations:

- Attached financials (see e-mail from Kevin on FCM), though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by FCM on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides
- Customary DD access and that key agreements to continue post-close, e.g. multi-year artist deals, etc.

Looking forward to continuing the dialogue, Dave and Wes!

Kind regards,
Christian

**Waterland Private Equity ApS**
Neroport, Kay Fiskers Plads 9
West Tower, 7th floor
2300 Copenhagen S
Denmark

Tel. +45 88 44 16 81
Mobile: +45 31 14 70 06
madsen@waterland.dk
www.waterland.dk