**From:** Dave Wagner
**To:** Christian Lund Madsen
**Cc:** Wesley Campbell; Kevin Kookogey; Brian Becker; Nicklas Guldberg; Michael Pugh
**Subject:** Re: TCA and FCM x USLive
**Date:** Tuesday, January 31, 2023 10:59:51 AM

---

Hi Christian - Wes and I met to review your latest proposal for TCA, along with your initial proposal regarding FCM.

1. With regard to the TCA proposal, I believe there is really only one “open” issue to be resolved before proceeding to paper, and that is regarding Bullet Point #2 under “**Other key considerations**.” While TCA’s projections can indeed be reasonably achieved on a stand-alone basis, as we have discussed already, we are very excited about the opportunities this partnership brings to collectively discuss, decide and potentially implement ideas they have to collectively and cumulatively maximize the earning potential of all divisions. This element of the partnership is important so that in the event other USLive sponsorships are funneled through the TCA model, then TCA would be credited (amount *TBD*) towards the earnout period for any Confirmed Sponsor derived from these divisions, up to the Cap. It would be inequitable for TCA to direct its bandwidth and artist/sponsorship inventory away from its internal profitability without assurances that any new USLive synergies were not adequately attributed to the bottom line.

2. With regards to the FCM proposal, we understand that Wes' sole ownership of FCM presents certain issues of potential competition that require resolution prior to completing the TCA partnership. After reviewing your proposal, it is safe to say we aren’t quite there yet, but Wes would like to have a call with you to make sure he is not misunderstanding your intentions, and to mutually find the right proposal to finish this additional partnership up.

We look forward to digging into the future with the USLive team, and are ready to proceed to the MOU phase for TCA, while we continue our dialogue about the best fit for FCM within USLive, and the finalization of those terms.

Thank you, and we look forward to your reply.

Kind regards,

Dave Wagner

cc: Wes Campbell

Kevin Kookogey