# Woman Accuses Michael Tait of Drugging Her and Watching While She Was Raped; Says Newsboys Tour Manager Covered It Up

By Jessica Morris

June 19, 2025(https://julieroys.com/2025/06/19/) 8:16 pm CDT

62 Comments (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comments)



*Newsboys lead singer Michael Tait performs in Fargo, North Dakota, in December 2014. (Photo: Facebook)*

*Note: This article contains descriptions of sexual assault.*

After former Newsboys lead singer Michael Tait made headlines June 10 admitting he has preyed sexually on other men, a woman who worked with the band says she was raped while Tait watched.

She believes Tait drugged her after a late-night gathering during their 2014 pre-Christmas tour through 12 Midwestern cities.

The woman says she blacked out, then was assaulted by Newsboys lighting technician Matthew Brewer in a third-floor hotel room in Fargo, North Dakota.





## Support Christian Journalism

Your tax-deductible gift supports our mission of reporting the truth and restoring the church. Donate $50 or more to The Roys Report this month, and you can elect to receive "Primal Fire: Reigniting the Church with the Five Gifts of Jesus" by Neil Cole.

DONATE NOW

(/donate)

MOST RECENT ARTICLES



(https://julieroys.com/carl-and-laura-lentz-announce-book-on-healing-from-infidelity-six-years-after-hillsong-scandal/)

**Carl and Laura Lentz announce book on healing from infidelity, six years after Hillsong scandal (https://julieroys.com/carl-and-laura-lentz-announce-book-on-healing-from-infidelity-six-years-after-hillsong-scandal/)**



(https://julieroys.com/cyber-thieves-empty-baptist-

**Cyber thieves empty Bapti… church's bank accounts (https://julieroys.com/cybe… thieves-empty-baptist-church-bank-accour…**

According to video footage and a police report (https://acrobat.adobe.com/id/urn:aaid:sc:US:c4a2e532-899a-4234-8d75-a1544f2a3357), Tait was in the room when the assault happened.

She and four witnesses told *The Roys Report (TRR)* the incident was covered up by Newsboys tour manager Steve Campbell.

> Your tax-deductible gift supports our mission of reporting the truth and restoring the church. Donate $50 or more to The Roys Report this month, and you can elect to receive "Primal Fire: Reigniting the Church with the Five Gifts of Jesus" by Neil Cole, click here (https://julieroys.com/donate/).



*Newsboys lead singer Michael Tait performs in Fargo, North Dakota, in December 2014. (Photo: Facebook)*

Brewer has denied any sexual assault, saying the incident involved two consenting adults.

*TRR* reached out repeatedly to Tait for comment, but he did not respond.

These allegations do not involve current band members Adam Agee, Duncan Phillips, Jody Davis, or Jeff Frankenstein. They involve Tait; Steve Campbell, who is the younger brother of Newsboys owner Wes Campbell; and Brewer, a Dove Award-nominated lighting and production manager who worked with the Newsboys until 2021.

Brewer currently co-directs Lumina Productions, a Nashville-based production and lighting company helmed by Daniel Smallbone and known for its work with For King & Country and Franklin Graham Ministries.


churchs-bank-accounts/)

EXHIBIT 1



**Tennessee megachurch pas Jay Strother diagnosed wit cancer (https://julieroys.com/tenr megachurch-pastor-jay-strother-diagnosed-with-cancer/)**

(https://julieroys.com/tennessee-megachurch-pastor-jay-strother-diagnosed-with-cancer/)



**Judge freezes ICE raids at some Baptist and Lutheran churches (https://julieroys.com/judg freezes-ice-raids-at-some-baptist-and-lutheran-churches/)**

(https://julieroys.com/judge-freezes-ice-raids-at-some-baptist-and-lutheran-churches/)



**North Carolina Baptist church parts ways with pastor facing 'serious allegations of a sexual nature' (https://julieroys.com/nort carolina-baptist-church-parts-ways-with-pastor-facing-serious-allegations-of-a-sexual-nature/)**

(https://julieroys.com/north-carolina-baptist-church-parts-ways-with-pastor-facing-serious-allegations-of-a-sexual-nature/)

**MOST POPULAR ARTICLES**



(https://julieroys.com/former-newsboys-frontman-michael-tait-accused-sexual-assault-grooming-substance-abuse-dating-back-to-2004/)

EXCLUSIVE: For Newsboys Front Tait Accused of Assault, Groomi Substance Abus Back to 2004 (https://julieroys newsboys-front michael-tait-acc sexual-assault-g substance-abus back-to-2004/)



(https://julieroys.com/bethel-church-pattern-mike-winger-expose-shawn-bolz-unsanctified-mercy/)

Mike Winger exp Bethel Church's mercy' failed vic (https://julieroys. church-pattern-winger-expose-s unsanctified-me

3

ENGLISH

EXHIBIT 1

Until recently, the Newsboys had a sterling reputation as of one of the most award-winning, Grammy-nominated Christian bands in history. They are known for popular recordings such as "Shine," "Entertaining Angels," and "Take Me to Your Leader."

Tait was their star. And his admission of guilt came only after *The Roys Report (TRR)* published the stories (https://julieroys.com/former-newsboys-frontman-michael-tait-accused-sexual-assault-grooming-substance-abuse-dating-back-to-2004/) of three men, who alleged they were groomed and assaulted by the singer between 2005 – 2015. Since then, six more men have come forward—this time to The Guardian (https://www.theguardian.com/us-news/2025/jun/13/michael-tait-sexual-assault-allegations). Two alleged Tait sexually assaulted them, and four cited unwanted sexual advances or harassment. Two were minors at the time (https://julieroys.com/michael-tait-accused-sexual-harassment-abuse-drugging-by-6-more-men-2-minors/).

## Innocence lost

It's been 10 years since Nicole (not her real name, as *TRR* has a policy of not sharing the names of sex assault victims) met the Newsboys on tour. Then 23 years old, she had begun interning with Pulse Evangelism (https://www.pulse.org/) 22 months before and then was hired on staff.

The Minneapolis-based ministry, founded by evangelist Nick Hall, does live events, digital ministry, local revival gatherings and—until 2023—an annual Christmas tour named "The Reason."




*Promotional image for 'The Reason' Christmas Tour, which Pulse Ministries hosted several years in a row. (Photo: Facebook)*

"God's Not Dead," the film based on the Newsboys' song and album of the same name, had just released in cinemas, and the band's presence was a major coup for the organization.

But nothing prepared Nicole for the early morning hours of Dec. 16.

## Where it all began

Midway through the 12-show tour in December 2014, the Newsboys, their crew, and staff had three days off. All the band members except for Tait flew back home, but a small contingent stayed at the Ramada Inn and Suites in Fargo. Nicole, who was the only Pulse staffer on site, bunked in her own room, across from musicians Jesi Jones and Elizabeth Chan, who played for opening act musician Moriah Peters (now Smallbone).


(https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/)
Woman Accuse
of Drugging He
Watching While
Raped; Says Ne
Manager Cover
(https://julieroys
accuses-micha
drugging-her-w
newsboys-tour-
covered-up/)


(https://julieroys.com/philip-yancey-confess-affair-announce-retirement/)
Philip Yancey con
8-year affair and
announces retirer
(https://julieroys.
yancey-confess-a
announce-retirem


(https://julieroys.com/elevation-church-fires-youth-pastor-allegations-inappropriate-conduct-at-previous-church-2/)
Elevation Chu
Pastor Due to
Inappropriate
Previous Chur
(https://julierо
church-fires-y
allegations-in
conduct-at-pr
2/)


(https://julieroys.com/tmu-president-ignoring-alleged-sexual-abuse-key-administrator/)
Truett McConnell
University Presider
Accused of Ignorin
Yearslong Sexual A
by VP
(https://julieroys.co
president-ignoring
alleged-sexual-abu
key-administrator/)


(https://julieroys.com/megachurch-pastor-john-gray-apologizes-podcast-struggles-marriage-infidelity/)
Megachur
Gray Apol
for His Str
Marriage I
(https://jul
pastor-joh
podcast-s
infidelity/)


(https://julieroys.com/died-john-macarthur-reformed-expositor-with-worldwide-reach-and-tainted-legacy/)
Died: John MacArt
Reformed Exposito
Worldwide Reach–
Tainted Legacy
(https://julieroys.co
john-macarthur-re
expositor-with-wo
reach-and-tainted
legacy/)


(https://julieroys.com/atlanta-pastor-arrested-for-hitting-stepson-with-a-power-cord/)
Atlanta Megach
Arrested for Hitt
with a Power Co
Bled
(https://julieroys
pastor-arrested
stepson-with-a-


(https://julieroys.com/jeffrey-
Jeffrey Epstein
recommended r
James Dobson

ENGLISH

epstein-recommended-reading-james-dobson/) (https://julieroys epstein-recomm reading-james-d

EXHIBIT 1

This was Nicole's second tour with Jones and Chan, and they had become fast friends. They invited her to dinner at the hotel restaurant, Basies, at around 6.30 p.m. It was a cold night, and Nicole was dressed in a bright pink beanie, a thick winter jacket, black jeans, and winter boots.

Feeling a bit off due to her monthly period, her plans were to have a bite to eat, relax with friends, and call it a night.

But at 9 p.m., the Newsboys crew began to stream in and order drinks. This included guitar tech Jack Campbell, second cousin of Newsboys owner Wes Campbell, tour manager Steve Campbell, and lighting apprentice Zech Germenis. Tait was one of the last to arrive, accompanied by Brewer and Newsboys merch guy John Burch.

Pulse allowed employees to drink on off days as this was personal time. And Newsboys band and crew were allowed to consume alcohol at any time, as long as it didn't affect their work.

By 11 p.m., Tait was, "flailing his cash around as he walked up and down the bar, telling the bartender what drinks to make," Chan told *TRR*.

The party racked up a nearly $300 tab, according to the bartender.

"From what I saw, the gentleman (sic) (at) the bar were drinking the most and I did not see anything that would make me believe otherwise," he told police later.

With a free day ahead, the group remained at the bar until 1 a.m., when the bartender announced he would begin closing. Nicole told *TRR* she barely spoke to Brewer, if at all, as the distance and noise kept them in separate conversations. She was not friends with the lighting designer from Indiana who was 11 years her senior.

Over the course of six–and-a-half hours, Nicole says she stayed well within legal drinking limits and was ready for bed. But when Tait saw her stand up at 1:17 a.m., he yelled for her across the bar. He wanted to buy her, Burch, and himself a round of Tequila.

"(Tait) says, 'Here, I have a Tequila shot for you, and we're all going to take it together,'" Nicole told *TRR*. "Because Tait and the crew had been friendly in previous encounters, I didn't think twice.

"Michael Tait has a very charismatic personality. He has a way of making you feel like you're in the insider club, calling you sister or brother, wrapping his arm around you, and making you feel special. I did not know Tait very well, but he had always been friendly on show days.

"So, when Tait called me over to take a shot with him and Burch, it seemed harmless. I did not feel like I was peer pressured into it. But as a young professional in the industry, I wanted to be liked by these people. One shot seemed harmless. Unfortunately, I have next





ENGLISH

to no memory after that drink."

EXHIBIT 1

After she took the glass from Tait, video footage taken at the hotel that night shows what happened next.

## The third floor

After leaving the bar—video footage shows she left alone—she took the elevator to the third floor. Brewer had entered the elevator with her and footage shows them walking toward her room at the opposite end of the hall from Brewer's room.

She pauses and turns to talk to Brewer. When they resume walking, she staggers briefly and goes to her door. Finding she can't get in, Nicole and Brewer turn back down the hallway towards his room.

Footage shows Nicole stumbling again, and she appears to fall. Brewer stands by and watches as she gets back up.

Newsboys Scandal: Hotel Video Captures Alleged SA #1

On a second camera, she is seen entering Brewer's room with him at 1:23 a.m. They walk apart with no physical interaction. Tait appears at the door and knocks at 1:29 a.m. The door opens slightly; the room's lights are now off.

Brewer steps out, closing the door behind him. He and Tait draw close together, laughing and whispering. At one point, Tait runs his hand up Brewer's torso and face and gropes Brewer's crotch.


3
ENGLISH

EXHIBIT 1

After a few minutes, Nicole opens the door. She is fully dressed and moves away from the door into the hallway. The three converse, then she latches onto Brewer as he carries her back into the room. Tait makes space for them to enter the room and follows, shutting the door behind them at 1:30 a.m.

While viewing the footage, Nicole told *TRR* that she did not remember this moment, but said she unequivocally would not have wanted to be taken back into the room. She believes a date rape drug, like Rohypnol, GHB, or Ketamine, mixed with alcohol, lowered her inhibitions.

The effects of date-rape drugs mixed with alcohol can occur almost immediately. They allow a person to stay conscious and walk and interact with others, yet have no memory of the situation. To be knocked out by such a drug is known as "roofying."

This isn't the first time Tait has been accused of using drugs with an assault. In a June 13 investigation published by The Guardian, two of the men interviewed believed they were secretly drugged by Tait. This left them in a semi-conscious state unable to fend off sexual advances, they said.

However, Steve Campbell, the tour manager told *TRR* that in his 15 years of working with Tait and the Newsboys, he has never seen Tait use illicit drugs.

Yet Tait admitted in his confession on June 10 (https://www.instagram.com/p/DKu6zrWyP9q/?hl=en) that he "abused cocaine" and "consumed far too much alcohol."

## Friends come looking

Video footage shows Tait leaving Brewer's room at 1:35 a.m. He returns four minutes later, then departs alone at 1:49 a.m.

He returns at 1:57 a.m. with Jack Campbell, the 18-year-old drum tech related to management. According to Chan, Campbell was one of only two people in the band's entourage who were not drinking alcohol that night.

Footage shows Campbell following Tait, but after opening the door, fleeing after six seconds. Tait pokes his head out, seemingly to look for Campbell, then ducks back into the room.

By this point, Nicole's friends were concerned. The last they had seen of her was when she had taken the Tequila shot, then left the bar.

"We were concerned because she didn't come back to (her) room that night, so we went looking for her," Jones told *TRR*. "It is my belief that (drinking and hooking up) was completely out of character for her and was definitely not her intent."

Chan and Jones asked Germenis and Jack Campbell if they had seen her. According to Germenis, Campbell told him he had seen Nicole, Brewer, and Tait in Brewer's room 15 minutes earlier.

EXHIBIT 1

"(I said) I'm pretty sure she went up with Brewer," Germenis told *TRR*. "I knew Brewer was not a Bible-believing man, and they definitely had a couple drinks. I know Brewer did, per the usual. And they were like, 'Can you please help us find her?'"

Germenis chose to help the women and knocked on Brewer's door at 2:16 a.m. Video footage shows Brewer peering out of a dark room to speak to Germenis, then quickly shutting the door. Brewer is shirtless and only wears jeans.

Germenis told *TRR*, "(I saw) his half-drunk face open the door and (he) was like, 'What's up?' I was like, 'Hey, have you seen (Nicole)?' And he said something like, 'No, I haven't seen her.'"

Germenis told the two women that Brewer said Nicole was downstairs with John Burch.

Hearing this, Chan left to search for her downstairs, while Germenis walked to the stairwell and spoke to Campbell, who was processing what he saw in Brewer's room.

"He was like, 'I saw Tait basically watching them have sex,' or something like that,'" Germenis recalls.

"So, I (said), 'Are you scared? Tait's in there right now,' and he's like, 'Yeah . . . it was the worst thing ever.' And we basically just sat there. We were just kind of like in disbelief. Like, what in the heck is happening right now? How are we in the middle of this?"

*TRR* reached out to Jack Campbell, who declined comment on the record.

Jones continued to pace in front of Brewer's closed door. After one minute she knocked, and this time, Brewer opened the door a little wider. He was still shirtless, and Jones told *TRR* he was sweaty. The lights were off.

She says Brewer told her Nicole was downstairs with Burch having a cigarette. But Chan and Jones knew Nicole didn't smoke, so Jones headed downstairs to report what Brewer had said.

"We knew in that moment that was probably a bold-faced lie," Chan said to *TRR*. "But of course, what are we going to do? You know, us girls are going to push down a door for a guy that's six (foot) five . . . and strong?"


3
ENGLISH




EXHIBIT 1

Video footage proves Nicole was still in Brewer's room, because she left at 2:21 a.m., fully dressed but without shoes or glasses. Grainy footage shows her, wearing her distinctive pink beanie, walking down the hall, and collapsing at her hotel room door.

As for what happened inside the hotel room, Nicole told *TRR* that after taking the Tequila from Tait, "The next thing that I remember is being on a bathroom floor and feeling like a 1,000 pounds were on me. My body was so heavy I could hardly move. I hear Matt Brewer's voice, and I remember (Tait) being in there."

"I remember the feeling of my head being pushed down between someone's legs. I . . . guess oral sex, or an attempt, but I don't fully remember."

## Declining the rape test

By the time Chan and Jones arrived back on the floor two minutes later, they found Nicole crumpled on the floor by her door.

Chan and Jones told *TRR* that she had blacked out and her pants were unzipped.

"Even if you're black-out drunk," said Chan, "I've never seen anyone to that point of having no motion."

At that moment, Brewer left his hotel room.

Chan pulled Nicole into their room, while Jones doubled back to ask Brewer what happened. She told *TRR*, "He was wasted."



ENGLISH

A video feed shows Brewer fully dressed and talking on his phone with Nicole's crumpled body still visible in the hallway. To this day, Chan and Jones say they wish they had called an ambulance.

EXHIBIT 1

"I wasn't very familiar with what roofying looked like versus just being fully intoxicated," said Chan, who was 22 at the time. "I checked and knew that she was breathing. I brought her into the suite area of the hotel (room), and I put her on the couch.

"I couldn't get her to talk or really be coherent at all. But I knew she had a pulse, was breathing normally, and perhaps had too much to drink. So, Jesi and I decided we would just let her sleep it off, hoping maybe the next morning, she'll be able to tell us what really happened."




Late the next morning, Nicole woke up and discovered that a tampon she had been wearing was shoved up her vagina as if by force.

"She had told me and Jesi, 'I woke up to giving Matt Brewer a blow job,'" Chan told *TRR*.

Over breakfast, Nicole tried to figure out what happened. She said she was—or had been—a virgin and had no romantic interest in Brewer or anyone else on tour.

Initially, Chan and Jones told Nicole she should speak to Jack Campbell, the only reliable witness they knew who could say what had taken place in the hotel room.

But Campbell wouldn't look her in the eye when she spoke to him.

“He was so uncomfortable,” Nicole said. “He was just like, ‘It’s fine. You do whatever you want on your off days. I don’t care. You don’t need to talk to me.’”

EXHIBIT 1

Chan and Jones also encouraged her to speak to her line manager, Matt Best, who was responsible for her well-being.

“Excessive drinking and hooking up would have been very out of character for (Nicole),” Best told *TRR*. “I never had any issues with her acting out of line on tour.”

As soon as Best found out about Nicole’s memory of Brewer and Tait in the bathroom, he leaped into action.

He drove Nicole to the emergency room at Essential Health West in Fargo, encouraging her to get a rape kit and a toxicology test done. She was also given Plan B as a contraceptive, which she took.

But after sitting with him in the clinic for a few hours, Nicole started mentally spiraling.

“I remember feeling overwhelmed by the explanation of the process of a ‘rape test,’” Nicole told *TRR*. “I did not want to say that I was raped or even believe it, because it’s horrific if it’s true.”

Nicole added, “They brought in a different specialist to explain the rape kit and tried their best to make it all a safe space. But I was not okay and too deep in my own shame and fear to accept.”

Nicole declined both the kit and the test, a decision she bitterly regrets. Having these tests within 24 hours of a potential rape and roofying incident would have shown whether there was Rohypnol or similar drugs in her system.

“I was just shaking, praying for it all to end,” Nicole told *TRR*. “I did not go in fighting. My feelings more resembled the feeling of sitting in a principal’s office, waiting to get scolded. It’s a miracle I even stepped foot in that hospital because I wouldn’t have gone on my own.”

Her hospital record, provided to *TRR*, does not say if she was drugged and raped in the Ramada, but it does show why she was offered a rape kit.

“(Patient) was out drinking with co-workers,” the document says. “Thinks she had sex with at least one other male. Unsure if it was more than one person. States there was at least a third person that walked into the room during the sexual encounter. (Patient) concerned that there was a tampon inserted during the entire sexual encounter last night.”

Meanwhile, Best called the leadership team at Pulse. They arranged to have a meeting at their next stop in Williston, North Dakota. Nick Hall would be present when they arrived.


3
ENGLISH

## Tait's alleged admission of guilt

EXHIBIT 1

Once in Williston, Nicole tried to avoid Tait and Brewer. But on the day of the show, she told *TRR*, Tait sought her out in the lobby.

"He pulled me aside and he initiated a conversation. And he went on and on and on about, 'You're my sister in Christ and I'm so sorry,'" said Nicole.

"In my head I'm thinking, did he help feed the (rape)? Did he initiate? (I thought) that something (was put) in my drink because I was not talking to Matt Brewer, so how did Matt and I somehow get to a room?"

What she heard next shook her. "He said, 'I'm a grown man who tours and sometimes I just have these urges and we all sin.' (He said) 'We all make mistakes, and I've prayed, and I've asked for forgiveness.'"

Chan and Jones said that Tait also tried to make amends with them. Tait found them alone in the main auditorium. And when asked to explain himself, Tait told them he watched while Nicole had sex with Brewer, the women said.

"He said, 'I had a moment of weakness. I should have done the right thing. I did not touch her, but I was in the room and I watched. Of course, I was turned on,'" Chan told *TRR*.

"He voiced that because he was asking for 'forgiveness' and 'repenting'—we didn't need to raise the issue further to authorities, that the situation would be appropriately handled by management."

Trying to piece together what happened, Chan says she also spoke to Jack Campbell. He wouldn't tell her what he saw in the Brewer's hotel room, she told *TRR*, but "Jack communicated to me that he was told not to talk (about it)."

She and Jones also questioned Steve Campbell about the situation.

"He was very stern and very intimidating," Jones recalled. "He said, 'It's being handled. Don't meddle in this.'"

Newsboys management distanced themselves from Steve Campbell and claimed in a statement to *TRR* (https://acrobat.adobe.com/id/urn:aaid:sc:US:59ecbc9c-1775-46d6-a0a5-08802c90c54e) that the first they had heard of any alleged criminal activity was this past June 12.

"Last Thursday, June 12, 2025, management received for the first time a police report referencing some of the individuals you have contacted us about," the statement said. "This was the first time Newsboys management was made aware of any alleged criminal activity related to this incident in Fargo in 2014, but based on what we read, it sure appears that



ENGLISH

the tour producer was aware of this incident and to this date, has not shared anything about it with management. We are also not aware of the band's record label or booking agent being told either."

EXHIBIT 1

The statement added, "While Steve has managed crews for the band over the decades, he does not keep an office at Newsboys Inc or Newsboys Touring LLC, nor does he hold a position of management over Newsboys."



*Newsboys road manager Steve Campbell (center right) pictured with Michael Tait and members of the band and tour, in November 2021. (Video screengrab)*

## Leaving the tour

Matt Best, on behalf of Pulse, also began questioning the crew. Telling *TRR* that no one was willing to share anything, he and Hall confronted Tait in a meeting room at New Hope Church. The church had been booked for the Williston show date by Pulse but was not associated with the incident.

Hall refused to comment about the meeting to *TRR*, citing "pastoral privilege." Best also declined to speak on the record about the meeting for legal reasons.

Afterwards, they were joined by then-Pulse Vice President Chris McFarland for a conversation with Steve Campbell. To their surprise, Campbell did not seem upset.

He was, "Almost inhuman, like clockwork in his responses," Best recalled, "and did not seem agitated or did not seem empathetic."

According to the Best, Campbell also dismissed the suggestion that something violent had happened in the hotel room and waved away the idea that they should investigate it. Instead, the Newsboys tour manager said, "Kids will be kids," Best said.

And then, "He definitely, in his language, alluded to his job as a tour manager is to clean things up or make things go away, and that he's been doing that a long time," Best told *TRR*.

When asked about these alleged remarks, Campbell emailed *TRR*, vowing he never said any of them. "I also resent any implication that I would ever cover anything up," he added.

Apparently, Brewer was never chastised for his alleged part in the incident, and he stayed with the tour for its entirety. Brewer's Instagram account shows he also was back working for the Newsboys the following spring.

The last record of Brewer working with Newsboys was in 2021, when he produced a video for their single, "Magnetic." The video received a Gospel Music Association Dove Award nomination for Short Form Video of the Year (Performance) in 2022.



*Promotional still for Newsboys 2011 music video of "Magnetic" (Video screengrab)*

On Dec. 18, 2014, Nicole and Pulse Ministries made the mutual decision that she should leave the tour. A friend took her to St. John's Hospital in Maplewood, Minnesota, for a second medical opinion. This time she had a rape test done and she was diagnosed with sexual assault.

Returning to Fargo a few weeks later with Best, she filed a police report alleging an assault. But the detective they worked with seemed unwilling to pursue any leads, she said.

"(He seemed to have the) general tone of there's no proof," Best told *TRR*. "(He said that) even if she had a rape kit, it's not worth processing it because it'll take three to six months."

Nicole never heard back from the department, and it was only during *TRR*'s research that she heard the investigation had long since been shelved. Despite the video footage, neither Tait nor Brewer nor anyone in Newsboys management were ever interviewed. The detective also confused Matt Brewer's name with that of Matt Best and concluded that—despite Nicole's testimony to the contrary—her interactions with Brewer had been consensual.



ENGLISH

Pulse finished the tour but never worked with the Newsboys again.

EXHIBIT 1

"Today we are standing with our former employee as she tells her story and recognize the courage it takes to do so," Pulse said in a statement. "We are praying for all the victims and for the truth to come out."



*On Dec. 7, 2014, before the alleged assault, Pulse Ministries Founder Nick Hall poses with Michael Tait. (Photo: Facebook)*

Newsboys management has told *TRR* the organization is conducting its own investigation into what happened during those off days in December 2014. The group says it intends "to take necessary action against anyone who is currently affiliated with the Newsboys who proves to have been involved."

That includes Steve Campbell, the Newsboys' statement said. "This is an egregious scenario that we take very seriously," the statement concluded, "and we will address it at every level."

Through his attorney, Brewer stated he was never told about the police report until this month.

"I was genuinely shocked by its contents," he said in a statement. Noting the report did not accuse him of wrongdoing, he added that "the interaction I had that night was between two consenting adults.

"At no point did she raise any concern or indicate that something inappropriate had occurred. If she had, I would have taken that seriously and addressed it directly."



ENGLISH

Brewer added, "I was not involved in any misconduct, and I respectfully ask that I not be connected to allegations that have nothing to do with me."

EXHIBIT 1

But Nicole said she's speaking up now to hold the Newsboys accountable and to prevent what happened to her from happening to anyone else.

"My hope, prayer, and intention—from the first day I called the police—is not ruin lives," she told *TRR*. ". . . And it's definitely not to tear down the Christian music industry. I've worked in the industry for 12 years and can guarantee there are good people."

But she added, "I'd love for the Newsboys to admit they were wrong—to at least stop them from hurting people behind closed doors. I hope my story can somehow save someone else from the pain and destruction of sexual abuse or harassment. What if I was your daughter?"



***Jessica Morris is a music journalist (http://www.jessicamorris.net/), podcaster and author based in Melbourne, Australia.***

**SHARE THIS:**

Share 2.5K

(https://twitter.com/intent/tweet?text=Woman%20Accuses%20Michael%20Tait%20of%20Drugging%20Her%20and%2
accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up%2F

(http://www.linkedin.com/shareArticle?mini=true&url=https%3A%2F%2Fjulieroy
up%2F&title=Woman%20Accuses%20Michael%20Tait%20of%20Drugging%20Her%

(https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/)

(https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/)

(https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-

...roys.com/woman-accuses-michael-tait-
...tching-newsboys-tour-manager-covered-

**GET EMAIL UPDATES!**

Keep in touch with The Roys Report and get updates in your inbox!

Name

Email

SUBSCRIBE

Don't worry we won't spam you.

## MORE TO EXPLORE



(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

**Michael Tait flees Nashville amid investigation, Newsboys left in limbo (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)**

Fe[illegible]ary 12, 2026 | 12 Comments



ENGLISH

Fallen singer Michael Tait is selling his $2.9 million mansion in Brentwood, Tennessee to move in with his sister Lynda Randle in
**SHARE THIS:**

EXHIBIT 1

Share 336

(https://twitter.com/intent/tweet?text=Michael%20Tait%20flees%20Nashville%20amid%
tait-flees-nashville-amid-investigation-newsboys-left-

(http://www.linkedin.com/shareArticle?mini=true&
amid-investigation-newsboys-left-in-limbo%2F&title=Michael%20Tait%20flees%20Nashvill

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

READ MORE » (HTTPS://JULIEROYS.COM/MICHAEL-TAIT-FLEES-NASHVILLE-AMID-INVESTIGATION-NEWSBOYS-LEFT-IN-LIMBO/)



(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

**EXCLUSIVE: Michael Tait Spills All in Apology to Victim: 'I've Destroyed My World Around Me' (https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)**

October 7, 2025 | 15 Comments

Disgraced former Newsboys frontman Michael Tait, accused by several men for alleged rapes and sexual abuse over a 16-year period, is trying

**SHARE THIS:**

Share 548

3



ENGLISH

EXHIBIT 1

(https://twitter.com/intent/tweet?text=EXCLUSIVE%3A%20Michael%20Tait%20Spills%2
tait-spills-all-apology-victim-destroyed-world-around

(http://www.linkedin.com/shareArticle?mini=true&
me%2F&title=EXCLUSIVE%3A%20Michael%20Tait%2

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

READ MORE » (HTTPS://JULIEROYS.COM/MICHAEL-TAIT-SPILLS-ALL-APOLOGY-VICTIM-DESTROYED-WORLD-AROUND-ME/)



(https://julieroys.com/breaking-up-michael-tait-newsboys-frontman-girlfriend/)

**Breaking Up with Michael Tait: Yes, the Newsboys Frontman Had A Girlfriend (https://julieroys.com/breaking-up-michael-tait-newsboys-frontman-girlfriend/)**

September 30, 2025 | 14 Comments

Jayme Zazworsky-Opincar adored Michael Tait at the height of his fame with superband DC Talk. As fans have grappled with the fallout

**SHARE THIS:**

Share 257

(https://twitter.com/intent/tweet?text=Breaking%20Up%20with%20Michael%20Tait%3
up-michael-tait-newsboys-frontman-girlfriend%2F)

(http://www.linkedin.com/shareArticle?mini=true&
girlfriend%2F&title=Breaking%20Up%20with%20Mich

(https://julieroys.com/breaking-up-michael-tait-newsboys-frontman-girlfriend/)

(https://julieroys.com/breaking-up-michael-tait-newsboys-frontman-girlfriend/)

EXHIBIT 1

(https://julieroys.com/breaking-up-michael-tait-newsboys-frontman-girlfriend/)

## DISCUSSION

(https://julieroys.com/breaking-up-michael-tait-newsboys-frontman-girlfriend/)

## 62 Responses

READ MORE » (HTTPS://JULIEROYS.COM/BREAKING-UP-MICHAEL-TAIT-NEWSBOYS-FRONTMAN-GIRLFRIEND/)

**Tim Whelly** says: June 19, 2025 at 10:43 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169211)

Christians sucking down booze at bars. Really? These ain't Christians. These are well paid pretenders. The whole ccm. Disgusting!

Reply

---

**Moira Heuston** says: June 20, 2025 at 3:34 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169225)

But it's NOT "the whole CCM", is it?
Do we dismiss ALL pastors then because of the crimes of the minority?

I think it's so unfair to tar all of "CCM" with the same brush.

It's like someone in the 19thC dismissing all hymn writers after they heard of the accusations of sexual misconduct made against Charles Wesley or they read about Horatio Spafford's financial malfeasance and universalist heresy (as recounted in Jane Geniesse's book, one of the few non "hagiographies" of Industrial Revolution era professing Christians).

In my view, dismissing all of CCM is akin to "throwing the baby out with the bathwater" and it's just an unjust bandwagon that too many are far too eager to jump on.

Reply

---

**Jason Bishop (https://jasonleerock1@gmail.com)** says: June 20, 2025 at 7:34 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169242)

You read all of that, and then is the fact that christians are drinking alcohol that upsets you most?

Wow.

Reply

---

**Jennifer Eason** says: June 21, 2025 at 8:19 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169399)

Are you saying it's perfectly fine for a young woman, isolated from her friends or even just other people, to drink tequila shots with a group of men? Tell me why young women should drink tequila under any circumstances .

Reply

---

**jen manlief** says: June 22, 2025 at 3:25 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169440)

What a strange thought to focus on the "young woman" drinking? If SHE shouldn't be drinking a tequila shot, then the men shouldn't be either? This is dangerously close to blaming a rape victim for her rape? which is wrong, and gross.

Also, one tequila shot is unlikely to incapacitate anyone, unless it's drugged. One tequila shot, even after a night of reasonable drinking won't incapacitate anyone. This thinking is the result of villianizing any amount of drinking- which is nowhere to be found in scripture.



3
ENGLISH

Reply

EXHIBIT 1

**Jennifer Eason** June 22, 2025 at 10:28 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169453)
says:

It was the young woman who had the most to lose. It's ALWAYS the woman who has the most to lose by being isolated and in the company of a bad man or a bad group of men. This tragic story has been repeated so many times. Must we forever explain things humans have known intuitively for centuries about how innate drives, men, women, and alcohol work together?
I'm amazed you think tequila is so benign — I wonder what you think "normal" alcohol tolerance looks like?
Regardless, the woman is not in ANY way at fault for being the victim of a sexual assault. The guilt for that lies 100% on the perpetrator and his henchmen.

**Greg Rogers** June 23, 2025 at 7:48 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169466)
says:

"Villainizing any amount of drinking" IS addressed in Scripture. Drunkenness is a sin. The most disgusting part of all of this is that these men took an innocent young woman and robbed her of her innocence by force. If we are under old covenant terms, death is their penalty by the theocracy. Under new covenant terms, arrest by local police, a fair trial, and strict penalties that should be swift, harsh and may also include capital punishment.

This all makes me so sick to my stomach.

**Mara Garrett** June 22, 2025 at 2:20 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169437)
says:

Do you think Christians who smoke marijuana are okay too? I think you're missing something.

Reply

**Geoff Dale** June 20, 2025 at 8:37 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169248)
says:

That's the part that bothered you……? Get help.

Reply

**John McCollum** June 20, 2025 at 9:49 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169257)
says:

Your takeaway is that drinking alcohol is the problem?

Jesus and his friends drank. In fact, he was so well known for the parties he hosted and attended that the hypocritical religions people of HIS day called him a drunkard and a glutton.

But Jesus never sexually abused anyone. He never covered up for rape. And he never used his power to exploit his followers.

Keep your eye on the ball, please. Because your take — and those like it — sure ain't it.

Reply

**Mara Garrett** June 22, 2025 at 2:17 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169436)
says:

Wow. Please show me exactly from the Bible that Jesus "drank" and "was well known for the parties He hosted". I must've missed the 'party hard' chapter in the gospels. Folks like you, who drink alcohol, always lash out on those who condemn alcohol.

https://m.youtube.com/watch?v=xioZETFuW3s (https://m.youtube.com/watch?v=xioZETFuW3s)

Reply



3

ENGLISH

**John McCollum** says: June 23, 2025 at 3:09 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169481)

Matthew 11:19 / Luke 7:34

“The Son of Man came eating and drinking, and they say, ‘Here is a glutton and a drunkard…’”

This accusation only makes sense if Jesus was drinking fermented wine, as no one is accused of being a drunkard for drinking juice. The contrast here is with John the Baptist, who abstained from alcohol (Luke 1:15), and Jesus, who clearly did not.

Jesus turns water into “oinos” (οἶνος) at a wedding. The steward is surprised that the “best wine” is served last. Jewish wedding feasts involved fermented wine and were multi-day affairs. Running out would’ve been a social disaster. There is no linguistic, logical or cultural indication that this was non-alcoholic.

Reply

---

**John McCollum** says: June 23, 2025 at 3:11 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169482)

Jesus is frequently portrayed in the Gospels as:

* Attending weddings (John 2:1–11 – Wedding at Cana)

* Dining with tax collectors and sinners (Matthew 9:10, Luke 5:29)

* Accepting invitations to dinner parties hosted by Pharisees and others (Luke 7:36, Luke 14:1)
Celebrating Passover meals (Luke 22:15 – “I have eagerly desired to eat this Passover with you…”)

These meals were often long, joyful, communal affairs involving wine, laughter, storytelling, and discussion—not solemn theological lectures.

Reply

---

**Ken Pick** says: June 20, 2025 at 11:24 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169264)

Careful you don’t turn sidetrack this into a Temperance Rant against Demon Rum.
We saw the results of that around 100 years ago.

This is more akin to rockstar behavior sung about in grand Funk Railroad’s 1973 hit “We’re an American Band” with the addition of Roofies:

“Booze and Ladies
Keep me right,
As long as we can make it to the show tonight —
We’re an American Band!
We’re an American Band!
We’re comin’ to your town!
We’ll help you party down!
We’re an American Band!”

As for Tait, he’s just acting like it’s “A Diddy Party, Except CHRISTIAN(TM)!”

Reply

---

**Jacob Burke Jr.** says: June 23, 2025 at 10:30 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169473)

Based on the modus operandi Tait was using, my first thought was to the similarities with the cases involving Bill Cosby.

Reply

---

**Katie Garcia** says: June 19, 2025 at 10:45 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169212)

This is so disturbing I could barely make my way to the end. Thank you Roys Report for saying something no one else is willing to say…or give platform to…




3
ENGLISH

Reply

**Heather Puga** says: June 20, 2025 at 3:29 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169282)

I agree. Wow , just wow. The more I hear/read about this the more disgusted I am! So so sad!

Reply

**Moira Heuston** says: June 19, 2025 at 11:04 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169213)

Why I am not surprised that Tait allegedly used the "We all…" line?
Guilty, wicked people often use the "consensus deflection" to salve their conscience.
If only someone, SOMEONE had the courage at some point during all these years to get Tait to say "I" and "I alone".

But his "charisma" (an adjective I have frequently read in secular news stories to describe murderers, rapists and other criminals) and domineering spirit most likely intimidated hundreds of older men who could and should have stepped in.

The Holy Spirit of God IS more powerful than Satan and his minions, which is why it is written "resist the devil and he will flee" (James 4:7).
[But the command before that – SUBMIT YOURSELVES TO GOD – needs to be heeded first, of course…]

Reply

**Matthew Whyte** says: June 19, 2025 at 11:53 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169216)

This story is both heartbreaking and infuriating. The allegation that Michael Tait drugged a woman and then watched as she was assaulted—while others like the Newsboys tour manager allegedly helped cover it up—points to a horrifying culture of silence and complicity.

Even more disturbing are the multiple men who've come forward saying they were groomed, manipulated, or inappropriately touched by Tait—some while underage, some after being given drugs or alcohol. This isn't just a single incident—it reflects a pattern of abuse and a failure of accountability within the Christian music industry.

Tait's Instagram "confession" was self-centred, focusing on his own struggles while minimizing the pain of his victims. He mentions them in one vague sentence and then immediately casts doubt on the allegations. That's not repentance—that's damage control. His words only came after the victims' stories became public.

I've personally stopped listening to Newsboys. No play = no pay. I refuse to support artists or platforms that protect abusers at the expense of survivors. Christian radio stations like K-LOVE have pulled Newsboys' music, and that's a start—but it's not enough.

Survivors need to be believed, protected, and prioritized. The industry must address how it allowed this to happen for so long. Silence is complicity. It's time for real transparency, justice, and reform—not just apologies.

I stand with the victims.

Reply

**Megan Cochran** says: June 20, 2025 at 1:22 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169221)

To "Nicole"…your telling the truth and exposing others horrific behavior from the sexual assault/abuse to sweeping it under the carpet (including the lack of investigation by the police!!) does not ruin lives… they did that all by themselves. By speaking out you are saving lives! Truth is not tearing down the "Christian" music industry..their burning it down all by themselves with their darkness.
Thank you for your courage!

Reply

**Moira Heuston** says: June 21, 2025 at 4:23 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169336)

Exactly, Megan. Well said.

Light CLEANSES.



EXHIBIT 1

3

ENGLISH

Nicole is doing all of them a service in the long run by telling the truth and bringing light to darkness and exposure to obscurity.

EXHIBIT 1

Reply

---

**Tom Repton** says: June 20, 2025 at 4:25 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169228)

1 Corinthians 5:1 says it all:

"It is actually reported that there is sexual immorality among you, and of a kind that even pagans do not tolerate…"

This is VILE. Absolutely vile and evil. For this to be anywhere near the 'Christian' music world or even near to anything or anyone called 'Christian' is wrong. Disgusting.

Even many non-Christians would recognise this kind of behaviour as wrong, yet this is 'Christian' musicians. Absolutely evil.

Churches, CCM, Christian charities and groups and whatever else need to be purified of this and other sin and evil and the words 'Be holy, because I am holy' (Leviticus 11:45, 19:2, 20:7, 20:26; 1 Peter 1:15, 1:16) needs to be heeded by all.

Reply

---

**Tom Repton** says: June 20, 2025 at 4:28 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169229)

To add to that, these are crimes and they should be investigated by law enforcement and punished appropriately!!!

Reply

---

**Heidi Duncan (https://gravatar.com/expectingnewlifeteam)** says: June 20, 2025 at 4:43 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169231)

Someone who is incapacitated due to alcohol and/or drugs such that they can't even walk down the hallway without assistance is UNABLE to give consent! There is no version of this story in which any honest person could believe that she consented.

Reply

---

**Sara McLaurin** says: June 20, 2025 at 6:06 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169299)

amen! and as for ruining lives — each of those who abused her by violating her or watching the violation or covering it up needs to be held accountable!

Reply

---

**MJ Belko (https://gravatar.com/mjbelko585e3efa3e)** says: June 20, 2025 at 4:47 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169232)

Well, my hope that Tait's public statement might be genuine is gone. He's clearly in the habit of faking remorse and repentance.

Make sure your kids know to NEVER accept a drink (not even water) from someone at a social gathering. Order your own drinks and keep an eye on your glass. Tell the waiter or bartender that NOBODY is permitted to order for you or change an order you placed.

You can't trust anyone. Especially not Christian icons.

Reply

---

**John Mark** says: June 20, 2025 at 6:15 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169237)

While important to hold people accountable and bring things into the light, this article goes too far listing and describing specific sex acts. Shocking and traumatizing to read so I did not complete the entire article. Could have been written with way more wisdom discretion, the type I experienced at a previous RESTORE event. This makes The Roys Report feel like a supermarket tabloid.



3

ENGLISH

Reply

**Sara McLaurin** says: June 20, 2025 at 6:08 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169300)

i think the details are acceptable — it helps us to see how utterly dispicable these men were!

Reply

**Deb Lora** says: June 20, 2025 at 8:37 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169303)

You are shocked at the article? Julie Roys reports the truth, evil is being exposed.

Reply

**John Mark** says: June 21, 2025 at 1:50 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169374)

Not shocked. As a Christian man who appreciates the work Julie's team does I didn't expect to encounter the names of sex acts and details. I didn't need those details to know the severity of the situation.

I try to avoid having sexual things come to my sight and mind to keep my path pure. God deserves that from me. I'm just saying please consider men like me who don't need the details.

Reply

**Julie Noyes (https://gravatar.com/juloyes)** says: June 22, 2025 at 9:52 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169423)

What you can do to help is call out the fellow "Christian men" who exploit women instead of crying about how you are tempted by descriptions of SEXUAL ASSAULT.

Reply

**Chris Hope** says: June 24, 2025 at 11:29 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169580)

John Mark: the victim in this story is not you. You are centering yourself in this story, when the person drugged and raped and intimidated and silenced was the victim of many crimes and sins. The men who committed these crimes and sins must be held accountable and glossing over the details of their crimes and sin–their hideous choices–serves the liars. Covering up details serves the sinner, not the Truth. The article had a warning at the beginning about sexual assault. Knowing about sin does not equal impurity. Enjoying sin or fantasizing about sin does. Living with the possibility of being assaulted is every woman's daily life. Experiencing sexual assault (as many as 1 in 5 women do) is FAR, FAR worse than reading about it.

Reply

**Rod Friesen** says: June 23, 2025 at 11:29 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169504)

CCM has been so gross for so many years. Hearing personally from traveling artists, this has been going on since the 70's. Wake up people. I'm a Jesus follower who avoids CCM . It sucks, but it's true.

Reply

**Giselle Bergeron** says: June 20, 2025 at 11:37 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169324)

There is a SA warning at the top, before the article begins. We all need to take responsibility for what we read when there is an explicit warning at the top.

EXHIBIT 1



3

ENGLISH

I do agree it is gross and upsetting. I read it last night and was still upset about it twenty four hours later. However, without the blunt talk and the hotel films to back it up, there would be some people who wouldn't believe or would say it's exaggerated. If you read the Guardian article (that doesn't have video to back up the story) it's a whole bunch of people coming forward. Why, does The Guardian quote so many people? Because hearing it once or even twice isn't enough for star-crazed teenagers. Bluntness is a warning and maybe it'll save the unwary.

Reply

---

**Cheri Duval** says: June 21, 2025 at 5:26 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169386)

John Mark, using euphemisms to describe the nature of the rape Nicole suffered would make it seems less traumatizing. It would be less true. Nicole was much more traumatized and shocked to be raped, than you were reading about it. What was done to her should not be taken lightly, as it has been so far.

Reply

---

**Marilyn Greifenhagen** says: June 25, 2025 at 2:34 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169603)

I've seen many people saying this.
The Bible didn't gloss over a lot of details when addressing sin of this nature. We read a full account of how Amnon took advantage of his sister and promptly kicked her out of his home. We hear about how her trauma affected her and ruined her life. We hear that David did nothing about it and that's why Absalom killed his brother and tried to take the kingdom from David. We hear about Jacob's daughter Dinah in this situation. We hear about all these things because God wants us to understand why these things need to be addressed. We can't treat this like any other sin because it's not the same as any other sin. Sins of this nature are malevolent and they steal people's futures in many different ways. The studies back this up. If we, as a church, want to walk in integrity with God, we cannot cover these sins up or minimize them. We would be disobeying Isaiah 1:17 which says "seek justice, defend the oppressed, take up the cause of the fatherless". This has been going on for too long in the church, so much that it's become our reputation. When are we going to be willing to roll up our sleeves, dive into the mess, and as Paul says to do, "expel the wicked from among you"? (1 Corinthians 5)
Dealing with sin and delicate sensibilities cannot coexist.

Reply

---

**Merla Parker** says: June 20, 2025 at 8:19 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169244)

so what exactly distinguishes Newsboys and perhaps other Christian music bands from secular bands. This story Was hard to read and depicts a secular band.

Reply

---

**John McCollum** says: June 20, 2025 at 3:57 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169284)

The hypocrisy. That's what separates them.

Also, most bands — secular or otherwise — don't rape people.

Reply

---

**Tim Campbell (https://gravatar.com/timcampbellsr)** says: June 20, 2025 at 9:37 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169255)

This upsets me on so many levels. The victim first. Her career and life destroyed by this. Second, angry (again) the way the "Christian" music entertainment world PLAYS its audience. Double life. Newsboys PR statement of denial few weeks back was total BS. Party frat roadie atmosphere at bars and double lie. SICK. Please go away. Stop platforming these people. They deserve all the financial (and some criminal) wrath that they receive.

Reply

---



**George Arthur** says: June 20, 2025 at 10:30 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169259)



3
ENGLISH

It's also time the other members of the band come clean if they indeed knew something was going on. (So far most of them 'claim' they were suspicious but had no confirmation)

EXHIBIT 1

Were they just lying to cover this up and protest the reputation of the band?

Reply

---

**Deb Lora** says: June 20, 2025 at 8:45 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169304)

How naive do we have to be to think his fellow band members knew nothing, we're all grown ups here and so are they. Birds of a feather and all of that, we know they stuck around because they were being idolized, exalted, popular and making loads of money.

Reply

---

**Craig and Karen Long** says: June 20, 2025 at 10:44 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169261)

This is filthy and abominable. May Yahshua have Mercy, today. He is restoring His Remnant to His Times and Law, His Order for LIFE, by His shed Blood on Calvary's Tree: 20 cups of pure, sinless, perfect, priceless, saving Blood.
It is not too late to repent.
He is returning, soon, for a pure Bride.
Prepare to meet Him!

Reply

---

**Julia Hamilton** says: June 20, 2025 at 11:17 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169263)

While I expect the victims in this lamentable situation will spend years in court seeking justice, I hope enough evidence has come to light to stop Tait from ever again being in the position to reoffend. One never knows, however.

Reply

---

**Emily Hannon** says: June 20, 2025 at 3:00 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169281)

It is insane to me that Elevate Music Festival is allowing them to take the stage in 2 days. It's also insane to me that the Newsboys have not canceled their own tour at this point. Somebody needs to do the right thing. These allegations go far beyond JUST Michael Tait (like they've tried repeatedly to insinuate – it was "JUST him" and they had no idea). This is also THEIR TECH who they employed for years following, and who still works in the industry. This is their tour manager. This is multiple staff members…. all of them were aware of this when it happened! You mean to tell me an incident this egregious occured with multiple people aware/involved, and the band just plowed forward with Tait at the helm? This is serious. My stomach is SICK watching this go down ON VIDEO. Newsboys MUST cancel their tour TODAY or they are the most tone-deaf and complicit people. Money money money, career career career. Not okay!

And for the record, I'm a mega fan of 25 years.

Reply

---

**Deb Lora** says: June 20, 2025 at 8:47 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169306)

But, But, what about their adoring fans and all that money, they can't let them down, the show must go on.

Reply

---

**Matthew Whyte** says: June 24, 2025 at 3:39 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169511)

WAIT A MINUTE, the show must go on. Please tell me you are joking, as the SHOW MUST STOP! As a Fan of the Newsboys since the early 2000s, and was supposed to attend their Canadian tour, which would have been my first Newsboys concert. But after all these reports and victims' statements, including Adam Agee saying that the Newsboys knew there was something about Michael Tait. So, you think it's fair that the Newsboys continue their tour, NOT AT ALL. Promoters are cancelling their agreements with them, with radio stations



3
ENGLISH

removing their records from their playlist. As I agree, I have removed all Newsboys from my playlist, including DC Talk, as I say, No Play Pay. Taking a stand for the victims, and why aren't you?

EXHIBIT 1

Reply

---

**Peter Harbor** says: June 20, 2025 at 4:29 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169288)

While I stand with and support all victims of sexual assault, the video showing her leaving the room and then re-entering by jumping up and wrapping her legs around the man—raises some questions with the story.

Reply

---

**Michael Rattee** says: June 20, 2025 at 8:46 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169305)

"The acts of the flesh are obvious: sexual immorality, impurity and debauchery; idolatry and witchcraft; hatred, discord, jealousy, fits of rage, selfish ambition, dissensions, factions and envy; drunkenness, orgies, and the like. Those who live like this will not inherit the kingdom of God." Galatians 5:19-21

Reply

---

**Frangis McBasketball** says: June 20, 2025 at 10:22 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169320)

I'm going to choose to give you the benefit of the doubt that you are very naive, rather than willfully ignorant. There is no situation where this is ok. Regardless of her testimony, from her accused statements alone, he had sex with someone who was so intoxicated that she could barely stand prior and collapsed after. Tait admitted to watching this sex act knowing the degree of intoxication. Given that they had no relationship prior, there is absolutely no situation where this situation is not sexual assault. That is without ANY of her accusation.

And in case you do not know. If a person is intoxicated to this degree, they cannot consent. If they say they want to have sex, that is not consent. Don't have sex with people who are intoxicated to this degree.

If you saw her making out with him, still rape. If you saw her flirting with him, still rape. Sorry, that's the law.

Reply

---

**Lori Trost** says: June 21, 2025 at 9:12 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169347)

Have you read what happens when someone is "roofied". This is how victim blaming happens. Please don't do that, educate yourself before assuming.

Reply

---

**Peter Harbor** says: June 21, 2025 at 10:05 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169355)

I had to reread the difficult article—it's disturbing from start to finish. What's even more troubling is that the victim's manager runs Echo Concerts, which also puts on RiseFest. I live in Minnesota and have attended both the festival and concerts where the Newsboys have performed multiple times—after the events described in the article. Why would someone with firsthand knowledge continue to use them? It really makes it feel like the entire industry is complicit. And the pastor claiming "pastoral privilege" to protect abusers? That's sick. There's no excuse for that kind of silence.

Reply

---

**Jason Bishop** says: June 21, 2025 at 11:44 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169365)

You obviously have not read the police report – nor watched the entire video.

3



ENGLISH

A woman who is pass out drunk (as shown in the video by her literally passing out in the hall before she even makes it to her room) or even worse – DRUGGED, is not coherent enough to give any sort of consent.

The video raises ZERO questions onto her story. Your statement is gross.

Let me guess – you probably think it's partially her fault for drinking it maybe she her yoga pants were too inappropriate. Right?

Anything OTHER than calling this what is is and placing blame 100% on Tait and the lighting director is disgusting. Get out of here with this "there are two sides and she is partially to blame" BS. Shame on you.

Reply

EXHIBIT 1

---

**Matthew Reichard** says: June 24, 2025 at 3:16 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169553)

If she was drugged, that is not abnormal at all. Even if not drugged, that doesn't give consent for sex.

Reply

---

**Lori Trost** says: June 20, 2025 at 10:09 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169317)

Someone needs to file charges. One of the many allegations has to have a charge that can stick.

Reply

---

**Gordon Jansma (https://www.yahoo.com/)** says: June 20, 2025 at 10:10 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169318)

Maybe it's for the best if the Newsboys close up shop. If your lead singer is engaged in all sorts of sexual behavior, and the band members do not have a "clue" of what is going on.

In general CCM is too insular as it tends to center itself in the Nashville area.

To be honest, music executives do not care what you do as long as you make money

Reply

---

**Frangis McBasketball** says: June 21, 2025 at 4:17 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169379)

At minimum, there needs to be a haitus. This business as usual is a really bad look

Reply

---

**Theresa Martinez** says: June 21, 2025 at 12:54 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169331)

I hope "Nicole" has a Great probono lawyer to sue ND police & detective, Newsboys, Promotion co., rapist Tait & Brewer! She was on her period, a virgin, non drinker, & she was targeted by Tait! Hotel video, where are her boots? Silence Newsboys like RKelly on radio, stop selling his concert tkts, call Smallbone, King & Country & Franklin Graham to stop using Lumina production where rapist Matt Brewer works! Bless you TRR & justice for Nicole & all class action SA victims of Tait & Brewer!

Reply

---

**Mike Edward** says: June 21, 2025 at 7:11 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169341)

So we're up to 9 men, 2 of them minors, and now this. At what point is "stumbling" really just habitual evil? Thank you for your reporting on this Jessica.

Reply

---

**Darren Mc[illegible]** says: June 21, 2025 at 10:53 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-[illegible]#comment-169412)



3

ENGLISH

Organizations that allow talented performers to live unexamined lives do nothing to help the church. It's time to invest less in entertainment and more in character.

Reply

EXHIBIT 1

**Gayle S Thompson (https://gravatar.com/gayle101511)** says: June 23, 2025 at 2:55 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169480)

Those who have NOT experienced assault, tend to minimize the events of others by excusing the attackers and blaming the victims. Its beyond their realm of experience. Many would rather protect their "heroes" of the faith. Obviously, God does not and the church needs to remember His role in these exposures. Selah.
G.

Reply

**Rich Smith (https://www.dog-calendars.com)** says: June 24, 2025 at 2:06 pm (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169547)

This whole thing is bad. It is over for the Newsboys.....

Reply

**Peter Harbor** says: June 26, 2025 at 10:03 am (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/#comment-169702)

I just read in The Tennessean that MT had his own manager during his tenure with Newsboys, who was also DC Talk's manager. Is it normal for an artist to have multiple managers?

https://www.tennessean.com/story/entertainment/music/2025/06/10/christian-singer-michael-tait-newsboys-assault-abuse-allegations-response/84140395007/ (https://www.tennessean.com/story/entertainment/music/2025/06/10/christian-singer-michael-tait-newsboys-assault-abuse-allegations-response/84140395007/)

Reply

## Leave a Reply

The Roys Report seeks to foster thoughtful and respectful dialogue. Toward that end, the site requires that people use their full name when commenting. Also, any comments with profanity, name-calling, and/or a nasty tone will be deleted.

Comments are limited to 300 words.

EXHIBIT 1

# STAY IN THE LOOP

Get new articles and breaking news delivered to your inbox.

Your Email

SIGN UP

PODCAST (HTTPS://JULIEROYS.COM/PODCAST/) ARTICLES (HTTPS://JULIEROYS.COM/ARTICLES/) ABOUT (HTTPS://JULIEROYS.COM/ABOUT-THE-ROYS-REPORT/) CONTACT (HTTPS://JULIEROYS.COM/CONTACT-JULIE/)

(https://www.facebook.com/reachjulieroys/) (https://www.instagram.com/reachjulieroys/) (https://twitter.com/reachjulieroys) (https://bsky.app/profile/julieroys.bsky.social) (https://www.threads.net/@reachjulieroys) (https://www.youtube.com/channel/UCPTnscYen-_5cAhX2r9-CPg)

COPYRIGHT 2026 THE ROYS REPORT

3

ENGLISH

EXHIBIT 2

# FARGO POLICE DEPARTMENT

## Summary

**Print Date/Time:** 09/12/2024 11:58
**Login ID:** cityoffargo\kspielman
**Case Number:** 2014-00079542

FARGO POLICE DEPARTMENT
**ORI Number:** ND0090200

### Case

**Case Number:** 2014-00079542
**Location:** 1635 42ND ST S
FARGO, ND 58103
**Reporting Officer ID:** 387 - Malone

**Incident Type:** Assault - Sexual
**Occurred From:** 12/16/2014 01:50
**Occurred Thru:** 12/16/2014 03:00
**Disposition:** Inactive
**Disposition Date:** 12/22/2014
**Reported Date:** 12/19/2014 18:19 Friday

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | OLD-ND | 11A | 12.1-20-03(2) | GROSS SEXUAL IMPOSITION | 1 |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Mentioned | 1 | BEST, MATTHEW RODERICK | [redacted] ST PAUL, MN 55106 | [redacted] | Unknown | Male | [redacted]/1980 34 |
| Victim | 1 | [redacted] | [redacted] MINNEAPOLIS, MN 55408 | [redacted] | Unknown | Female | [redacted]/1991 23 |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

### Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|


Case 3:23-cv-00484 Document 1-37-2 Filed 10/09/26 Page 10 of 6 PageID #: 318

# FARGO POLICE DEPARTMENT

## Summary

**Print Date/Time:** 09/12/2024 11:58
**Login ID:** cityoffargo\kspielman
**Case Number:** 2014-00079542

FARGO POLICE DEPARTMENT
**ORI Number:** ND0090200

**Routing:**

- ☐ Evidence.com Docs - Not Sent
- ☐ Evidence.com Docs - Sent
- ☐ Evidence.com Docs Exist
- ☐ US Attorney
- ☐ LaserFiche Documents Exist
- ☐ LaserFiche Documents - Not Sent
- ☐ LaserFiche Documents - Sent
- ☐ State Medical Examiner
- ☐ Probation & Parole
- ☐ Rape & Abuse
- ☐ Juvenile Court
- ☐ Social Services
- ☐ City Attorney
- ☐ States Attorney

EXHIBIT 2

# SYNOPSIS

On 12/19/14 at approximately 1837 hours I, Officer Malone, responded to a sexual assault which happened at the Ramada (1635 42 St S) on 12/16/14 at approximately 0200 hours.

[redacted] said she had been drinking at the restaurant (Basie's) inside of the Ramada on the evening of 12/15/14 and early morning hours of 12/16/14 (with a large group of people involved with Pulse Ministries). [redacted] said she had quite a bit to drink, but didn't think she had too much. [redacted] said she "blacked out" around 0200 hours. [redacted] said the next thing she remembers is being in a hotel room bathroom with a male named "Matt." [redacted] said "Matt" was a white male, 6'5", very large, and had brown curly hair pulled back into a "bun." [redacted] said she also remembers a black male entering the hotel room at some point (unknown description). [redacted] said she remembers "Matt" trying to have sex with her and giving "Matt" oral sex. [redacted] is concerned there were sexual acts completed by one or more males.

[redacted] said at some point later in morning she was found by her friend outside of their hotel room door. [redacted] said she went to the hospital later on 12/16/14 and received some medication. [redacted] said she was considering having a sexual assault kit done but decided not to. [redacted] said today she went to [redacted] Hospital in White Bear Lake MN and had a sexual assault kit completed.

I contacted Matthew Best who is a freelancer who was working/organizing events for Pulse Ministries. Matthew said he went home around 2000 hours on 12/15/14 and did not have further information regarding the incident. Matthew did not know who "Matt" is. Matthew is currently working on getting "Jessie's" (work acquaintance of Matthew and [redacted] information who may have more details.

I attempted to contact Allison Eckert ([redacted]), work acquaintance of Matthew and [redacted] who may have more information. I have been unable to reach her at this time.


Case 3:26-cv-00484 Document 17-2 Filed 10/29/26 Page 3 of 6 PageID #: 312

EXHIBIT 2

**SUP001_02/12/15_YSTEBOE**

14-79542, YSTEBOE
SUPPLEMENT 001

MENTIONED: NICHOLAS PETERSON
ADDRESS: [redacted]
FARGO, ND 58106
PHONE NUMBER: [redacted]

I, Officer Matt Ysteboe, went out to the Ramada Inn in order to collect a video in regards to this incident. There was video of the victim walking around up on the 4th floor of the Ramada where she was staying and there is multiple clips that have been downloaded into Laserfiche of these videos.

On the one video, it shows the victim, [redacted], and the guy she was with at the bar, who goes by the name Matt and is a soundboard manager for the News Boys Christian band, getting off the elevator after [redacted] said they were down in the bar drinking. After getting off the elevator, you can see them then walking down the hallway and being outside one of the hotel rooms. Eventually, they go in the hotel room. After being in the hotel room, a black male arrives at the door. He has been identified by the victim, [redacted] as Michael Tait, who is the lead singer for the Christian Band News Boys. Eventually, this black male, Michael Tait, does go in and is in the hotel room with the other two for a while.

After a few minutes later, he does come out and goes back in again and other people then come and knock on the door and everybody eventually does exit the hotel room.

According to [redacted] original statement is that she was unsure exactly what was happening in there but she does remember a black male being in there which she does not remember consenting to having any kind of sexual relations with this person.

She also said that her tampon was shoved deep up into her vagina, which she would not do under normal circumstances if she was preparing or planning on having vaginal intercourse. She would have removed the tampon prior to this and believes that this is one of the reasons why she was sexually assaulted while she was inside the room.

EXHIBIT 2

She does, agree, though that any interaction that she would have had with Matt would have been consensual, but any activity that she would have had with Michael Tait would not have been consensual.

While watching the video as they are standing outside, at a point at the beginning, all three of them are standing outside of the hotel room and its about that time that [redacted] jumps up on Matt and straddles him and they walk into the hotel room. It's later that Michael Tait knocks on the door and Matt does come and answer the door and steps outside with him for a little bit; and during that time, Michael is grabbing and rubbing the front crotch area of Matt; and after doing this for a few moments, they do separate and Michael Tait leaves and Matt goes back into the hotel room, allowing for Michael Tait to come back into the hotel room a little bit later.

In reviewing the video, there is also another girl that also appears to be with this group and comes up to the door. This girls has been identified as Mariah Petes, band member and the other people that are in and about the hotel room were down the hall as seen on video, are all related to either the News Boys or the Mariah Peters Band.

[redacted] works for the promotion company that brought these bands to Fargo where they performed at a concert at Bethel Church in Fargo. The concert was on the night of the 14th of December, 2014, and most people, including band members and other people had left on the 15th but other people had stuck around as they were going to be heading to the next show but weren't leaving until Tuesday and spent time on Monday night drinking in the bar at the Ramada.

There was a statement that was received from Nicholas Peterson, who was the bartender that night. I received this at the same time I received the videos from management at the Ramada; and in that statement, which has been scanned into this report, he refers to the people and the amount of alcohol that was consumed that night, to include the bill at the end of the night and about what time everybody left. His statement is consistent with what [redacted] had initially thought, although the amount of drinks consumed appears to be more than what she recalled. Also, there is no indication of her being drugged in any way for this to have happened.

EXHIBIT 2

She said her shoes were off and then put back on and you can see as she is walking back to her hotel room after the encounter with Matt in his hotel room, she appears to be staggering as if she is intoxicated but she is functioning normal without any indication that she had been given a date rape drug which would have incapacitated her.

After knocking on her door and not being able to get into her hotel room, she does sit in the hallway, where eventually the other people from her group of girls are able to get her into the room.

At the time of this report, it is unclear exactly what Michael Tait's intentions were or his activity while he was in the hotel room with his soundboard manager, Matt, who is in the hotel room with the victim, [redacted]

It should be noted that there is a mentioned person, Matthew Best, in this report but that Matthew Best is not the same person as who [redacted] was having consensual relations with. Matthew Best is [redacted] boss and was not there at the time of this incident.

In speaking with Matthew Best, who is [redacted] boss and has also worked at the promotions company, he was able to give me a phone number for Michael Tait of [redacted] At the time of this report, I have not made contact with Tait at this time but there has been communication with both [redacted] and Matthew Best and Tait; and according to the text message I received from Matthew Best, he described Tait as seeming ashamed and regretful for not stopping things but never told us what "things happened" so it is unclear at this time what exactly happened but I will attempt to make contact with Tait so he can clarify what things he should have stopped and what things that he viewed or was a part of during this incident.

[redacted] also did speak to me about her interaction with Tait; and at first he did seem pretty dismissive about the whole thing and that it was not a big deal and said that he has asked God for forgiveness and was putting it behind him, although most recently she had heard from other people that had spoke to him that he felt bad about the situation, although it still hasn't been determined what his involvement was in this incident.

ker

THE ROYS REPORT (/)

EXHIBIT 3

DONATE (/DONATE)

# Michael Tait flees Nashville amid investigation, Newsboys left in limbo

By Jessica Morris

February 12, 2026(https://julieroys.com/2026/02/12/) 6:48 pm CST

12 Comments (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comments)



*Disgraced CCM superstar Michael Tait has sold his mansion in Brentwood, Tennessee. (TRR Graphic)*

Fallen singer Michael Tait is selling his $2.9 million mansion in Brentwood, Tennessee to move in with his sister Lynda Randle in downtown Kansas City, Missouri.

Brentwood police continue to investigate sexual assault allegations against the one-time evangelical Christian star, despite the 564-mile move.

Tait, who relocated last November, has left behind a five-bed, seven-bath property at 6355 Shadow Ridge Court. It is listed for sale (https://www.coldwellbanker.com/tn/brentwood/6355-shadow-ridge-ct/lid-P00800000H5xEIV8WYKAfop8rTepOmQNsFnpES3f) by Crye-Leike, Inc, Realtors. Called "Hilltop Manor," Tait's former home is described as a "striking architectural estate offering exceptional privacy." The 7,383-square-foot property includes a recording studio, an elevator and a lower-level private retreat.





## Support Christian Journalism

Your tax-deductible gift supports our mission of reporting the truth and restoring the church. Donate $50 or more to The Roys Report this month, and you can elect to receive "Primal Fire: Reigniting the Church with the Five Gifts of Jesus" by Neil Cole.

DONATE NOW

(/donate)


## MOST RECENT ARTICLES



(https://julieroys.com/carl-and-laura-lentz-announce-book-on-healing-from-infidelity-six-years-after-hillsong-scandal/)

**Carl and Laura Lentz announce book on healing from infidelity, six years after Hillsong scandal (https://julieroys.com/carl-and-laura-lentz-announce-book-on-healing-from-infidelity-six-years-after-hillsong-scandal/)**



(https://julieroys.com/cyber-thieves-empty-baptist-

**Cyber thieves empty Bapti church's bank accounts (https://julieroys.com/cyber-thieves-empty-baptist-churchs-bank-accour**

ENGLISH



Privacy

Tait purchased the mansion from Newsboys owner Wes Campbell in 2013 for $1.1 million. Advertisements include photos of a palatial backyard, a hot tub and hand-picked gothic accents.

A preliminary investigation (https://julieroys.com/police-launch-preliminary-michael-tait-investigation-newsboys-fight-for-survival/) into Tait began in August after *The Roys Report* (*TRR*) published allegations that the former Newsboys frontman sexually assaulted three men (https://julieroys.com/former-newsboys-frontman-michael-tait-accused-sexual-assault-grooming-substance-abuse-dating-back-to-2004/), sometimes at his home. Aside from a statement (https://julieroys.com/michael-tait-admits-to-living-two-distinctly-different-lives-involving-cocaine-and-sexual-assault/) titled "My Confession," which Tait released on June 10 through his social media accounts, he has been silent.

> Your tax-deductible gift supports our mission of reporting the truth and restoring the church. Donate $50 or more to The Roys Report this month, and you can elect to receive "Primal Fire: Reigniting the Church with the Five Gifts of Jesus" by Neil Cole, click here (https://julieroys.com/donate/).




*Police in Brentwood, Tennessee, have confirmed they are conducting a preliminary investigation into the former Newsboys lead singer Michael Tait (TRR Graphic / Concert photo: Mary Nikkel)*

More allegations have come out since then, including five men (https://julieroys.com/michael-tait-accused-sexual-harassment-abuse-drugging-by-6-more-men-2-minors/) and one woman who have recounted assaults over a 14-year period (https://julieroys.com/dc-talk-years-two-men-allege-michael-tait-sexually-assaulted-them/). In October, *TRR* obtained a recording (https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/) of a phone call of Tait apologizing for sexualized behavior towards one of his accusers.

churchs-bank-accounts/)

EXHIBIT 3



**Tennessee megachurch pastor Jay Strother diagnosed with cancer (https://julieroys.com/tennessee-megachurch-pastor-jay-strother-diagnosed-with-cancer/)**



**Judge freezes ICE raids at some Baptist and Lutheran churches (https://julieroys.com/judge-freezes-ice-raids-at-some-baptist-and-lutheran-churches/)**



**North Carolina Baptist church parts ways with pastor facing 'serious allegations of a sexual nature' (https://julieroys.com/north-carolina-baptist-church-parts-ways-with-pastor-facing-serious-allegations-of-a-sexual-nature/)**

## MOST POPULAR ARTICLES



(https://julieroys.com/former-newsboys-frontman-michael-tait-accused-sexual-assault-grooming-substance-abuse-dating-back-to-2004/) EXCLUSIVE: Former Newsboys Frontman Tait Accused of Assault, Grooming, Substance Abuse Back to 2004



(https://julieroys.com/bethel-church-pattern-mike-winger-expose-shawn-bolz-unsanctified-mercy/) Mike Winger exp... Bethel Church's ... 'mercy' failed vic...



2

🇺🇸 ENGLISH

*TRR* also obtained video footage (https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/) showing Tait entering a hotel room where a young woman alleged she was raped by a Newsboys crew member during a 2014 tour stop. The woman and four witnesses told *TRR* that Newsboys management covered up the incident.

The fallout was immediate for the Newsboys, even though Tait had stepped down in January to receive treatment for cocaine addiction (https://julieroys.com/newsboys-heard-rumors-over-years-tait-radio-stations-bow-out/). A spate of radio stations dropped the band and bookings were cancelled.

The Newsboys were then dropped by their record label (https://julieroys.com/breaking-newsboys-dropped-from-label-amid-michael-tait-scandal-and-industry-backlash/). Campbell resigned (https://julieroys.com/newsboys-owner-wes-campbell-resigns-gospel-music-association-board-michael-tait-scandal/) from the Gospel Music Association board amid industry-wide backlash.

The four remaining members of the band have been left to fend for themselves as their salaries, which are based on touring, dried up. Newsboys, Inc and Newsboys Touring, LLC are still in business but there are no tour or recording plans for the band.

Campbell's business ventures began to flail following the Tait allegations. A number of keynote artists (https://julieroys.com/steve-taylor-newsboys-michael-tait-scandal-whole-thing-needs-burn/) left his management company, First Company Management. Campbell has added some talent, however. He has begun representing former Maverick City Music artist Chandler Moore. Campbell's attorney, Sam Lipshie of the law firm Bradley Arant, is also representing Moore in a lawsuit against Maverick City CEO Norman Gyamfi.

EXHIBIT 3


(https://julieroys.com/woman-accuses-michael-tait-drugging-her-watching-newsboys-tour-manager-covered-up/)
Woman Accuse of Drugging He Watching While Raped; Says Ne Manager Covere (https://julieroys accuses-micha drugging-her-w newsboys-tour- covered-up/)


(https://julieroys.com/philip-yancey-confess-affair-announce-retirement/)
Philip Yancey con 8-year affair and announces retirer (https://julieroys.c yancey-confess-a announce-retirem


(https://julieroys.com/elevation-church-fires-youth-pastor-allegations-inappropriate-conduct-at-previous-church-2/)
Elevation Chu Pastor Due to Inappropriate Previous Chur (https://julierc church-fires-y allegations-in conduct-at-pr 2/)


(https://julieroys.com/tmu-president-ignoring-alleged-sexual-abuse-key-administrator/)
Truett McConnell University Presider Accused of Ignorin Yearslong Sexual A by VP (https://julieroys.cc president-ignoring alleged-sexual-abu key-administrator/)


(https://julieroys.com/megachurch-pastor-john-gray-apologizes-podcast-struggles-marriage-infidelity/)
Megachur Gray Apol for His Str Marriage I (https://jul pastor-joh podcast-s infidelity/)


(https://julieroys.com/died-john-macarthur-reformed-expositor-with-worldwide-reach-and-tainted-legacy/)
Died: John MacArt Reformed Exposito Worldwide Reach- Tainted Legacy (https://julieroys.co john-macarthur-re expositor-with-wo reach-and-tainted legacy/)


(https://julieroys.com/atlanta-pastor-arrested-for-hitting-stepson-with-a-power-cord/)
Atlanta Megach Arrested for Hitt with a Power Co Bled (https://julieroys pastor-arrested stepson-with-a-


(https://julieroys.com/jeffrey-
Jeffrey Epstein recommended re James Dobson

ENGLISH

epstein-recommended-reading-james-dobson/)

(https://julieroys
epstein-recomm
reading-james-d

EXHIBIT 3



*Newsboys owner Wes Campbell pictured with Michael Tait in a Nashville recording studio. (Photo: Facebook)*

The Newsboys owner is also fighting some of the loss of business in court. He sued Alberta concert promoters Faith Live for $5.4 million (https://julieroys.com/police-launch-preliminary-michael-tait-investigation-newsboys-fight-for-survival/) last summer, accusing them of defamation after they cancelled the Newsboys Canadian tour dates.

Campbell's for-profit fundraising business, Thriving Children's Advocates (https://thrivingchildrenadvocates.com) (TSA), that platforms artists who advocate for child sponsorship, has also struggled. He's lost celebrity endorsement and accompanying income.

Campbell liquidated some prized assets in 2025. He sold his $5.85 million Brentwood mansion in April, choosing to rent in nearby Franklin. He also put his $1.6 million, three-site property in St Thomas (https://strykerrealestate.com/idx/12-13-14-Murphy-s-Gade-St-Thomas-00802-mls_25-1729/), V.I., on the market in September.

While Tait, Campbell and the Newsboys try to recoup their losses, victims have told *TRR* they are still hopeful that justice will somehow come to pass.



***Jessica Morris (https://julieroys.com/author/jessica-morris/) is a music journalist (http://www.jessicamorris.net/), podcaster and author based in Melbourne, Australia.***


**GET EMAIL UPDATES!**

Keep in touch with The Roys Report and get updates in your inbox!

SHARE THIS:

Name

Email

ENGLISH

SUBSCRIBE

Don't worry we won't spam you.

EXHIBIT 3

Share 336

(https://twitter.com/intent/tweet?text=Michael%20Tait%20flees%20Nashville%20amid%20investigation%2C%20News
tait-flees-nashville-amid-investigation-newsboys-left-in-limbo%2F)

(http://www.linkedin.com/shareArticle?mini=true&url=https%3A%2F%2Fjulieroy
amid-investigation-newsboys-left-in-limbo%2F&title=Michael%20Tait%20flees%20Nashville%20amid%20investigation%2

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

(https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/)

## MORE TO EXPLORE



(https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-church/)

**Amy Grant Reaches Settlement in Battle Over Her Great-Grandfather's Nashville Church (https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-church/)**

October 15, 2025 | 6 Comments

The estate of A.M. Burton has reached a settlement agreement with the Nashville Church of Christ after years of dispute over the downtown Nashville,

**SHARE THIS:**

Share 114

(https://twitter.com/intent/tweet?text=Amy%20Grant%20Reaches%20Settlement%20in
Grandfather%27s%20Nashville%20Church&url=https
grant-reaches-settlement-battle-over-her-great-gran

(http://www.linkedin.com/shareArticle?mini=true&
reaches-settlement-battle-over-her-great-grandfathe
church%2F&title=Amy%20Grant%20Reaches%20Sett
Grandfather%27s%20Nashville%20Church)

(https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-church/)

(https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-church/)

(https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-church/)



ENGLISH

(https://julieroys.com/amy-grant-reaches-settlement-battle-over-her-great-grandfathers-nashville-church/)

EXHIBIT 3

READ MORE » (HTTPS://JULIEROYS.COM/AMY-GRANT-REACHES-SETTLEMENT-BATTLE-OVER-HER-GREAT-GRANDFATHERS-NASHVILLE-CHURCH/)



(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

**Forrest Frank’s Boycott of 56th Annual Dove Awards Stirs Controversy (https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)**

October 14, 2025 | 8 Comments

A week after the 56th annual Dove Awards in Nashville, musicians and fans are still buzzing about electronic artist Forrest Frank’s decision

**SHARE THIS:**

Share 237

(https://twitter.com/intent/tweet?text=Forrest%20Frank%E2%80%99s%20Boycott%20
franks-boycott-of-56th-annual-dove-awards-stirs-co

(http://www.linkedin.com/shareArticle?mini=true&
awards-stirs-
controversy%2F&title=Forrest%20Frank%E2%80%99

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

(https://julieroys.com/forrest-franks-boycott-of-56th-annual-dove-awards-stirs-controversy/)

READ MORE » (HTTPS://JULIEROYS.COM/FORREST-FRANKS-BOYCOTT-OF-56TH-ANNUAL-DOVE-AWARDS-STIRS-CONTROVERSY/)



ENGLISH



(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

**EXCLUSIVE: Michael Tait Spills All in Apology to Victim: 'I've Destroyed My World Around Me' (https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)**

October 7, 2025 | 15 Comments

Disgraced former Newsboys frontman Michael Tait, accused by several men for alleged rapes and sexual abuse over a 16-year period, is trying

**SHARE THIS:**

Share 548

(https://twitter.com/intent/tweet?text=EXCLUSIVE%3A%20Michael%20Tait%20Spills%2
tait-spills-all-apology-victim-destroyed-world-around

(http://www.linkedin.com/shareArticle?mini=true&
me%2F&title=EXCLUSIVE%3A%20Michael%20Tait%2

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

(https://julieroys.com/michael-tait-spills-all-apology-victim-destroyed-world-around-me/)

## DISCUSSION

READ MORE » (HTTPS://JULIEROYS.COM/MICHAEL-TAIT-SPILLS-ALL-APOLOGY-VICTIM-DESTROYED-WORLD-AROUND-ME/)

# 12 Responses

**Sara Black** says: February 13, 2026 at 12:31 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182844)

Prince Tait had a beautiful hilltop castle ready but there was no fairy tale ending for anyone.

Reply

---

**Ken Pick** says: February 13, 2026 at 10:15 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182867)

He's running, and it's really hard to take a hilltop castle with you when you're running.

Reply

---

**David Craft** says: February 13, 2026 at 10:24 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182869)



EXHIBIT 3

3

ENGLISH

EXHIBIT 3

I have to quibble regarding the headline for this post: "Michael Tait flees Nashville amid investigation, Newsboys left in limbo"

I am not a defender of Tait, however… Putting one's house on the real estate market and relocating to another city does not connote "flee"ing. The headline also suggests that Tait's "flee"ing is the reason why the Newsboys are in limbo. The Newsboys were in limbo prior to Tait's relocation.

Reply

---

**Brenda Miller** says: February 13, 2026 at 11:43 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182878)

Journalistic quality of this is hampered by the title, "Michael Tait flees Nashville amid investigation, Newsboys left in limbo." Did Tait "flee"? Did he leave quickly in the dead of night, running away from Nashville? No. Facts do not support that. He sold his home and moved elsewhere. Exaggerating in the title for effect, decreases your credibility. The word "leaves" would have been a better choice.

Reply

---

**Jessica Morris** says: February 16, 2026 at 6:46 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182989)

Noted, thanks for your feedback!

Reply

---

**Christopher Keek Vaughan** says: February 14, 2026 at 6:20 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182905)

The beauty of the radical gospel is that ALL can be forgiven. All of us are eligible for freedom. May this man and his many victims find new life in Christ. That is really the goal of our loving and understanding God.

Reply

---

**Jen McDonald** says: February 16, 2026 at 8:58 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182965)

Equating these monsters with their abused isn't "radical gospel." It's normalizing horrific behavior.

Reply

---

**Ryley Heppner (https://m.youtube.com/@ryleyheppner/videos)** says: February 14, 2026 at 5:58 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182926)

He still has to live life somewhere. Makes sense he would do it in a new location. Seems like a reasonable decision, and not "fleeing" as you say.

Reply

---

**Matthew Whyte** says: February 14, 2026 at 6:17 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182927)

Well first, Michael flees as he is afriad of justice knocking on his door. But the sad part is that Faith Live Canada owner is also fleeing. She owns Canadians refunds for cancelling the NEWSBOYS concert over two years ago and then LIES saying ticket holders will be refunded by JUNE of 2025. There was one person on their Facebook page (before being shut down) that the owner will refund this person but DIDN'T.

It's time for these ticketholders to sue Faith Live Canada.

Reply

---

**Naomi Moore** says: February 14, 2026 at 11:52 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182936)

I liked the Newboys. Why can't the original singer return and start a new group. I pray for the singer who committed these crimes. Jesus is dealing with his sin. We should pray for him, not judge. Jesus tells us judge not least we be judged. My heart is so sad. No I am surprised at the sin, but I feel awful for all involved.



Reply

3

8

ENGLISH

EXHIBIT 3

**Mark Bouchard** says: February 15, 2026 at 9:41 am (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182945)

2.9 million dollar mansion..If this is todays christian faith..we are all in big trouble..the church in america has really fallen.I cant help but think .it will never recover from this

Reply

---

**Donald Classen** says: February 15, 2026 at 9:35 pm (https://julieroys.com/michael-tait-flees-nashville-amid-investigation-newsboys-left-in-limbo/#comment-182953)

Not the main topic, but "for profit fundraising business?" Have been to concerts where the artists push very hard for child sponsorships. Figured there had to be something in it for the artist. Has always smelled a little funny to me.

Reply

---

## Leave a Reply

The Roys Report seeks to foster thoughtful and respectful dialogue. Toward that end, the site requires that people use their full name when commenting. Also, any comments with profanity, name-calling, and/or a nasty tone will be deleted.

Comments are limited to 300 words.

---


# STAY IN THE LOOP

Get new articles and breaking news delivered to your inbox.

Your Email

SIGN UP

PODCAST (HTTPS://JULIEROYS.COM/PODCAST/)
ARTICLES (HTTPS://JULIEROYS.COM/ARTICLES/)
ABOUT (HTTPS://JULIEROYS.COM/ABOUT-THE-ROYS-REPORT/)
CONTACT (HTTPS://JULIEROYS.COM/CONTACT-JULIE/)

(https://www.facebook.com/reachjulieroys/)
(https://www.instagram.com/reachjulieroys/)
(https://twitter.com/reachjulieroys)
(https://bsky.app/profile/julieroys.bsky.social)
(https://www.threads.net/@reachjulieroys)
(https://www.youtube.com/channel/UCPTnscYen-_5cAhX2r0

COPYRIGHT 2026 THE ROYS REPORT

ENGLISH

2r9
-
CP
g)

EXHIBIT 3





3

ENGLISH

THRIVING CHILDREN ADVOCATES, LLC
7106 Crossroads Blvd, Suite 215
Brentwood, TN 37027

As of August 1, 2024

Messrs. Bart Millard, Robby Shaffer, Nathan Cochran,
and Mike Scheuchzer
p/k/a "MercyMe"
106 Mission Court
Suite 1202
Franklin, TN 37067

Re: Exclusive Platform Agreement

Gentlemen:

This agreement (the "Agreement"), when signed by Bart Millard, Robby Shaffer, Nathan Cochran, and Mike Scheuchzer, individually, and by an authorized representative of MercyMe, Inc., (individually and collectively deemed the "Professional") and Thriving Children Advocates, LLC ("Client"), shall represent a binding contract between Professional and Client according to the terms and conditions set forth herein.

1. Exclusive Services and Sponsorship Rights

(a) Professional hereby agrees to furnish, exclusively to Client, Professional's Public Platform (as defined below) in order to promote and assist Client's efforts to secure child, family, community, victim, or similar charitable sponsors for Children International (the "Nonprofit") in accordance with the terms and conditions set forth in this Agreement (including, without limitation, those terms and conditions set forth in Schedule A attached hereto and incorporated herein by this reference).

(b) "Professional's Public Platform" shall mean all concerts, conferences, or similar events featuring or headlined by Professional during the Term of this Agreement. Professional warrants and represents that [in addition to those concerts, conferences, or similar events featuring or headlined by Professional during 2024] Professional's Public Platform shall consist of no less than forty-eight (48) separate events between January 1, 2025, and December 31, 2025 (the "Minimum Event Commitment"). Professional's Public Platform shall not be used, associated with, or otherwise made available during the Term for promoting, educating, making appeals, or otherwise securing child, family, community, victim, or similar charitable sponsors for any party other than Client. Notwithstanding the foregoing, Client understands that from time to time during the Term Professional may be featured at or headline an event where Professional is unable to control the environment or presentation in order to make an appeal on behalf of the Nonprofit, in which case Professional shall not be obligated to furnish Professional's Public Platform for Client on behalf of the Nonprofit, provided that Professional shall not at such events or in such

circumstances represent, endorse, or otherwise support the mission of an organization other than Nonprofit.

(c) The exclusive relationships between and among Professional, Client, and Nonprofit may sometimes for convenience be referred to herein as the "Sponsorship." It is expressly understood and agreed that the Nonprofit shall be the exclusive charitable sponsor at, on, or in connection with Professional's Public Platform during the Term.

(d) Professional is authorized and does hereby grant to Client and Client's designees the non-exclusive worldwide right to use and permit others to use, at no cost, the approved names (including, without limitation, the name "*MercyMe*" and any other legal, fictitious or professional names used by Professional and its members), the approved likenesses, approved photographs, and approved biographical rights of Professional for purposes of trade and otherwise without restriction in connection with Client's and Nonprofit's mission, fulfillment of the objects of this Agreement, and in the marketing and advertising in connection therewith. Professional hereby warrants that Professional is the sole owner of any legal, fictitious, or professional name used by Professional, and that no other person or entity has or will have the right to use Professional's name in connection with child, family, community, victim, or similar charitable sponsorship during the Term. For the avoidance of doubt, the usage of the names, likeness photographs, and biographical information of the members of Professional shall only be granted to Client and Nonprofit in the context of the Professional as a whole, and nothing herein shall be deemed to grant any rights to Client or Nonprofit to use the names, likenesses, photographs, or biographical information of any individual members of Professional apart from their membership in or of Professional.

(e) Professional agrees that, as between Professional and Client, Client shall own all right, title, and interest in and to all information and other materials developed, obtained or generated in connection with this Agreement and the Sponsorship (the "Materials"). For the avoidance of doubt, the Materials expressly include, without limitation, all materials and other information (i) provided by Client, including any of its representatives or third party providers, to Professional and (ii) provided by any Confirmed Sponsor or potential sponsor or donor of Client obtained during the Term. All information or data pertaining to Sponsorships shall be considered the proprietary and confidential information of Client and shall be subject to the confidentiality provisions set forth in this Agreement. This Paragraph 1(e) shall survive expiration or termination of this Agreement. Notwithstanding the foregoing,

(f) Professional shall not have any right to create (and Professional hereby agrees to refrain from using) any materials for the Sponsorship other than the Materials provided by or at the direction of Client in connection with this Agreement. All Materials that include or incorporate Client's name, logo, service mark, or similar information, in whatever media, including but not limited to custom Client sponsorship landing webpages, shall be deemed licensed to Professional at no cost to Professional and otherwise in accordance with the terms and conditions of this Agreement. Professional shall be solely responsible for obtaining (and shall indemnify and hold Client harmless from any costs associated with) all applicable licenses, consents, and permissions for the use of any materials other than the Materials.

1A. <u>Prior Agreement</u>

1A.01 (a) Professional and Client are parties to an agreement dated as of June 13, 2019 (the "Prior Agreement"). Professional and Client hereby acknowledge and agree that the Term of the Prior Agreement shall (notwithstanding its terms) shall expire and be deemed terminated, by mutual consent, subject to the terms and conditions set forth in this Agreement.

(b) Upon the full execution hereof, Professional and Client shall have entered into a new professional services and exclusive public platform agreement. This Agreement is sometimes referred to herein as the "New Agreement" or the "Agreement." The New Agreement and the terms hereof are intended to and shall constitute an agreement that is separate and apart from the Prior Agreement.

1A.02 (a) *Except for the foregoing, and except for any confidentiality provisions under the Prior Agreement (which Client and Professional hereby expressly agree shall survive the termination of the Prior Agreement),* Professional and Client hereby forever mutually release, remise, and discharge each other from any and all claims, demands, debts, damages, liabilities, actions, causes of action, suits, sums of money, accounts, covenants, agreements, contracts and promises in law or in equity which Professional or Client (or Professional and Client's respective successors and assigns) now have, have had or at any time may have against the other relating to the Prior Agreement, whether or not they have been subject to dispute and whether or not known or unknown or suspected or unsuspected, all relating to the Prior Agreement, its inducement, inception, execution and/or performance(s).

(b) Professional and Client intend that this paragraph 1A.02 shall be effective as a full and final accord and satisfaction and release of each and every matter hereinabove referred to.

(c) Professional and Client represent and acknowledge to each other that neither party has heretofore assigned, or transferred or purported to assign or transfer to any person any matter hereinabove released or any part or portion thereof, and each party mutually agrees to indemnify each other from and against any claim, demand, damage, debt, liability, cost, expense, action or cause of action (including the payment of reasonable attorneys' fees and costs actually incurred whether or not litigation is commenced) based on, in connection with or arising out of any such assignment or transfer or purported or claimed assignment or transfer which such claim is reduced to final judgment or settled with the other party's consent. Professional further agrees to indemnify Client from and against any and all claims, demands, damages, debts, liabilities, costs, expenses, actions or causes of action.

(d) Each party mutually acknowledges to the other that neither, nor any agent or attorney of either, has made any promise, representation or warranty whatever, express, implied or statutory, not contained herein concerning the subject matter hereof to induce the other to execute this Agreement, and Professional and Client acknowledge that neither has executed this Agreement in reliance on any such promise, representation or warranty not contained herein.

2. Spokespersons, Table Representatives, and Volunteers

Client shall provide (at Client's sole cost and expense) all spokespersons, table representatives, and volunteers deemed necessary by Client to acquire charitable sponsors and otherwise to fulfill Client's obligations to the Nonprofit at Professional's Public Platform during the Term.

3. Term

The term of this Agreement shall commence as of the date of the complete execution of this Agreement by Client and Professional and shall continue (subject to the other terms and conditions of this Agreement) until close of business on December 31, 2025 (the "Term").

3A. Matching Right

If at any time Professional receives an offer to make Professional's Public Platform available after the Term to a third party (*whether a non-profit organization or a for-profit promoter, artist, marketing firm, manager, music and/or entertainment company of any nature, or any other third party*) in order to promote, educate, make an appeal for, or otherwise assist in the securing of child, family, community, victim, or similar charitable sponsors (*and whether or not such offer is in the form of a direct sponsorship relationship, a "package deal," "buy-out," or other mechanism wherein the acquisition and accumulation of sponsorships are addressed*), *or* in the event Professional *on its own behalf* seeks or desires after the Term to promote, educate, make an appeal for, or otherwise assist in the securing of child, family, community, victim, or similar charitable sponsors (all of the above being individually and collectively deemed a "Sponsorship Offer"), Professional will not accept any such Sponsorship Offer unless and until the terms and conditions of this paragraph have been fulfilled and Client's exclusive rights under this Agreement have been addressed to its satisfaction.

(a) Professional will provide to Client a copy of any bona fide third-party Sponsorship Offer that Professional desires to accept, which Sponsorship Offer will be presented to Client in such a manner as to allow Client to identify all financial terms and conditions of the Sponsorship Offer, and Client will have thirty (30) days from receipt of the Sponsorship Offer to match the Sponsorship Offer. If Client so notifies Professional of Client's intent to match the Sponsorship Offer, then as of the date of receipt of such notice from Client, Client's rights shall automatically vest, and Professional and Client will enter into a written agreement with respect thereto, subject to Paragraph 3(b), below. If Client fails to so notify Professional, Professional can only accept the Sponsorship Offer on terms equal to or more favorable to Professional than those contained in the Sponsorship Offer and only from the original offeree. The foregoing procedures shall again apply to any subsequent Sponsorship Offers that Professional desires to accept, including without limitation, any Sponsorship Offers containing the identical terms and conditions previously rejected by Client.

(b) For the avoidance of doubt, Client shall not be required to match any Sponsorship Offers (or parts of any Sponsorship Offers) that include or would otherwise require Client to renegotiate or "pay again" for any rights Client has already acquired pursuant to this Agreement, it being understood and agreed that Client's obligation to "match" (and Professional's right to




Case 3:26-cv-00484 Document 33-2 Filed 04/17/26 Page 49 of 86 PageID #: 1897

proceed) with any Sponsorship Offer shall only pertain to prospective rights, that is, rights that Client does not already control under this Agreement (i.e., future rights following the Term).

4. <u>Confirmed Sponsor Rate</u>

(a) In consideration of Professional's warranties, representations, covenants, and agreements under this Agreement, Client agrees to pay to Professional the sum of:

(i) [redacted]) for each Confirmed Sponsor acquired at Professional's Public Platform between the date of this Agreement and November 30, 2024, or such later date at which Professional has concluded its touring for the calendar year 2024 (hereinafter the "Initial Sponsor Rate"), it being understood and agreed that the Initial Sponsor Rate shall first be credited toward and applied in reduction of all outstanding advances paid to Professional during the Term of the Prior Agreement (the "Prior Advances"), the balance of which such Prior Advances are, as of the date of this Agreement, [redacted], representing [redacted]) yet-to-be-delivered Confirmed Sponsors; and

(ii) [redacted]) for each Confirmed Sponsor acquired between January 1, 2025, and December 31, 2025 (hereinafter the "New Sponsor Rate"), it being understood and agreed that the New Sponsor Rate shall first be credited toward and applied in reduction of the balance (if any) of Prior Advances still unrecouped by the end of 2024.

(iii) The Initial Sponsor Rate and the New Sponsor Rate shall each be deemed a "Confirmed Sponsor Rate" and collectively "Confirmed Sponsor Rates."

(b) "Confirmed Sponsor" shall be defined according to the relevant Nonprofit's requirements and may be subject to change from time to time to account for attrition (among other things), but shall mean, at a minimum: a donor completing the Nonprofit's child sign-up packet supplied by Client's agents during an event, and who gives his/her first gift donation in the amount determined by and in accordance with the then-current standards of the applicable Nonprofit by cash, check, or credit card and which first donation is cleared by the Nonprofit's payment processing. For the avoidance of doubt, a "pledge" is defined as any situation in which a potential donor expresses a sincere and heartfelt interest in sponsoring a child, but for a variety of reasons cannot or will not make payment at that moment. Any envelope containing complete sponsor contact information *without* payment information will be treated as a pledge (a "Pledge"). Pledges that are subsequently paid within the parameters of the "Confirmed Sponsor" definition above shall be treated as Confirmed Sponsors for purposes of this Agreement, and Pledges that convert to a Confirmed Sponsor shall be counted for all purposes of this Agreement, even if converted following the termination or expiration of this Agreement. Professional understands and agrees that the verification and crediting of Confirmed Sponsors is at the discretion of the applicable Nonprofit, may change from time to time during the Term, and is not under or otherwise subject to the control or influence of Client. However, because the term "Confirmed Sponsor" serves as the basis for payments to both Client and Professional, changes to the definition of "Confirmed Sponsor" will impact Client and Professional similarly. Accordingly, Professional understands that Client will

remain motivated during the Term of this Agreement to encourage the Nonprofit to continue to define "Confirmed Sponsor" as that term has been historically defined and understood by charitable child sponsorship organizations.

(c) In addition to Confirmed Sponsors acquired during 2024, Professional agrees to use its best efforts to facilitate Client's acquisition of at least Eight Thousand (8,000) additional Confirmed Sponsors between January 1, 2025, and December 31, 2025.

(d) Unless provided to Professional more frequently as a matter of course from time to time during the Term, Client agrees to provide (at a minimum) an annual report to Professional no later than March 31, 2026, for Confirmed Sponsors achieved during the Term, provided that the inadvertent failure of Client to do so shall not be deemed a breach of this Agreement. Client shall also provide notice to Professional when Professional has attained sufficient Confirmed Sponsors to have recouped the Prior Advances.

5. Production Expenses

In addition to the Confirmed Sponsor Rates, Client agrees to pay to Professional on January 10, 2025 (the "Due Date"), the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00), which sum is intended to assist Professional with the tour production and related expenses required to cover the Minimum Event Commitment (the "Production Fee").

6. Confidentiality

(a) Professional and Client each hereby agrees to keep the terms and conditions of this Agreement [and, except with respect to Client's compliance disclosures described in Paragraph 6(b)(iv), below, the very existence of this Agreement] strictly confidential.

(b) In addition to the foregoing, Professional understands and agrees:

(i) The following terms shall have the meanings provided:

(A) "Client Data" means (i) all data and information generated, provided or submitted by or caused to be generated, provided or submitted by, Client and/or Professional in connection with this Agreement and the Sponsorship; (ii) all data and information regarding the business, donors, sponsors, and potential donors, sponsors or of Client or the Nonprofit(s) collected, generated or submitted by, or caused to be generated, provided or submitted by, Professional (if any); and (iii) Personally Identifiable Information.

(B) "Confidential Information" includes this Agreement and all of its terms and conditions and, with respect to a party, any and all proprietary information of the disclosing party (whether Client's, Professional's or the applicable Nonprofit's) and/or of third parties in the possession of the disclosing party, treated as secret or confidential by the disclosing party that does not constitute a trade secret. For avoidance of doubt, Confidential Information also includes (a) information which has been disclosed to such party by a third


Case 3:26-cv-00484 Document 1-4 Filed 04/07/26 Page 51 of 86 PageID #: 258

party which party is obligated to treat as confidential or secret; and, (b) with respect to Client, the Client Data and any other proprietary materials.

(C) "Personally Identifiable Information" means personally identifiable information of individuals and any information that may be used to identify such individuals that is generated by or disclosed to Professional in connection with the Services.

(ii) In connection with this Agreement, each Party understands and agrees that it may be furnished with Confidential Information. Client Data shall be considered the Confidential Information of Client. The Party disclosing Confidential Information is referred to herein as the "Discloser" and the Party receiving Confidential Information is referred to herein as the "Recipient." Notwithstanding the foregoing, Confidential Information shall not include information which: (a) is or becomes part of the public domain through a source other than Recipient; (b) was rightfully known to Recipient at the time of disclosure with no confidentiality obligations to a third party; (c) is independently developed by Recipient without breach of the Agreement; or (d) is subsequently learned from a third party not under a confidentiality obligation to Discloser. For purposes of the foregoing exclusions only, "Confidential Information" does not include Personal Information.

(iii) Recipient agrees (A) to use the Confidential Information only for the purpose of performing or enforcing its obligations under the Agreement, and (B) to secure, protect and maintain the confidentiality of the Confidential Information of Discloser, using at least as great a degree of care as it uses to maintain the confidentiality of its own information of a similar nature or importance, but in no event less than reasonable care. Recipient will not reproduce Confidential Information except as necessary in furtherance of the purpose of this Agreement. Recipient will not sell, transfer, publish, disclose, or otherwise use or make available any portion of Discloser's Confidential Information to third parties, except to those of its directors, officers, employees, subcontractors, or attorneys who have a need-to-know the same in furtherance of the purposes of the Agreement. Recipient shall be responsible for the compliance of such third parties with the terms and conditions of the Agreement.

(iv) Recipient will not be entitled to release Confidential Information required to be disclosed by law, pursuant to a duly authorized subpoena, court order or government authority unless and until Recipient has provided to Discloser advance notice thereof and, unless prohibited by law, to permit Discloser to seek a protective order or other appropriate remedy protecting the Discloser's Confidential Information from disclosure, and Recipient limits the release of the Confidential Information to the greatest extent possible under the circumstances. Notwithstanding the foregoing or anything to the contrary contained herein, Client shall have the right to disclose this Agreement as required in order to remain in compliance with various state rules and regulations pertaining to charitable solicitations and professional fundraising.

(v) The Parties' confidentiality obligations under this Section will survive for three (3) years following any termination or expiration of this Agreement, provided however that confidentiality obligations with respect to Confidential Information constituting trade secrets will continue for as long as such Confidential Information is eligible for trade secret protection and

confidentiality obligations with respect to Personally Identifiable Information will continue in perpetuity.

7. <u>Compliance with Applicable State Requirements</u>

(a) Professional understands and agrees that Client is a professional fundraiser, and that Client's activities are or may be governed by, performed, applied, interpreted, and/or enforced from time to time by, within, or subject to the laws, statutes, and regulations of or under the jurisdictions of individual states' professional fundraising or similar regulations ("State Rules"). Accordingly, this Agreement shall be interpreted at all times to be in compliance with these State Rules and, where necessary, shall be tailored (and subject) to the respective State Rules. In furtherance thereof, Client shall have the right to amend this Agreement from time to time as necessary to bring the Agreement into compliance with all jurisdictions where Client solicits contributions on behalf of the Non-Profit (a "Compliance Amendment"), and Professional agrees to review and promptly execute such Compliance Amendments upon Client's request.

(b) Professional warrants and represents that Professional is not a professional fundraiser. Accordingly, Professional hereby agrees to refrain from (and agrees to indemnify Client and hold Client and the Nonprofit harmless from any liability arising from or relating to Professional's taking any action that could be interpreted (or misinterpreted) as those of a professional fundraiser or which would otherwise subject Professional directly (as opposed to indirectly through Client) to the State Rules.

(c) In order to remain compliant with State Rules, Professional understands that Client and the Nonprofit must, among other things:

(i) Disclose and submit to the applicable states full details regarding the dates, locations, and venues constituting Professional's Public Platform during the Term;

(ii) Disclose and submit to the applicable states full details regarding speakers, presenters, and table or tour representatives appearing on behalf of Professional and the Nonprofit (hereinafter deemed the "Personnel") at Professional's Public Platform during the Term; and

(iii) Conduct a background check of all such Personnel prior to submission and disclosure to the states as aforesaid.

(d) Accordingly, Professional agrees not to engage any Personnel in connection with the performance of Professional's obligations hereunder or assisting Professional in any way in the accomplishment or execution of Professional's duties (whether as a speaker, presenter, table representative, tour representative, or otherwise) without first submitting the name of the proposed Personnel and all requisite data required by Client and/or Nonprofit in order that Client may run the required background checks and (provided the proposed Personnel clears the background check) contract the proposed Personnel directly. Professional understands that for these reasons, Client shall have the right to approve all such Personnel.

(e) Professional further agrees to send to Client all details pertaining to the dates, locations, and venues of Professional Public Platform during the Term (the "Event Details") as soon as

those Event details become available from time to time during the Term so that Professional and Nonprofit may remain compliant under State Rules. The Event Details known as of the date hereof and all other events comprising Professional's Public Platform during the Term of the Agreement (whether or not added to the Itinerary) shall be deemed, collectively, the "Tour."

(f) Notwithstanding anything to the contrary contained in this Agreement, if it is determined that Client must deem Professional an "employee" of Client in order for Client and Professional to be in compliance with the State Rules, Professional hereby accepts such designation for (*and only for*) the purpose of compliance with the State Rules. In connection therewith, Professional understands that (among other things) Client may be required to withhold taxes from all amounts payable to Professional under or pursuant to this Agreement, and Professional hereby consents to such withholding of taxes in such case. Professional further agrees to take any other action deemed necessary by Client to verify Professional's status as an "employee" for the purpose of complying with State Rules *only*. Any change of Professional's status to an "employee" for compliance with the State Rules shall not otherwise affect the nature of the relationship between Client and Professional which, in all other respects, shall remain that of independent contractors with respect to each other. Accordingly, Client shall not be liable for the acts or omissions of Professional in any manner whatsoever. For the avoidance of doubt, Client agrees to notify Professional wherever and whenever such "employee" designation (if ever) is required, and Client shall advise Professional in advance of any withholdings required by this Paragraph 7(f) so that Professional and its accountants shall have the opportunity to prepare and plan accordingly.

(g) Professional's compliance with all of the terms and conditions of this Paragraph 7 is a material condition of this Agreement.

8. <u>Marketing</u>

Professional agrees to be available for (and to approve and consent to) appropriate video and/or photo shoots (if requested by the Nonprofits) to be incorporated into Nonprofit's marketing materials and otherwise for the purpose of facilitating sponsorships and the mission of the Nonprofit. If deemed necessary by the Nonprofits, Professional also agrees to be available to travel (at Nonprofit's expense) to a location selected by the Nonprofit and subject to Professional's reasonable approval (not be unreasonably withheld), for a minimum of two (2) days on-site in order to become more familiar with the Nonprofit's mission, and to permit the filming, recording and/or other capturing of Professional's participation in connection therewith for *gratis* use in the Nonprofit's marketing materials and otherwise for the purpose of facilitating sponsorships and the mission of the Nonprofit.

9. <u>Warranties; Suspension; Termination</u>

(a) Professional warrants, represents, covenants, and agrees that Professional has the right and power to enter into this Agreement, to grant the rights herein granted by Professional, to perform the services agreed to be performed by Professional hereunder, and to be available as described herein. Professional further warrants, represents, covenants, and agrees, during the Term, to fulfill its obligations diligently, competently, and to the best of Professional's ability. Client warrants,

represents, covenants, and agrees that Client has the right and power to enter into this Agreement, to grant the rights herein granted by Client, to perform the services agreed to be performed by Client hereunder. Client further warrants, represents, covenants, and agrees, during the Term, to fulfill its obligations diligently, competently, and to the best of Client's ability.

(b) [intentionally deleted without implication]

(c) During the Term hereof, Professional shall not enter into any agreement that would interfere with the full and prompt performance of Professional's obligations hereunder, and Professional shall not make Professional's Public Platform available to promote and assist any party other than Client in connection with securing child, family, community, victim, or similar charitable sponsors for Nonprofits.

(d) If at any time during the Term Professional shall commit any act or become involved in any situation or occurrence which brings Professional, the Nonprofit, and/or Client into public disrepute, contempt, scandal or ridicule or which tends to shock, insult or offend the community at large or any substantial group or class thereof, or which reflects unfavorably on Client's or the Nonprofit's reputation, then Client shall have the right (without limiting Client's other rights and remedies) to:

(i) Terminate this Agreement without further obligation to Professional except for Confirmed Sponsors attributable to Professional's Public Platform and credited to Client's account prior to such commission or involvement of Professional; and

(ii) Be reimbursed by Professional for any and all Advances paid to Professional that have not been recouped by Client from revenues derived from Professional's Public Platform prior to such commission or involvement of Professional.

(e) If because of an act of God, inevitable accident, fire, lockout, strike, or other labor dispute, riot or civil commotion, terrorism or act of public enemy, enactment, rule, order or act of any government or government instrumentality (whether federal, state, local or foreign), failure of technical facilities, illness or incapacity of Professional (or any member thereof), or other cause of a similar or different nature not reasonably within Client's control Client determines that it is unlikely that Professional will deliver the Minimum Event Commitment hereunder in the ordinary course of business or that Client's normal business operations become otherwise commercially impractical, then without limiting Client's rights, Client shall have the option, by giving Professional notice, to suspend the Term of this Agreement for the duration of any such contingency plus such additional time as is necessary so that Client shall have no less than thirty (30) days after the cessation of such contingency in which to determine whether Client shall continue this Agreement. During any such suspension, Professional shall not make Professional's Public Platform available to promote and assist any party other than Client in connection with securing child, family, community, victim, or similar charitable sponsors for Nonprofits. In the event of a suspension owing to a "force majeure" (as opposed to a suspension specifically related to Professional), which suspension exceeds twelve (12) consecutive months, Professional may terminate this Agreement upon thirty (30) days written notice to Client, but only if such "force majeure" is not lifted within ten (10) days of Client's receipt of the written notice.

10. Indemnification

Professional and Client each agree to indemnify the other and save and hold the other harmless from any and all claims, damages, liabilities, costs, losses and expenses (including legal costs and reasonable attorneys' fees) arising out of or connected with any claim, demand or action which is inconsistent with any of the warranties, representations, covenants or agreements which either party has each made in this Agreement, and professional and Client agree to reimburse each other on demand for any payment made or incurred by either of them with respect to the foregoing, provided the claim concerned has been settled (with the indemnitor's consent) or has resulted in a final non-appealable judgment against the other or its licensees. Pending the determination and settlement of any such claim, demand or action, or if Professional shall otherwise fail to faithfully perform all of the material terms and conditions hereof, Client shall have the right at Client's election, to withhold in an interest bearing account payment to Professional of any monies (including the Confirmed Sponsor Rate and the World Vision Sponsor Rate) otherwise payable to Professional under this Agreement in an amount reasonably related to that claim, demand or action and Client's estimated costs and expenses (including legal costs and reasonable attorneys' fees) in connection therewith [or, if such withholding by Client is a result of Professional's failure to faithfully perform all of the material terms and conditions hereof, Client may withhold all amounts otherwise due and owing to Professional hereunder], unless Professional has made bonding arrangements satisfactory to Client that assure Client of reimbursement for all damages, liabilities, costs and expenses (including legal costs and reasonable attorneys' fees) which Client may incur as a result of that claim or Professional's failure of performance. Client agrees to release any monies withheld if for one (1) full year following such withholding no action is commenced on any claim concerned or no settlement discussions have taken place and no further demand has been made on said claim. Client shall promptly notify Professional of any action commenced on such a claim, and Professional may participate in the defense of any such claim through counsel of Professional's sole choosing and at Professional's sole expense, subject to Client's right to control the defense of such claim.

11. Notices

The respective addresses of Client and Professional for all purposes hereunder are set forth on the first page of this Agreement, unless and until notice of a different address is received by the party notified of that different address. All notices shall be in writing and shall either be served by personal delivery (to an officer of Client if to Client), by certified or registered mail (return receipt requested), by telegraph or by overnight or local courier, in each case with all charges prepaid. Notices shall be deemed effective when personally delivered, mailed or delivered to a telegraph office, all charges prepaid, except for notices of change of address, which shall be effective only when received by the party notified. A copy of each notice to us shall be simultaneously sent to The Law Office of Kevin S. Kookogey, ATTN: Kevin S. Kookogey, 7106 Crossroads Blvd., Suite 215, Brentwood, TN 37027. A copy of each notice to Professional shall be simultaneously sent to Mr. Scott Brickell, Brickhouse Entertainment, 106 Mission Court, Suite 1202, Franklin, TN 37067. The failure to send courtesy copies shall not be deemed a breach of this Agreement.

12. Assignment

Client may, at Client's election, assign this Agreement or any of Client's rights hereunder or delegate any of Client's obligations hereunder, in whole or in part, for any reason, including, without limitation, to any person, firm or corporation owning or acquiring all or a substantial portion of Client's stock or assets, to any person, firm or corporation that is related to Client as an affiliate, subsidiary or otherwise, or to any person, firm or corporation into which or with which Client might merge or consolidate. Professional may not delegate any of Professional's obligations or assign any of Professional's rights hereunder, except that Professional shall have the right, at Professional's election, to assign Professional's right to receive payment of Advances and Confirmed Sponsor Rates hereunder to no more than one (1) then-current assignee thereof which is identified to Client in an appropriate letter of direction signed by Professional. Any assignee of amounts otherwise payable directly to Professional hereunder shall not be a third-party beneficiary of this Agreement and shall have no right under this Agreement or otherwise to commence or prosecute any claim, demand or action against us as a result of Client's payment or failure to pay any amounts to that assignee.

13. Unique Services

Professional expressly acknowledges that Professional's services hereunder, as well as the rights and privileges granted to Client hereunder, are of special, unique, and intellectual character which gives them peculiar value, and that in the event of a breach by Professional of any term, condition, or covenant hereof, Client will be caused irreparable injury. Professional expressly agrees that in the event Professional shall breach any provision of this Agreement, Client shall be entitled to seek injunctive relief and/or damages, as Client may deem appropriate, in addition to any other rights or remedies available to Client, and Client shall have the right to recoup any such damages resulting from any such breach from any monies which may be payable to Professional under this Agreement.

14. Failure of Performance

(a) Except with respect to the exclusivity provisions hereof or any judicially established fraud (for which there shall be no cure period), the failure by either Client or Professional to perform any of their respective obligations hereunder shall not be deemed a breach of this Agreement unless the party claiming breach gives the other party written notice of such failure to perform and such failure is not corrected within thirty (30) days [or, with respect to payment defaults, ten (10) days] from and after the receipt of such notice, or, if such breach is not reasonably capable of being cured within such thirty (30) day [or, with respect to payment defaults, ten (10) day] period, the party receiving notice does not commence to cure such breach within such thirty (30) day [or, with respect to payment defaults, ten (10) day] period and proceed with reasonable diligence to complete the curing of such breach thereafter.

(b) Notwithstanding the foregoing, each of the following shall constitute an event of default which shall (without limiting Client's other rights and remedies) entitle Client to terminate the term of this Agreement immediately following (and without giving Professional an opportunity to cure) the occurrence of any such event:

(i) If Professional commences a voluntary case under any applicable bankruptcy, insolvency or other similar law now or hereafter in effect, or if Professional consents to the entry of any order for relief in any involuntary case under such law, or if Professional consents to the appointment of or taking possession by a receiver, liquidator, assignee, trustee or sequestrator (or similar appointee) of Professional or any substantial part of Professional's property, or if Professional makes an assignment for the benefit of creditors or takes any act (whether corporate or otherwise) in furtherance of any of the foregoing;

(ii) If a court having jurisdiction over Professional's affairs or property enters a decree or order for relief with respect to Professional or any of Professional's property in an involuntary case under any applicable bankruptcy, insolvency or other similar law now or hereafter in effect, or if such a court appoints a receiver, liquidator, assignee, custodian, trustee or sequestrator (or similar appointee) of Professional or for any substantial part of Professional's property or orders the winding up or liquidation of Professional's affairs and such decree or order remains unstayed and in effect for a period of sixty (60) consecutive days.

14A. Key Man

Subject to the cure provisions described in Paragraph 14(a) of this Agreement, Professional shall have the right to terminate this Agreement and to retain all monies theretofore paid to Professional by Client, if Troy Collins shall at any time during the Term cease to be actively involved in Client's operations other than for reasons of death, disability, or moral turpitude.

15. Insurance; Indemnification

Professional and Client shall each be responsible for (and each hereby agrees to indemnify and hold the other harmless from and against) any and all claims, damages, and liability arising from its own negligent or intentional acts or omissions relating to this Agreement and/or the Sponsorship. Professional and Client shall each maintain appropriate and adequate insurance coverage for their respective exposures arising from and pertaining to this Agreement and the Sponsorship, with each party naming the other (and the Nonprofit) as additional insureds on all such insurance policies. Upon request, Professional and Client shall promptly provide each other with copies of all applicable Certificates of Insurance detailing the coverages described above.

16. Independent Contractors

Professional and Client are independent contractors with respect to each other, and neither Professional, Client, nor any of their respective employees or subcontractors are or shall be deemed employees, agents, representatives, partners, or joint ventures of the other. Professional further agrees and represents that this Agreement does not create a partnership between the parties hereto, and that Professional is solely responsible for paying its own taxes of any nature whatsoever arising from or relating to this Agreement and the Sponsorship.

17. Miscellaneous

This Agreement contains the entire understanding of the parties hereto relating to the subject matter hereof and cannot be changed or terminated except by an instrument signed by the party to be bound. A waiver by either party of any term or condition of this Agreement in any instance shall not be deemed or construed as a waiver of such term or condition for the future, or of any subsequent breach thereof. All remedies, rights, undertakings, obligations, and agreements contained in this Agreement shall be cumulative and none of them shall be in limitation of any other remedy, right, undertaking, obligation or agreement of either party. If any part of this Agreement shall be determined to be invalid or unenforceable by a court of competent jurisdiction or by any other legally constituted body having jurisdiction to make such determination, the remainder of this Agreement shall remain in full force and effect. This Agreement has been entered into in the State of Tennessee and the validity, interpretation and legal effect of this Agreement shall be governed by the laws of the State of Tennessee applicable to contracts entered into and performed entirely within the State of Tennessee. The venue for any controversy or claim arising out of or relating to this Agreement or breach thereof, shall be the appropriate state and federal courts located in Davidson or Williamson County, Tennessee. Accordingly, Client and Professional each submit to the jurisdiction of such courts. Any process in any action or proceeding arising out of or relating to any such claim, dispute or disagreement may, among other methods, be served upon Client or Professional by delivering or by mailing the same via registered or certified mail to the addresses contained herein. The prevailing party in any such dispute arising hereunder shall be entitled to recover from the other party its reasonable attorneys' fees in connection therewith in addition to the costs thereof. Professional has been represented by independent legal counsel or has had the unrestricted opportunity to be represented by independent legal counsel of its choice for purposes of advising Professional in connection with the execution of this Agreement. If Professional has not been represented by independent legal counsel of Professional's choice in connection with this Agreement, Professional acknowledges and agrees that its failure to be represented by independent legal counsel in connection with this Agreement was determined solely by Professional. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original (including facsimile signatures), but all of which together shall constitute but one and the same instrument.

18. Side Letters for Compliance Filings

Upon Client's request from time to time during the Term, Professional agrees to execute side letters and/or similar short form agreements prepared by Client and summarizing the financial terms of this Agreement (the "Side Letters") so that Client may submit to the applicable jurisdictions such Side Letters in lieu of this Agreement in order to evidence the engagement of Professional for the purposes and consideration set forth herein without disclosing other confidential information.

[signatures next page]

Sincerely,
Thriving Children Advocates, LLC

By:______________________________
An authorized signatory

ACCEPTED AND AGREED:
MercyMe, Inc.

By:______________________________
An authorized signatory

And personally and individually:

______________________________
Bart Millard

______________________________
Robby Shaffer

______________________________
Nathan Cochran

______________________________
Mike Scheuchzer

Schedule A

In furtherance of that Professional Services Agreement between Thriving Children Advocates, LLC ("Client") *and* Bart Millard, Robby Shaffer, Nathan Cochran, and Mike Scheuchzer, individually, and by an authorized representative of MercyMe, Inc., ("Professional") dated as of August 1, 2024, and to which this *Schedule A* is attached (the "Agreement"), Professional hereby agrees:

(a) Professional shall allow for a "main" appeal for up to fifteen (15) minutes, followed immediately by a five (5) minute uninterrupted "packet pass" at **each** event comprising Professional's Public Platform. During this appeal, house lights MUST be down. This slot shall include an intermission following the conclusion of the appeal.

(b) No work shall take place on stage during the appeal, unless a curtain of some kind is used to conceal the work. In the event a curtain is used, all best efforts shall be made to minimize any noise that may occur backstage.

(c) During the main appeal, if the location has video equipment, video messaging will be used, at the direction of the Client and subject to Professional's reasonable creative approval.

(d) Professional shall meet or provide Client's requirements for exhibit space o/b/o the Nonprofit, including, (without limitation, and at no charge), well-lighted space for presentation tables, chairs for staff, and electrical service.

(e) Professional shall supply credentials for Client's representatives and staff

(f) Professional shall assure entrance and access to the venue prior to show-time for all volunteers provided by Client and/or Nonprofit so that these volunteers may receive the requisite training for the event.

(g) N/A

(h) Professional shall make available catering and a shared crew dressing room with showers (or an equivalent hotel room if same is provided for Professional's crew) at all events for Client's staff. When available, a dedicated private room for the designated speaker in order to allow sufficient opportunity for the speaker to prepare for the appeal.

(i) Professional shall make available ground transportation and dedicated tour bus bunk space for two (2) Client personnel (speaker + table representative) whenever Professional is employing ground transportation, it being understood and agreed that airfares for Client personnel, where required, shall be the responsibility of Client.

(j) Entrance and access to the venue two (2) hours prior to show-time for all volunteers provided by Client and/or Nonprofit so that these volunteers may receive the requisite training for the event.

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Thriving Children Advocates, LLC, Thriving Charity Advocates, LLC, Wesley Campbell, Newsboys Inc, Newsboys Touring, LLC

**(b)** County of Residence of First Listed Plaintiff ____________
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

G. Kline Preston, IV
4515 Harding Pike, Suite 107
Nashville, TN 37205
615-649-8680

Broocks Law Firm, PLLC (pro hac vice pending)
248 Addie Roy Rd., Suite B-301
Austin, TX 78746
512-201-2000

## DEFENDANTS

The Roys Report, Julie Roys, Jessica Morris, MercyMe, Inc, Troy Collins, Bart Millard, Robin Shaffer, Nathan Cochran, Mike Scheuchzer, Scott Mitchell, USLive OpCo, Inc, USLIVE Holdings, LLC, USLive Intermediate HoldCo, Inc, USLive, LLC, USLive Rush, LLC, USLive Transparent, LLC, Rush Concerts, LTD, Jacob Rainer, Transparent Productions, LLC, Transparent Processing, LLC, Timothy Tabor, Premier Productions Holdings, Inc, Shane Quick, TPR Entertainment, Michael Pugh, Brian Becker, Waterland Private Equity Investments, B.V., Christian Lund Madsen, Nicklas Goldberg, Micah Tyler, Waterland Holdings, LLC, Waterland Private Equity ApS, Jared Gibo

County of Residence of First Listed Defendant: Kane County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☒ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §§ 1 & 2; 15 U.S.C. § 18; 15 U.S.C. § 1051; 18 U.S.C. §1836(c); 28 U.S.C. §1332

Brief description of cause:
Antitrust claims which involve and implicate a misappropriation of trade secrets, and related defamation claims would arise in conjunction with the antitrust claims.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ In excess of $50,000,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ____________ DOCKET NUMBER ____________

DATE 4/16/26 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE


Case 3:26-cv-00484 Document 13-5 Filed 10/09/26 Page 1 of 18 PageID #: 210

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97776018**
**Filing Date: 02/01/2023**

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97776018 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\977\760\97776018\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | LIVE CO |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a circle with the words "Live co" appearing on two lines in the center. The word "Live" is in initial capital letters with the letter "I" consisting of a stylized microphone design. The word "co" appears beneath the letter "e" in lowercase letters, with a slash underlining the word "Live". |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 629 x 489 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | USLive OpCo, Inc. |
| *MAILING ADDRESS | 4400 Post Oak Parkway, Suite 2140 |
| *CITY | Houston |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |

Exhibit 10

Live

HOME MANAGEMENT TEAMS COMPANIES WORK WITH US REACH OUT



*******



# TPR.

TPR is the world's largest one-stop, full-service global faith-based promotion company, formed in 2024 through the merger of Transparent Productions, Premier Productions, and Rush Concerts. With a roster featuring artists like Brandon Lake, Elevation Worship, Mercy Me, and Phil Wickham, TPR is set to promote over 1,000 events globally in 2025, connecting communities through inspiring live experiences.

Exhibit 11


Tim
I did some checking. Seems like it's probably just gossip. Hoping it's nothing.
Thanks Tim. Wes and I take this stuff really seriously as we have been the brand protectors for well over 30 years and I've kept this Newsboys brand safe and sound. Yes, it has been some work, but for the most part through the Peter Furler/ Michael Tait years these guys have a great foundation. Obviously, Michael Tait gets a lot of attention because he's very flamboyant single etc. But in the 13 years I've been working with him it's been pretty smooth sailing. We would love to do some more shows with your team. I thought the atmosphere was really great. Thanks.
Tim Taber
Steve Campbell

Exhibit 17


TPR.
CONNECT
SPOTLIGHT
BUY TICKETS
ONE EVENT


TPR.
CONNECT
SPOTLIGHT
BUY TICKETS
DON'T MISS A MOMENT – FOLLOW US EVERYWHERE.
We produce and promote world class events with messages of faith, hope, and love.
TPR.
TOURS
GROUP SALES
FAQ
SPOTLIGHT
YOUR PRIVACY CHOICES
ABOUT
HOST AN EVENT
VOLUNTEER
CONTACT
BLOG
CAREERS
ACCESSIBILITY STATEMENT
TERMS & CONDITIONS
PRIVACY POLICY

| Average Ticket Prices | | |
|---|---|---|
| | AWAKENING | ALL TPR |
| **PERIOD 1**<br>1/1/18- 11/15/22 | $35.99 | $37.38 |
| **PERIOD 2**<br>11/16/22 - 11/16/23 | $41.39 | $39.01 |
| **PERIOD 3**<br>11/17/23 - 12/31/25 | $36.67 | $45.98 |


1
3rd Floor High
2
3rd Floor High
Cell Phone
3
3rd Floor High
4
3rd Floor High

Exhibit 21

1




2




3



4



5



6


1973 RIDES
LIVE FAST

7


3rd Floor High
1973 RIDES
LIVE FAST

8


3rd Floor High


1
2
3
3rd Floor High

Exhibit 24



Exhibit 25



Exhibit 26

Matt Best

Dec 16, 2014, 11:00 PM

Can you meet with me in the lobby before bus call?

I will be in the bar area...find me when you can

Steve Campbell

Will do. Packing up my bags coming downstairs in about 10 minutes

Thanks

Exhibit 27

Steve Campbell

Matt Best

Dec 17, 2014, 7:27 PM

Can you meet with Michael on our bus after our Christmas set. He wants to talk to about your reasons for keeping The situation from Nick.

Will be there

Yes

Exhibit 28



Matt Best
Dec 17, 2014, 9:52 PM
Tell tait to meet in nicks dressing room asap
Steve Campbell
K
He will be there asap. Michael wanted Jesse there if you would ask her

Exhibit 29



Exhibit 30


Matt Best
Steve Campbell
Dec 18, 2014, 2:11 PM
Wifi ??
Sent as Text Message
Text Message
Also, when is this meeting
iMessage
Ready for you and tait now
Meet you right inside the doors
K
We are in the first door to the left room 100
2 min

Exhibit 31




TPR. Presents

# Transparent Productions Teams with Live Event Company LiveCo.

GMA
Mar 21, 2023, 10:54:30 AM

Transparent Production announces the company has been acquired by LiveCo – a group of like-minded promoters focused on delivering impactful consumer experiences across various areas of live entertainment, adding to LiveCo's rapidly expanding team of industry-leading promoters and producers.

For more than two decades, Transparent Productions has been a leading promoter of faith-based concerts, tours, and festivals across the U.S. They work with some of the largest names in Christian and Gospel music, including Phil Wickham, CeCe Winans, Brandon Lake, Danny Gokey, Big Daddy Weave, Erica Campbell, Casting Crowns, For King & Country and many more.

"It's an exciting time in the history of our company to join forces with other companies and leaders in our space that we have a ton of respect for," said Tim Taber, CEO and Founder of Transparent Productions, "I believe that coming together will help us serve our artists better both in the U.S. and internationally."

With this acquisition, Transparent Productions will continue to deliver the same excellent service and team as before, but with newly added resources and reach to better equip their clients to achieve their touring goals.

"It's such an honor to be partnering with Transparent Productions," added President of Premier Productions, Shane Quick "Their team, vision, and clients are second to none, and their trust in us speaks to the waves we have already made in the live-events industry."

This new partnership signals impressive growth at LiveCo, which launched on January 31 of this year. LiveCo works with leading talent and productions and presents events featuring artists from a wide array of genres, including country, comedy, faith/CCM, family entertainment, variety, and festivals. Among the names currently working with its teams are Blippi, Peppa Pig, Cocomelon Live, Cody Johnson, Dude Perfect, Zach Bryan, MercyMe, Elevation Worship, and Maverick City Music.

**From:** Christian Lund Madsen
**Sent:** Monday, December 19, 2022 8:41 PM
**To:** David Wagner <davewagner@me.com>; Wesley Campbell <wes.campbell@me.com>
**Cc:** 'Kevin Kookogey' <kevin@kookogey.com>; Brian Becker <Brian@baseentertainment.com>; Michael Pugh <michael.pugh@premierproductions.com>; Nicklas Guldberg <Guldberg@waterland.dk>
**Subject:** TCA x USLive: Partnership proposal

Dave and Wes –

We remain highly excited by the prospect of partnering with both of you and the TCA team, and are highly appreciate of your engagement and interest in working with USLive. We view TCA as a highly respected & pioneering sponsorship organiser, providing unique and turnkey solutions for its sponsorship partners. Together with USLive's strategic growth efforts within sponsorships across faith, country and other genres, we believe a partnership to be highly valuable to all parties.

Please find below an outline of proposed overall deal terms, as well as an attached spreadsheet to illustrate underlying financial assumptions. If useful to walk through on a call, we'd happily do so.

**Proposal**

- At Closing (Upfront): USD 15m
- 2nd Tranche payment: 5x * (Avg. 2023-24 EBITDA vs. Last Twelve Months EBITDA at time of closing)
  - If projections hold and we assume closing midway through next year, that is 5x * (USD ~9m – USD ~5m) = USD ~20m
- Cap: USD 45m
  - This enabling the ability to earn upside on overperforming budget incl. the strengthened possibility of doing so by virtue of the synergies from our partnership
  - We propose a deal cap at in all transactions to provide balance in event unusually high / non-normalized results occur during the acquisition period, incl. synergistic results,

nd

which would boost EBITDA and 2  tranche payment

- Re-invest into USLive:
  - Upfront: Min. 10% and up to 40%
  - 2nd Tranche payment: 20%-40%

In total, the upfront and 2nd tranche payments yield a USD 35m-45m consideration, and that excludes value upside in USLive stock, which we expect to appreciate significantly between now and monetization.

**Other key considerations:**

- Attached financials, though on cash basis, reflective of core operations on-standalone basis and assumed to be largely similar if prepared on US GAAP (accrual accounting) basis
- Projections to be reasonably achievable by TCA on a stand-alone basis (i.e., without USLive synergies)
- Dave, Wes and rest of organisation yearly gross salaries to be in line with historical levels
- Dave and Wes to enter into employment agreements attached to the transaction
- We will also provide (and agree to) your ability to operate as usual, so we cannot take actions with the sole purposes of reducing the earn-out
- $50,000 annual service / administrative fee to USLive. This relating to all the back-office and group support that USLive provides
- Customary DD access and that key agreements to continue post-close, e.g. multi-year sponsorship deals, etc.

On a related note, we believe it would be interesting to also discuss a potential partnership between USLive and First Company Management, as artist management is another strategic growth area of USLive

Looking forward to continuing the dialogue, Dave and Wes – please let us know you have received the offer. Thank you!

Kind regards and Merry Christmas,
Christian, Brian, Michael and Nicklas

**Waterland Private Equity ApS**
Neroport, Kay Fiskers Plads 9
West Tower, 7th floor
2300 Copenhagen S
Denmark

Mobile: +45 31 14 70 06 / +1 832 367 7997
madsen@waterland.dk
www.waterland.dk

The information contained in this message, including any attachments, may be privileged and confidential and is intended only for use of the individual and/or entity identified in the address of this message. If you are not an intended recipient, please notify the sender and delete and destroy this message, including any back-up copies.

Exhibit 34

---

**From:** Christian Lund Madsen <Madsen@waterland.dk>
**Sent:** Wednesday, January 11, 2023 12:49 PM
**To:** Nicklas Guldberg <Guldberg@waterland.dk>; Dale A. Head <Dale@baseentertainment.com>; Timothy P. Ward <tward@baseentertainment.com>; Brian Becker <Brian@baseentertainment.com>
**Cc:** Michael Pugh <michael.pugh@premierproductions.com>
**Subject:** FW: TCA x USLive: Partnership proposal

Y'all,

Let's wait until our conversation next week to offer an updated proposal to Dave and Wes, as we there also can shed more light on USLive.

However, if Dave/Wes re-confirms that 2022 EBITDA is tracking on 3.7m on accrual basis AND they are still on track to the USD 6m+ EBITDA for 2023, then we can offer an upfront of USD 17m (w before offered 15m and they asked for 20m). If they push back and remain firm on USD 20m, then we might do an advance of USD 3m against the earn-out (i.e., they get USD 3m more at close, but counts against earn-out amount AND we can claw back if earn-out of at least USD 3m is then not achieved).

Together w/ increasing our upfront, we remain at min 10% re-invest upfront. If we need to do the advance to get them USD 20m, i.e. the USD 3m advance, then the min re-invest upfront is 15%. SO we are offering USD 17m, hereof 1.7m in stock and 15.3m in cash; we can, if they counter, go to USD 20m (of which 3m is advance) and then 16m cash, 4m stock. In other words, we are not going beyond 16m cash upfront, of which 6m would be used to pay down Worldvision, then USD 10m left to the guys.

Rest remains in place. And we might have to add that when stating accrual EBITDA, we also assume no aggressive recognitions (i.e., EBITDA for liabilities/shows needed to be performed later, but hasn't today, or an advance payment that sets off against future per-confirmation earnings, etc.).

Exhibit 35

**From:** Brian Becker
**To:** Christian Lund Madsen; Nicklas Guldberg; Dale A. Head; Timothy P. Ward
**Cc:** Michael Pugh
**Subject:** RE: TCA x USLive: Partnership proposal
**Date:** Wednesday, January 11, 2023 12:59:19 PM

---

Agreed and good direction. I believe they are very motivated to sell, and there are not many buyers. In fact, this is the one area that I have greatest u=inquiry – that is, are they just ready, or are there other issues we need to understand.

I have been out of town but know that Wes wanted to speak or meet with me about growth. Do you know if this is the call now set for next week?

BEB

Exhibit 36

**From:** Dave Wagner
**To:** Christian Lund Madsen
**Cc:** Wesley Campbell; Kevin Kookogey; Brian Becker; Nicklas Guldberg; Michael Pugh
**Subject:** Re: TCA and FCM x USLive
**Date:** Tuesday, January 31, 2023 10:59:51 AM

---

Hi Christian - Wes and I met to review your latest proposal for TCA, along with your initial proposal regarding FCM.

1. With regard to the TCA proposal, I believe there is really only one “open” issue to be resolved before proceeding to paper, and that is regarding Bullet Point #2 under “**Other key considerations**.” While TCA’s projections can indeed be reasonably achieved on a stand-alone basis, as we have discussed already, we are very excited about the opportunities this partnership brings to collectively discuss, decide and potentially implement ideas they have to collectively and cumulatively maximize the earning potential of all divisions. This element of the partnership is important so that in the event other USLive sponsorships are funneled through the TCA model, then TCA would be credited (amount *TBD*) towards the earnout period for any Confirmed Sponsor derived from these divisions, up to the Cap. It would be inequitable for TCA to direct its bandwidth and artist/sponsorship inventory away from its internal profitability without assurances that any new USLive synergies were not adequately attributed to the bottom line.

2. With regards to the FCM proposal, we understand that Wes' sole ownership of FCM presents certain issues of potential competition that require resolution prior to completing the TCA partnership. After reviewing your proposal, it is safe to say we aren’t quite there yet, but Wes would like to have a call with you to make sure he is not misunderstanding your intentions, and to mutually find the right proposal to finish this additional partnership up.

We look forward to digging into the future with the USLive team, and are ready to proceed to the MOU phase for TCA, while we continue our dialogue about the best fit for FCM within USLive, and the finalization of those terms.

Thank you, and we look forward to your reply.

Kind regards,

Dave Wagner

cc: Wes Campbell

Kevin Kookogey