**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THRIVING CHILDREN ADVOCATES, LLC, et al.,** | ) | |
| **Plaintiffs,** | ) | **Case No. 3:26-cv-00484** |
| v. | ) | **Judge Eli J. Richardson, Jr.** |
| **WATERLAND PRIVATE EQUITY INVESTMENTS, B.V., et al.,** | ) | **Magistrate Judge Frensley** |
| **Defendants.** | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

The undersigned Defendants collectively hereby give notice that they do not oppose the Plaintiffs' Motion for Leave to File First Amended Complaint [Doc. No. 133] and will consent to the filing of the Plaintiffs' proposed First Amended Complaint ("FAC") [Doc. No. 133-1] and Plaintiffs' proposed attachments to the FAC [Doc. No 133-2]. Defendants note, however, that Plaintiffs are filing their FAC in response to Defendants' several pending motions to dismiss. *See* Doc. Nos. 55, 59, 108, 124, 125. Because Plaintiffs will now have had the opportunity to see Defendants' arguments for dismissal and amend their complaint in order to put forward their very best allegations in response to those arguments, Defendants oppose any further amendment of the complaint and respectfully submit that any ultimate dismissal of the FAC should be with

prejudice.[1]

Defendants are also separately filing an unopposed motion to set a unified briefing schedule for their motions to dismiss the FAC.

Dated: October 21, 2026

[1] Counsel for the LiveCo Defendants conferred with Plaintiffs' counsel and proposed an agreement that Defendants would not oppose the filing of the FAC in exchange for an agreement that Plaintiffs would not seek to further amend the complaint once Defendants file their motions to dismiss the FAC. Plaintiffs' counsel was not willing to agree to any limitation on further voluntary amendments by the plaintiffs.

Respectfully submitted,

**US LIVE OPCO, INC. D/B/A LIVECO AND TPR; US LIVE, LLC; US LIVE HOLDING, LLC; US LIVE INTERMEDIATE HOLDCO, INC.; BRIAN BECKER; TPR ENTERTAINMENT, LLC.; PREMIER PRODUCTIONS HOLDINGS, LLC; MICHAEL PUGH; SHANE QUICK; USLIVE RUSH, LLC; RUSH CONCERTS, LTD.; JACOB REISER; US LIVE TRANSPARENT, LLC; TRANSPARENT PRODUCTIONS, LLC; AND TIMOTHY TABER,**

By: /s/ David W. Campbell
Todd R. Hambidge (Tenn. BPR No. 028671)
David W. Campbell (Tenn. BPR No. 042351)
HOLLAND & KNIGHT LLP
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel: (615) 244-6380
todd.hambidge@hklaw.com
will.campbell@hklaw.com

Keith P. Carroll (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
Tel: (617) 523-2700
keith.carroll@hklaw.com

David Kully (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Tel: (202) 955-3000
david.kully@hklaw.com

Justin M. Kadoura (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Tel: (215) 252-9600
justin.kadoura@hklaw.com

***Counsel for the LiveCo Defendants***

**WATERLAND PRIVATE EQUITY INVESTMENTS, B.V. WATERLAND PRIVATE EQUITY, APS; CHRISTIAN LUND MADSEN; AND NICKLAS GULDBERG,**

By: /s/ Ryan T. Holt
Ryan T. Holt (#30191)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Phone: (615) 742-4200
rholt@srvhlaw.com

Jonathan M. Sperling (pro hac vice)
John S. Playforth (pro hac vice)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel.: (202) 662-6000
jsperling@cov.com
jplayforth@cov.com

***Counsel for the Waterland Parties***

**JESSICA MORRIS, THE ROYS REPORT NFP, AND JULIE ROYS,**

By: /s/ Justin Joy
Justin N. Joy, BPR #23722
LEWIS THOMASON, P.C.
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
jjoy@lweisthomason.com

Kaitlyn M. Phillips, BPR #42449
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 259-1366
kphillips@lewisthomason.com

***Counsel for the Journalist Defendants***

**WORLDVISION, INC.**

By: /s/ Benjamin S. Morrell
Benjamin S. Morrell (TBPR No. 035480)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

Daniel R. Warncke (pro hac vice)
TAFT STETTINIUS &HOLLISTER LLP
301 E. Fourth Street, Suite 2800
Cincinnati, Ohio 45202
Tel.: (513) 381-2838
Fax: (513) 381-0205
warncke@taftlaw.com

David E. Lamb (pro hac vice)
TAFT STETTINIUS &HOLLISTER LLP
2200 IDS Center 80 South Eighth Street
Minneapolis, MN 55402
Tel.: (612) 977-8400
Fax: (612) 977-8650
dlamb@taftlaw.com

***Counsel for Defendant World Vision, Inc*.**

**MERCYME, INC., BART MILLARD, ROBERT SHAFFER, NATHAN COCHRAN, MIKE SCHEUCHZER, SCOTT BRICKELL, BRICKHOUSE ENTERTAINMENT, LLC, AND MICAH BEGNAUD**

By: */s/ Jay S. Bowen*
Jay S. Bowen (TN Bar No. 2649)
Connor Blair (TN Bar No. 031992)
GRIFFIN BOWEN PLLC
48 Music Square East
Nashville, TN 37203
615.742.4800
jbowen@griffinbowen.com
cblair@griffinbowen.com

***Counsel for Defendants MercyMe, Inc., Bart Millard, Robert Shaffer, Nathan Cochran, Mike Scheuchzer, Scott Brickell, BrickHouse Entertainment, LLC, and Micah Begnaud***

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ David Campbell*
David Campbell