IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WATERLAND PRIVATE EQUITY INVESTMENTS, B.V. et al.,<br><br>*Defendants*. | No. 3:26-cv-00484 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendant Waterland Holdings, LLC, that all claims against Defendant Waterland Holdings, LLC are dismissed with prejudice and without costs to any party.

Dated: November 6, 2026
Austin, Texas

November 6, 2026
New York, New York

| | |
|---|---|
| **BROOCKS LAW FIRM, PLLC**<br><br>*/s/ Ben C Broocks*<br>Ben C. Broocks (pro hac vice)<br>Broocks Law Firm, PLLC<br>248 Addie Roy Road<br>Suite B-301<br>Austin, TX 78746<br>512-201-2000<br>Fax: 512-201-2032<br>bbroocks@broockslawfirm.com<br><br>*Counsel for Plaintiffs* | **DEWEY PEGNO & KRAMARSKY LLP**<br><br>Daniel Shternfeld<br>Daniel Shternfeld, Esq.<br>777 Third Avenue, 29th Floor<br>New York, New York 10017<br>Tel. (212) 943-9000<br>Fax (212) 943-4325<br>Email: dshternfeld@dpklaw.com<br><br>*Counsel for Defendant Waterland Holdings, LLC* |