IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THRIVING CHILDREN ADVOCATES, LLC, et al., | ) | |
| Plaintiffs, | ) | NO. 3:26-cv-00484 |
| v. | ) | JUDGE RICHARDSON |
| WATERLAND PRIVATE EQUITY INVESTMENTS, B.V., et al., | ) | |
| Defendants. | ) | |

**ORDER**

In light of the filing of the First Amended Complaint (Doc. No. 139), which has become the operative complaint in this case, "Defendant World Vision's Motion to Dismiss for Failure to State a Claim" (Doc. No. 55); "MercyMe Defendants', Brickell Parties', and Micah Tyler's Motion to Dismiss" (Doc. No. 59); "Plaintiffs' Motion to Strike Exhibit 1 to Defendant World Vision, Inc.'s Reply" (Doc. No. 82); "LiveCo Defendants' Motion to Dismiss" (Doc. No. 108); "Defendants Waterland Private Equity Investments, B.V., Waterland Private Equity ApS, Christian Lund Madsen, and Nicklas Guldberg's Motion to Dismiss" (Doc. No. 124); and "Defendant Jessica Morris's Motion to Dismiss and Defendants The Roys Report NFP and Julie Roys's Motion for Judgment on the Pleadings" (Doc. No. 125) are **DENIED** as moot.

Further, the Clerk of Court is **DIRECTED** to strike the "Notice of Voluntary Dismissal Pursuant to Stipulation of Discontinuance" (Doc. No. 137), because (for multiple reasons, into which the Court need not delve herein) it is (i) not a cognizable filing under the Federal Rules of Civil Procedure and (ii) now moot because the sole party purportedly dismissed thereby is not named as a defendant in the First Amended Complaint anyway.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE